UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-cv-62152-WPD

SARAH SHAW, REBECCA WILES, )
JENNIFER SCOTT, and ASHLEY )
HOWELL, Individually, and on Behalf of All )
Others Similarly Situation, )
               )
     Plaintiffs, )
               )
v. )
               )
THE SET ENTERPRISES, INC., a Florida )
Corporation and JOE RODRIGUEZ, )
individually, )

     Defendants.

**DEFENDANT, THE SET ENTERPRISES, INC.'S REPLY TO PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF WITHDRAWAL OF DOCKET #8**

Defendant, The Set Enterprises, Inc. ("Defendant"), by and through its undersigned counsel, hereby files its Reply to Plaintiff's Memorandum in Response to Defendant's Motion to Withdraw as Counsel and Notice of Withdrawal of Docket #8 [ECF #11], as follows:

1. On November 18, 2015, counsel for Defendant contacted counsel for Plaintiff, Jack Morgan, notifying him that Jackson Lewis has been retained to represent Defendant, The Set Enterprises, Inc., in this matter.

2. During the call, the undersigned explained to Mr. Morgan that Defendant would be withdrawing the Motion to Dismiss previously filed by prior counsel. Since the Motion had not yet been ruled upon, the undersigned asked Mr. Morgan if he would agree to an

extension of time within which Defendant could file a responsive pleading.  Mr. Morgan agreed to the two-week extension requested and specifically agreed that Defendant could file an Amended Motion to Dismiss, if counsel determined that was the appropriate response.  He apparently has since changed his mind.

3. Notwithstanding, Defendant will not be filing a Rule 12(b) Motion to Dismiss in this action and, therefore, Plaintiffs' concerns in opposition to Defendant's Motion to Withdraw are moot.

WHEREFORE, Defendant, The Set Enterprises, Inc., respectfully requests that the Court enter an Order granting attorney Steve Mason, Esq.'s Motion to Withdraw as counsel and accepting Mr. Mason's Notice of Withdrawal of Docket #8.

Dated:  November 19, 2015
            Miami, Florida

Respectfully submitted,

By: s/ Michael S. Kantor
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
E-mail: *jennifer.schwartz@jacksonlewis.com*
Michael S. Kantor, Esq.
Florida Bar No. 90472
E-mail: *Michael.kantor@jacksonlewis.com*
JACKSON LEWIS PC
One Biscayne Tower
2 South Biscayne Boulevard - Suite 3500
Miami, Florida  33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

Attorneys for Defendant,
The Set Enterprises, Inc.

CASE NO. 15-cv-62152-WPD

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Jennifer A. Schwartz<br>
Jennifer A. Schwartz, Esq.

## SERVICE LIST

| | |
|---|---|
| Jack Morgan, Esq.<br>Florida Bar No. 126527<br>Scott J. Hertz, Esq.<br>Florida Bar No. 98552<br>2320 First Street<br>Suite 1000<br>Fort Myers, Florida 339001<br>Tel: 239.338.4218<br>Fax: 239.337.3850<br>E-mail:<br>jmorgan@ralaw.com<br>serve.jmorgan@ralaw.com<br>shertz@ralaw.com<br>serve.shertz@ralaw.com | Jennifer A. Schwartz, Esq.<br>Florida Bar No. 502431<br>E-mail: Jennifer.schwartz@jacksonlewis.com<br>Michael S. Kantor, Esq.<br>Florida Bar No. 90472<br>E-mail: Michael.kantor@jacksonlewis.com<br>JACKSON LEWIS PC<br>One Biscayne Tower<br>2 South Biscayne Boulevard - Suite 3500<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br>Facsimile: (305) 373-4466 |
| John B. Gallagher, Esq.<br>Florida Bar No. 271225<br>2631 East Oakland Park Boulevard<br>Suite 201<br>Fort Lauderdale, Florida 33306<br>Tel: 954.524.1888<br>Fax: 954.524.1887<br>E-mail: gal2701@aol.com | Steven G. Mason, Esq.<br>Florida Bar No. 0842508<br>E-mail: sgmason@cfl.rr.com<br>STEVEN G. MASON, P.A.<br>280 Rollingwood Trail<br>Altamonte Springs, Florida 32714<br>Telephone: (371) 972-6090 |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
| Served via transmission of Notices of Electronic Filing generated by CM/ECF | Served via transmission of Notice of Electronic Filing generated by CM/ECF |

4830-5531-9083, v. 1