Page 1

1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
2                CASE NO. 15-cv-62152
3
    SARAH SHAW, REBECCA WILES,
4   JENNIFER SCOTT AND ASHLEY HOWELL,
    INDIVIDUALLY, AND ON BEHALF OF
5   ALL OTHERS SIMILARLY SITUATED,
6
            Plaintiffs,
7
    -vs-
8
    THE SET ENTERPRISES, INC., A FLORIDA
9   CORPORATION, FANEUIL ENTERTAINMENT,
    INC., A FLORIDA CORPORATION; 3342
10  SOCIAL CLUB CORP., A FLORIDA
    CORPORATION; JOSE R. RODRIGUEZ,
11  INDIVIDUALLY, AND JOE RODRIGUEZ,
    INDIVIDUALLY,
12
            Defendants.
13
    _____/
14
15
16          Thursday, September 15, 2016
            Veritext Legal Solutions
17          One East Broward Boulevard, Suite 1101
            Ft. Lauderdale, Florida 33301
18          9:52 a.m. - 3:23 p.m.
19
20      VIDEOTAPE DEPOSITION OF RICARDO RODRIGUEZ
21
22  Videotape deposition taken before TAMMY WALKER ZIVITZ,
23  Registered Professional Reporter and Notary Public in and
24  for the State of Florida at Large, in the above cause.
25

ORIGINAL

```
 1    APPEARANCES:
 2        On behalf of the Plaintiffs:
 3            Jack C. Morgan, III, Esq.
              ROETZEL & ANDRESS, LPA
 4            2320 First Street, Suite 1000
              Fort Myers, FL  33901
 5
 6        On behalf of the Plaintiffs:
 7            John B. Gallagher, Esq. (co-counsel)
              JOHN B. GALLAGHER, P.A.
 8            2631 E. Oakland Park Boulevard
              Suite 201
 9            Fort Lauderdale, FL  33306
10        On behalf of the Defendants:
11            Jennifer A. Schwartz, Esq.
              JACKSON LEWIS, P.C.
12            One Biscayne Tower, Suite 3500
              Two S. Biscayne Boulevard
13            Miami, FL  33131
14            ALSO PRESENT:  Videographer:  Todd Cohen and Thomas
          Coleman
15
16
17
18
19
20
21
22
23
24
25
```

1                        – – –
2                   I N D E X
3                        – – –
4   WITNESS:        DIRECT   CROSS      REDIRECT    RECROSS
5   RICARDO RODRIGUEZ
6   BY MR. MORGAN        5
7   BY MS. SCHWARTZ           175
8                        – – –
                  E X H I B I T S
9                        – – –
10
    PLAINTIFFS'                              PAGE
11
    Exhibit 1-Notice of Taking Videotape Deposition    15
12  Exhibit 2-Tip-out sheet                  49
    Exhibit 3-Dancer schedule                68
13  Exhibit 4-Sign-in sheet                  109
    Exhibit 5-Sign-in record                 124
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

```
 1                    RICARDO RODRIGUEZ
 2   Having been first duly sworn or affirmed, was
 3   examined and testified as follows:  I do.
 4           THE VIDEOGRAPHER:  My name is Todd Cohen
 5       representing Veritext.  The date today is
 6       September 15, 2016, and the time on the video
 7       record is 9:52 a.m.  The deposition is being
 8       held at Veritext Legal Solutions located at One
 9       East Broward Boulevard in Fort Lauderdale,
10       Florida.
11           The caption of the case is Sarah Shaw,
12       Rebecca Wiles, Jennifer Scott and Ashley
13       Howell, individually, and on behalf of all
14       others similarly situated versus The Set
15       Enterprises, Inc., a Florida corporation, etc.
16       et al.
17           The case is being held in the United
18       States District Court, Southern District of
19       Florida.  The case number is 15-CV-62152.  The
20       name of our witness this morning is Ricardo
21       Rodriguez 30(b)(6).
22           At this time, will the attorneys present
23       in the room announce their appearances for the
24       video record, after which our court reporter,
25       Tammy Zivitz, will swear in Mr. Rodriguez and
```

1       we can begin our deposition.

2              MR. MORGAN:  John Morgan for the

3       plaintiffs.

4              MR. GALLAGHER:  John Gallagher for the

5       plaintiffs.

6              MS. SCHWARTZ:  Jennifer Schwartz on behalf

7       of the defendants.

8                      DIRECT EXAMINATION

9    BY MR. MORGAN:

10       Q    Mr. Rodriguez, we spoke just briefly

11   earlier, I'm Jack Morgan.  I represent the

12   plaintiffs in the case.  We asked to have a

13   corporate representative available for questioning

14   this morning.  I'm assuming you're the person that's

15   been appointed to do that?

16       A    Yes.

17       Q    Have you ever given deposition testimony

18   before?

19       A    Yes.

20       Q    When is the last time you gave testimony?

21       A    Probably, about two months ago.

22       Q    Okay.  I'll just go through a few rules

23   briefly since you've recently taken one, but this is

24   being videotaped.  It's also being transcribed by

25   this young lady sitting next to me.  So we try to

```
 1   take into consideration what they're doing during
 2   this part of the deposition, okay?
 3           What I mean by that is, for example, if I
 4   ask you a question and the question requires a "yes"
 5   or "no" answer, give me a "yes" or "no," and then
 6   follow up with an explanation if you need to.
 7   Mm-hmms and huh-huhs and nods of the head may show
 8   up on the video, but they do not show up on her
 9   transcript so well.
10           Also, I will do my best to let you finish
11   your answer before I ask my next question.  I'd ask
12   you to do the same so that she's not trying to take
13   us both down at the same time.  Otherwise, we'll get
14   some pretty nasty looks from her at some point in
15   the deposition, okay?
16           If I remind you during the deposition:
17   "Is that a yes or is that a no," or if I remind you
18   to let me finish my question before you answer, not
19   being rude, just trying to make sure, we, one, make
20   it easier on her, and, two, get a clear transcript.
21           This will probably take a little while
22   today, but don't feel like we have to either rush
23   through it or we can't take breaks because we can.
24   It's not intended to be a marathon.  It's also not
25   intended to be a sprint.  So if at any point you
```

```
1    need a break, let us know and we'll take a break.

2    If there's a question pending, I'll ask you to

3    answer the question before we take the break.  Fair

4    enough?

5         A    Yes, sir.

6         Q    Okay.  If at any point, you don't

7    understand my questions because sometimes I get a

8    little tongue-tied quite frankly or I'll ask a

9    question that I think sounds okay, but it doesn't.

10   You let me know and I'll rephrase it.  Fair enough?

11        A    Fair enough.

12        Q    Ready?

13        A    Yes, sir.

14        Q    Give us your full name for the record.

15        A    Ricardo Rodriguez.

16        Q    Mr. Rodriguez, where do you work?

17        A    Faneuil Entertainment.

18        Q    What does Faneuil Entertainment do?

19        A    It's the management company for the

20   Cheetah in Pompano.

21        Q    What is your position with Faneuil?

22        A    I'm the overall general manager.

23        Q    How long have you held that position?

24        A    Since 1997.

25        Q    What are your responsibilities as the
```

1   general manager?

2        A    I oversee all the managers, the general

3   manager, bartenders, waitresses, you know, the

4   accounting, verifying checks, the bills, you know,

5   everything that has to do with the business.

6        Q    Are you also a shareholder in Faneuil?

7        A    No.

8        Q    Who are the shareholders in Faneuil?

9        A    My father, Joe.  He owns 66-and-a-third,

10  and Ms. Blasi, B-L-A-S-I, she owns 33-and-a-quarter.

11       Q    Whatever the remainder is?

12       A    Yeah.

13       Q    There has been some back and forth on Joe

14  Rodriguez is Jose Rodriguez --

15       A    The same person.

16       Q    The same person.  And he goes by Joe?

17       A    He goes by Joe, yes.

18       Q    He's your father?

19       A    Yes, sir.

20       Q    How long has your father owned an interest

21  in Faneuil?

22       A    Since 1997.  '97, '98, thereabouts.

23       Q    Is that when the Cheetah of Pompano came

24  into existence?

25       A    No, it's been there 30-something years.

```
1    It's been called Cheetah.  Faneuil came into
2    existence in, I think, '94, and then we bought out
3    the owner, Frank Viola, my father did, and then it
4    was Mr. Blasi at the time.  He stayed on as a third
5    partner, and since then he's passed and his wife has
6    taken over.
7         Q    Okay.  Now, when you described Faneuil to
8    me, you said, "They were the managing company for
9    the Cheetah?"
10        A    Yeah, they run the company.  The property
11   is owned by another entity.
12        Q    Who owns the actual real estate?
13        A    The real estate is owned by the same
14   percentages as the Faneuil, Ms. Blasi and my father,
15   Joe.
16        Q    So they own the real estate individually
17   or through another company?
18        A    Through another company.
19        Q    What's the name of that company?
20        A    497 Properties, Inc.
21        Q    Do you know if there is a lease between
22   497 Properties, Inc. and Faneuil for the --
23        A    Yes.
24        Q    Remember, let me finish.  In normal
25   conversation, we do this.  We're just trying to be
```

1    nice to this young lady.

2         A    Yes, sir.

3         Q    Does Faneuil own the liquor license for

4    the club?

5         A    Yes.

6         Q    Is there an adult entertainment license as

7    well?

8         A    Yes.

9         Q    Do they own that?

10        A    Yes.

11        Q    You gave me a list of things that you're

12   responsible for as general manager.

13             Are you responsible for setting schedules

14   and that sort of thing for the dancers?

15        A    There is no schedules for the dancers.

16        Q    Are you responsible for ensuring that

17   there are dancers there, and that they're abiding by

18   whatever requirements they have at the club?

19        A    Pretty much, but it's the floor managers

20   that make sure that they follow the rules.

21        Q    Who is the person who's responsible for

22   establishing the procedure or the process by which

23   the dancers are paid?

24        A    They aren't paid.

25        Q    Are they paid by tips at some point?

1      A     Yeah.  That's the only way.

2      Q     Let me rephrase that, then.  When I talk

3  about them being paid or compensated, I'm talking

4  about in any particular ways, whether it's by

5  paycheck or whether it's by tips?

6      A     Oh, a big difference.

7      Q     Understand.  But who's responsible for

8  making those decisions as to how they are

9  compensated?

10     A     Well, really, they are.

11     Q     They are.  "They" being the dancers?

12     A     The entertainers, yes.  They pretty much

13  set their own prices and --

14     Q     Tell me what Cheetah -- does it go by

15  "Cheetah Pompano"?

16     A     Yeah.

17     Q     What does Cheetah Pompano do?

18     A     Cheetah Pompano, it's an adult

19  entertainment.

20     Q     What type of services does Cheetah Pompano

21  services offer?

22     A     Liquor, restaurant.

23     Q     What else?

24     A     Adult entertainment.

25     Q     When you say "adult entertainment," you're

```
 1    referring to the entertainment by the dancers?

 2         A    Yes.

 3         Q    So when your customers come to Cheetah

 4    Pompano, they can either purchase liquor and alcohol

 5    from the bar; is that right so far?

 6         A    Yes.

 7         Q    They can eat from the restaurant; is that

 8    right?

 9         A    Yes.

10         Q    Or they can be entertained by the dancers?

11         A    Yes.

12         Q    Are there any other services that Cheetah

13    Pompano provides for its customers?

14         A    No.

15         Q    Other than the floor managers, who are

16    responsible for making sure the girls are doing what

17    they're supposed to I think is how you put it

18    earlier, is there anyone else who's responsible for

19    the dancers?

20         A    No.

21         Q    When you say:  The dancers are responsible

22    for the manner in which they are compensated, tell

23    me what you mean by that?

24              MS. SCHWARTZ:  Objection to form.  You can

25         answer.
```

```
1              THE WITNESS:  As far as their -- they

2         basically work on tips so, you know, whatever a

3         customer wants to tip them, that's how they

4         make their money.

5    BY MR. MORGAN:

6         Q    Okay.  Tell me, if you know, who decided

7    that the dancers would be compensated through tips

8    versus being compensated as employees or payroll?

9         A    It's just the way we've always done it.

10   That's the way everybody in the business really does

11   it.  I really don't know anybody that pays the

12   girls.

13        Q    I understand, but at Faneuil, who made

14   that decision?

15        A    I guess when we came there, that's the way

16   it was and we just continued it.

17        Q    So I want to make sure I'm clear.  So the

18   previous owners were having the dancers -- excuse

19   me -- the dancers compensated through tips, and then

20   when Faneuil purchased the club, they just continued

21   to do that?

22        A    Well, Faneuil was the owners, and then

23   when we came in, we just bought a piece of Faneuil.

24        Q    When you say "we," who --

25        A    My father.  When I say "we," I mean we,
```

1    the family, my father.

2         Q    Understood.  So when your father purchased

3    66-and-a-third of the interest in the club, he just

4    continued paying the entertainers the way that they

5    were paid?

6         A    Well, we never paid them.  They just made

7    tips.

8         Q    I understand.

9         A    We just continued that format, yes.

10        Q    Okay.  Since your father purchased his

11   interest in the club, have there been any other

12   owners of the club other than Mr. and Ms. Blasi, I

13   think you said?

14        A    No.

15        Q    Is it Blasi?

16        A    Blasi.

17        Q    I got off my schedule so I'm going to get

18   back on it here.  I'm going to show you what we'll

19   make Exhibit 1.  That's for your attorney to look at

20   first.  Actually, I have three copies here.

21             I'll tell you that this is a Notice of the

22   Deposition today, and I want to go through it with

23   you.  Let me know when you have an opportunity to

24   review it.

25             THE WITNESS:  You got a problem?

```
 1            MS. SCHWARTZ:  No.

 2            (Exhibit 1 was marked for identification.)

 3    BY MR. MORGAN:

 4       Q    Okay.  When we scheduled the corporate rep

 5    deposition, we don't know who the person is that's

 6    going to show up so we ask "for the person with

 7    certain knowledge?"

 8       A    Yes.

 9       Q    Okay.  So there's a list beginning at the

10    bottom of page 1, you see "Number 1"?

11       A    Okay.

12       Q    Okay.  So we ask to take the deposition of

13    the person at Faneuil who has knowledge regarding

14    those things listed from 1 through 26 on the notice,

15    26 is at page 5.

16       A    Okay.

17       Q    So what I want to do now is go through

18    them and make sure you're the person who has that

19    knowledge or if someone else is planning to testify.

20            Starting with Number 1 there.  We wanted

21    to take the deposition of someone with knowledge of

22    the:  "Faneuil's corporate-wide organizational

23    history, structure and hierarchy, including" -- a

24    list of the owners, etc.  Are you the person with

25    knowledge of that?
```

1      A     Yes.

2      Q     Okay.  To your knowledge, is there anyone

3  who would have more knowledge than you regarding

4  that?

5      A     No.  I could save you a lot of time if you

6  want.

7      Q     Okay.

8      A     I know every single thing here, and

9  there's nobody that knows more than me as far as

10  Faneuil goes.

11     Q     On all 26 of these items?

12     A     Yes.

13     Q     26?  27 -- 26.  So you've been through

14  these, reviewed the 26, and you believe you're the

15  person with the most knowledge as to all these

16  areas?

17     A     Yeah.

18     Q     You want a minute to make sure?

19     A     I know the answers of them, but I'm the

20  one that would know the best of -- you know, I would

21  know more than my father, and there's nobody else

22  that -- my father has been retired for, you know,

23  since 2010 so I don't think anybody else would know

24  more.

25     Q     Okay.  The reason I ask, Mr. Rodriguez, is

1    I'm going to be asking questions on these subjects,

2    and I'm going to expect you to have the answers if

3    you're telling me you're that person.

4            MS. SCHWARTZ:  Well --

5            THE WITNESS:  To the best of my knowledge,

6        I don't think anybody else, but if you want to

7        ask everyone, go ahead.

8    BY MR. MORGAN:

9        Q    That's okay.  I want to make sure you

10   understand why I'm asking this of you.

11       A    Yeah, yeah, yeah.

12       Q    Okay.  All right.  That does save us some

13   time.  So tell me where the Cheetah Pompano is

14   located.

15       A    497 Northwest 31st Avenue, Pompano Beach,

16   Florida 33069.

17       Q    How long has it been located at that

18   address?

19       A    Matter of fact, we had our 36th

20   anniversary so it's been there 36 years.  We've only

21   been there since '97.

22       Q    We've been through the ownership.  Faneuil

23   is the management company and the owner of the

24   licenses.  Faneuil is owned by your father and Ms.

25   Blasi?

1       A     Yes, sir.

2       Q     Now, you mentioned that your father

3    retired.  What do you mean by that?

4       A     He just doesn't come around anymore.  He

5    just leaves it up to me.  Even before that, he

6    didn't come around much.  He's got a lot of real

7    estate projects going and he kind of does that.

8       Q     Okay.  So, and I think you said he retired

9    in 2010?

10      A     2010, is thereabouts when he really

11   stopped coming around all our locations.

12      Q     So prior to 2010, did he hold any type of

13   position with the club?

14      A     Well, he was the president, of course, but

15   he never worked since the beginning.  Maybe the

16   first year or two, he would come in pretty much

17   every day.  Since then, he very rarely comes around.

18      Q     How long have you been involved with the

19   club?

20      A     Since 1997.

21      Q     Do you know if your father is still listed

22   as the president for Faneuil?

23      A     Oh, yeah, I'm sure.

24      Q     And Ms. Blasi, does she hold an officer's

25   position, if you know of?

```
 1       A     Yeah, VP, I believe.

 2       Q     Do you know what 3342 Social Club, Corp.

 3    is?

 4       A     Yes.

 5       Q     What is that?

 6       A     That's Cheetah Palm Beach we call, it and

 7    the Social Club owns the license, the liquor license

 8    for Cheetah Palm Beach.

 9       Q     Is there an adult entertainment license it

10    owns, as well?

11       A     Yes -- no.  Casablanca owns the

12    entertainment license and liq -- the only thing the

13    Social Club owns is the liquor license.

14       Q     The Cheetah West Palm Beach, is that an

15    adult entertainment club as well?

16          MS. SCHWARTZ:  I'm going to object to the

17          extent any of these questions are seeking

18          information from him in any corporate capacity

19          for 3342 Social Club, which is not identified

20          in the notice, and which is no longer a party

21          in the case.

22          MR. MORGAN:  Understood.

23    BY MR. MORGAN:

24       Q     The Cheetah Palm Beach, you said "that

25    Casablanca," is that a separate corporation?
```

```
 1       A    It's a management company.

 2       Q    They own the entertainment license while

 3   3342 Social Club owns the liquor license?

 4       A    Yes, sir.

 5       Q    Is the real estate owned separate and

 6   apart?

 7       A    Yes.

 8       Q    Who owns the real estate?

 9            MS. SCHWARTZ:   Objection.   He isn't here

10       to testify about 3342 Social Club.   He's here

11       as a corporate rep for Faneuil, and these

12       questions are outside the scope of what's on

13       the 30(b)(6) notice.

14            THE WITNESS:   You want me to answer?

15            MS. SCHWARTZ:   No, he's not going to

16       answer these questions because they're outside

17       the scope of what's on the notice unless you

18       can show me in here where it identifies you're

19       going to be asking questions about 3342 Social

20       Club.   He's not here to testify about that

21       club.

22            MR. MORGAN:   Are you instructing him not

23       to answer the questions?

24            MS. SCHWARTZ:   Yes, he's not here about

25       that club.
```

```
 1            MR. MORGAN:  You realize I can ask him
 2       questions about things he has knowledge beyond
 3       what's in the notice.
 4            MS. SCHWARTZ:  He's not here in his
 5       personal capacity.  He's here as a corporate
 6       representative of Faneuil.
 7            MR. MORGAN:  It doesn't matter --
 8            MS. SCHWARTZ:  I disagree.
 9            MR. MORGAN:  -- under the case law.  Are
10       you telling him not to answer the questions?
11            MS. SCHWARTZ:  He's not going to answer
12       questions about 3342 Social Club.  He's here as
13       a corporate representative.
14            MR. MORGAN:  Then, I'm going to continue
15       to ask questions, and you're free to object,
16       and if you don't answer, then we'll see what
17       the judge says about it.
18            MS. SCHWARTZ:  Okay.
19  BY MR. MORGAN:
20       Q    The real estate you said was owned by a
21  separate entity.
22            Do you know the name of the entity that
23  owns the real estate that Cheetah West Palm Beach
24  sits on?
25            MS. SCHWARTZ:  Objection.
```

1            THE WITNESS:  Do you want me to answer

2        these?

3            MS. SCHWARTZ:  No, I don't think it's

4        appropriate for you to answer these questions.

5        I mean, do you know the answer to these

6        questions?

7            THE WITNESS:  Yes.

8            MS. SCHWARTZ:  Then, as long as you know

9        the answers to the questions.  You're a hundred

10       percent certain that you know the answers

11       because that's not what you were here to

12       testify to today?

13           THE WITNESS:  I wouldn't say a hundred

14       percent, but I pretty much -- I might be off a

15       little bit, but I'll do the best I can.

16           MS. SCHWARTZ:  Because you're under oath

17       to testify to the truth so if you're not sure

18       of what the answers are, then I don't want you

19       to guess.

20           THE WITNESS:  Then, I'll tell him:  "I'm

21       not sure."  What was the question?

22    BY MR. MORGAN:

23       Q    Who or what entity owns the real estate

24    that the Cheetah West Palm Beach sits on?

25       A    3342 Shawnee Properties, LLC.

```
1      Q     Who owns that entity?

2      A     Joe Rodriguez.

3      Q     Your father?

4      A     Yes.

5      Q     He owns it 100 percent solely?

6      A     Yes.

7      Q     Who owns 3342 Social Club?

8      A     Joe.

9      Q     Then, the Casablanca, who owns that?

10     A     Joe.

11           MS. SCHWARTZ:  If you can just pause

12     before giving your answer so I have an

13     opportunity to insert an objection where I need

14     to?

15  BY MR. MORGAN:

16     Q     Is there any type of relationship between

17  Cheetah Palm Beach and Cheetah Pompano?

18           MS. SCHWARTZ:  Objection to form.

19           THE WITNESS:  No.

20  BY MR. MORGAN:

21     Q     Let me clarify because I understand that

22  the ownership is different, but do they advertise,

23  market together, that sort of thing?

24           MS. SCHWARTZ:  Objection, form.

25           THE WITNESS:  Yes.
```

```
 1   BY MR. MORGAN:

 2        Q    Tell me how they do that.

 3        A    Basically, it's for buying power, you

 4   know, because if you have more, you know, more --

 5   like, for instance, a website.  We have one guy work

 6   on, it's just easier to do.  You know, buying

 7   commercials, buying TV ads, radio ads.  We sometimes

 8   bulk-buy because of discounts on pricing.

 9        Q    And my understanding is, there's another

10   Cheetah club as well owned by The Set, Inc., is that

11   accurate?

12        A    Yes.

13        Q    I've been referring to that club as

14   Cheetah Hallandale, is that accurate?

15        A    Yes.

16        Q    What is the relationship between The Set

17   Enterprises, Inc. and Cheetah Hallandale?

18             MS. SCHWARTZ:  I'm going to object.  Same

19        objection.  He's here as a corporate rep for

20        Faneuil.  These questions are outside the scope

21        of a 30(b)(6) notice.  You can answer if you

22        know the answer.

23             THE WITNESS:  What was the question?

24   BY MR. MORGAN:

25        Q    Let me ask it simpler:  Does The Set
```

```
 1     Enterprises, Inc. own Cheetah Hallandale?

 2          A    Yes.

 3          Q    Who owns Set Enterprises?

 4               MS. SCHWARTZ:  Same objection.  I'm just

 5          going to make a standing objection so I don't

 6          keep interrupting, that the questions regarding

 7          Cheetah of Hallandale are outside the scope of

 8          the 30(b)(6) notice.

 9     BY MR. MORGAN:

10          Q    Fair enough.  Julie Rodriguez, who is

11     Julie Rodriguez?

12          A    My father's wife.

13          Q    Does Joe have any interest in Cheetah

14     Hallandale?

15          A    No.

16          Q    Other than Julie Rodriguez, does anyone

17     else have any ownership interest in Set Enterprises

18     that owns Cheetah Hallandale?

19          A    No.

20          Q    Does Set Enterprises own the liquor

21     license for Cheetah Hallandale?

22          A    Yes.

23          Q    The adult entertainment license?

24          A    Yes.

25          Q    Is the real estate owned by a separate
```

1    entity?

2         A    Yes.

3         Q    Do you know what that entity is?

4         A    Yes.

5         Q    What is it?

6         A    100 Ansin Boulevard.

7         Q    Who owns 100 Ansin Boulevard?

8         A    Joe.

9         Q    What type of business does Cheetah

10   Hallandale do?

11        A    Adult entertainment.

12        Q    So back to my questions about the

13   relationships in terms of advertising and marketing.

14             Is there any relationship to that extent

15   between Cheetah Hallandale, Cheetah Pompano and

16   Cheetah West Palm?

17             MS. SCHWARTZ:  Objection, form.

18             THE WITNESS:  For advertising, yes.

19   BY MR. MORGAN:

20        Q    Anything else that they do together?

21             MS. SCHWARTZ:  Objection, form.

22             THE WITNESS:  No.

23   BY MR. MORGAN:

24        Q    Are the entertainers allowed to work in

25   any of the three clubs?

1        A    Yeah, they work wherever they want.

2        Q    So if an entertainer comes to work to,

3    say, Cheetah Hallandale, that entertainer can, if

4    she chooses, one week work at one of the other

5    Cheetahs, is that accurate?

6             MS. SCHWARTZ:  Objection to form.

7             THE WITNESS:  Yes.

8    BY MR. MORGAN:

9        Q    Do you know who the officers are for Set

10   Enterprises?

11            MS. SCHWARTZ:  Same objection.  Outside

12       the scope of a 30(b)(6) notice.

13            THE WITNESS:  Yeah, Julie Rodriguez.

14   BY MR. MORGAN:

15       Q    How about for Casablanca?

16       A    Joe Rodriguez.

17       Q    When an entertainer begins dancing for

18   Cheetah Pompano, do they fill out an application?

19       A    Yes.

20       Q    And if that entertainer chooses to work at

21   one of the other Cheetah clubs, are they required to

22   fill out new applications for those clubs?

23       A    Yes.

24       Q    Are there any other clubs, adult

25   entertainment clubs that either Joe or Julie own an

```
 1    interest in, to your knowledge?

 2        A    No.

 3        Q    Do you own an interest in any adult

 4    entertainment clubs?

 5        A    No.

 6        Q    Other than the three Cheetah clubs that we

 7    talked about, are there any other clubs that share

 8    the relationship we talked about earlier that market

 9    and advertise along with Cheetah Pompano?

10            MS. SCHWARTZ:  Objection, form.

11            THE WITNESS:  No.

12    BY MR. MORGAN:

13        Q    In terms of that marketing and

14    advertising, I think you mentioned that Cheetah

15    Pompano uses a website; is that right?

16        A    No.

17        Q    Does that website have information for all

18    three clubs on it?

19        A    Yes.

20        Q    Any other form of advertising that Cheetah

21    Pompano does that it shares with the other clubs?

22        A    Radio ads, TV ads.

23        Q    Okay.  I've seen ads, like, on taxicabs

24    and that kind of stuff.  Do you guys advertise that

25    way?
```

```
 1        A     Yeah.

 2        Q     When you advertise that way, do you

 3   advertise all three clubs or separate ones?

 4        A     Well, really just the Cheetah name.  It

 5   doesn't say a specific spot.

 6        Q     Okay.  Billboards, you guys do billboards?

 7        A     We have one billboard, but it just -- we

 8   own the property and the billboard is on that

 9   property, and it just advertises Cheetah Hallandale.

10        Q     Do you have any management

11   responsibilities for the other, the two other

12   Cheetah clubs other than Cheetah Pompano?

13        A     Yes.

14        Q     Are they the same responsibilities that

15   you hold for Cheetah Pompano?

16        A     Yes.

17        Q     So you're the general manager then for all

18   three Cheetah clubs?

19              MS. SCHWARTZ:  Objection, form.

20   BY MR. MORGAN:

21        Q     Is that accurate?

22        A     Yeah, I guess.

23        Q     Are there any other employees of, and I

24   use "employees," specifically meaning someone that's

25   on the payroll, are there any other employees of
```

```
 1     Cheetah Pompano who also perform services for the
 2     other Cheetah clubs?
 3          A     No.
 4          Q     An example would be an accountant or
 5     bookkeeper?
 6          A     Yes.
 7          Q     Let me extend my question, then, okay?
 8          A     They're not really employees.
 9          Q     Right.  That's what I'm going to do.  I'm
10     going to broaden my question.
11               Are there any, to your knowledge, any
12     employees or independent contractors, subcontractors
13     that perform services for all three of the Cheetah
14     clubs?
15               MR. MORGAN:  Objection, form.
16               THE WITNESS:  Yes.
17               MS. SCHWARTZ:  If you can just pause for a
18          moment before you give an answer.
19     BY MR. MORGAN:
20          Q     You told me yourself, and your
21     responsibilities are generally the same, what other
22     employees and/or independent contractors perform
23     services for all three clubs?
24               MS. SCHWARTZ:  Objection, form.  You can
25          answer.
```

Page 31

```
 1          THE WITNESS:   The accountant.

 2   BY MR. MORGAN:

 3       Q     Anyone else?

 4       A     We have an in-house lawyer that we pay

 5   from -- each place pays him.   The guy that does the

 6   Internet, we share the expense on him.

 7       Q     Okay.

 8       A     I can't think of anybody else.   I can't

 9   think of anybody else.

10       Q     That's okay.   Another rule I should have

11   told you.

12             If you remember something as we go through

13   the deposition that you forgot to tell me before,

14   it's perfectly fine to speak up and tell me later,

15   okay?

16       A     Okay.

17       Q     At the Cheetah Pompano, are there any

18   employees; meaning, people who are on payroll?

19       A     Yes.

20       Q     And what positions are on payroll at

21   Cheetah Pompano?

22       A     Well, we have a PEO, like a leasing

23   company that employs them.   That would be

24   waitresses, bartenders, managers, cooks, cleanup,

25   maintenance type, floor hosts.
```

Page 32

```
 1        Q     How about your security?

 2        A     Floor hosts we call them, yeah.

 3        Q     You call your security floor hosts?

 4        A     I said "manager," right?

 5        Q     You did.  Any other positions?

 6        A     Cooks, did I say?

 7        Q     You did.

 8        A     I think that's it.

 9        Q     What type of managers do you have, I

10   understand that you're the general manager, but what

11   other types of managers do you have?

12             MS. SCHWARTZ:  Objection, form.

13             THE WITNESS:  Well, there's a general

14        manager for that store.  And then there's

15        managers, we call them floor managers.  They're

16        like shift managers.

17   BY MR. MORGAN:

18        Q     Generally speaking, how many shift or

19   floor managers are on duty in a given shift?

20        A     Three at night and two during the day.

21        Q     How many waitstaff are on duty in any

22   given shift on average?

23        A     Four during the day, and, maybe, six or

24   seven at night.

25        Q     The same question for your bartender?
```

1      A     There's always four, day and night.

2      Q     How many cooks do you have working in any

3  given shift?

4      A     There's always two cooks, and during the

5  day there's a dishwasher.

6      Q     How about maintenance personnel?

7      A     There's always three guys, two or three

8  guys.

9      Q     Then, your floor host or security?

10      A     None.  Zero during the day, and then three

11  always at night.

12      Q     Other than the dancers, are there -- go

13  ahead.

14      A     Office help, but I forgot to put that in.

15  They're on payroll.

16      Q     How many office staff do you have?

17      A     There's always two or three.

18      Q     What are their responsibilities?

19      A     They reconcile the bags we call them from

20  the day before, you know, the receipts, filing,

21  basically that's it.

22      Q     Other than the dancers, are there any

23  other people who provide services for Cheetah

24  Pompano who are compensated solely through tips?

25      A     Massage --

Page 34

```
 1              MS. SCHWARTZ:  Object to form.  You can
 2        answer.
 3              THE WITNESS:  Massage girl.
 4    BY MR. MORGAN:
 5        Q     How about your DJs and housemoms, do you
 6    have those?
 7        A     What about them?
 8        Q     Are they employees or are they paid
 9    through tips?
10        A     Yeah, just through tips.
11        Q     How many massage girls do you generally
12    have --
13        A     One.
14        Q     -- working a shift?
15        A     One at night only, and, maybe, on the
16    weekends.  They don't really come during the week.
17    You know, it's not busy enough.
18        Q     How about DJs on a shift?
19        A     It's always one DJ per shift.
20        Q     And how many housemoms per shift?
21        A     Always one.
22        Q     The massage girls, how are they paid
23    through tips?
24        A     They get $10 a song.  So when they give
25    their neck massage, the song is usually on the
```

1     average of three minutes, and they get $10 a song.

2         Q     So they are paid tips directly from the

3     customers?

4         A     Yeah, on a tip basis.

5         Q     Do they have to pay any of that money that

6     they receive in tips back to the club?

7         A     No.

8             MS. SCHWARTZ:  Objection, form.

9             THE WITNESS:  No, only if they do, like,

10            dances.  You know, they would have to pay,

11            like, a friction dance fee.

12    BY MR. MORGAN:

13        Q     Okay.  I saw the word "friction" come up

14    in the documents.  Is that the same as like a lap

15    dance?

16        A     Lap dance, exactly.

17        Q     Your DJs, how are they paid by tips?

18            MS. SCHWARTZ:  Objection, form.

19            THE WITNESS:  They get a tip-out from the

20            dancers.

21    BY MR. MORGAN:

22        Q     Meaning, that the dancers would pay the DJ

23    tips?

24        A     Yes.

25        Q     Is there any set fee for that?

```
 1              MS. SCHWARTZ:  Objection, form.
 2              THE WITNESS:  It's usually $10 or we say
 3        ten percent, but, you know, whatever the
 4        girls -- really, they pay them kind of what
 5        they want, and the DJ is just kind of take it.
 6        They're supposed to give them $10, but
 7        sometimes they give them less, sometimes if
 8        they have a good day, they might give them
 9        more.
10   BY MR. MORGAN:
11        Q     So the dancers, is that per shift?
12        A     Yes.
13        Q     When you say "they're supposed to give the
14   DJ $10," what do you mean?
15        A     Well, for instance, if the girl doesn't
16   make enough money or if she's just being cheap that
17   day and she doesn't want to tip-out or, you know,
18   just a bunch of things, the DJs, you know, he gets
19   frustrated because the girls, sometimes they tip
20   them, sometimes they don't.
21              You know, it's like, in the industry
22   that's something that they always fight about, the
23   DJs and the dancers.
24        Q     Is there any kind of rule or requirement
25   that the dancers tip out the DJs?
```

1        A    Well, in our leasing agreement with them

2    and our licensing agreement, they're supposed to tip

3    them out, yes, but if they don't, you know, we don't

4    really, we don't fire or get rid of them.  We just

5    kind of let it go, and the DJs have the

6    understanding that maybe they had a bad day or

7    whatever, you know.

8        Q    Does anyone keep track of the tips that

9    the dancers pay to the DJs?

10       A    Except the DJs, I'm sure that they keep

11   track for their own accounting purposes.

12       Q    Is there a form or a document that the

13   club has that keeps track of what the entertainers

14   pay the DJs?

15       A    I'm not sure if we keep that anymore.  We

16   used to keep a form.  I'm not sure if they keep that

17   anymore, you know.

18       Q    When did they -- approximately, when did

19   they discontinue using that form?

20       A    I'm not sure.  Let me think about that

21   because I'm just thinking that the DJs, they pay,

22   they pay us still.  So they must have a form that

23   they still have then, yeah, because we wouldn't

24   know.

25            The DJs pay us every shift, you know, on

Page 38

1    the percentage that they make, you know, for

2    maintenance, for, you know, for -- it's like a house

3    fee kind of thing.  So they must still keep the

4    form, yeah.

5        Q    When you say "they," are you referring to

6    the DJ or someone --

7        A    The DJ, yeah.

8        Q    So the DJ then pays from the tips that

9    they receive from the entertainers, a certain

10   percentage back to the club?

11       A    Right.

12       Q    Is it a percentage or is it a set amount?

13       A    I think it's a percentage.  That's why I'm

14   saying that the Cheetah, I think, is still in it, I

15   just haven't seen it.

16       Q    When you say "the Cheetah," you mean the

17   Cheetah Pompano?

18       A    Yes.

19       Q    You told me that there's one DJ per shift

20   that works.  How many total DJs work at Cheetah

21   Pompano, currently?

22       A    There's probably four, four or five.

23       Q    Do you know the names?

24       A    Yeah, the last names I'm not sure of.

25       Q    Understood.

Page 39

```
 1       A   · But Bob, Steve, Justin, Daniel, and
 2   there's a guy, I'm not sure of his name.
 3       Q    Okay.  What do the DJs do for the
 4   entertainers?  The reason I ask that question is the
 5   entertainers pay them a certain amount of money.
 6            What is it the entertainers are paying
 7   for?
 8       A    They put them on stage, on rotation.  They
 9   play them -- when they're on the main stage, they'll
10   play them whatever songs they want.
11       Q    When you say "there's a rotation," tell me
12   what you mean.
13       A    One song, like one set.  Let's say that
14   there's 20 girls.  They'll run down the first line
15   of girls will be on the main stage.  Their next set,
16   the next time they go up will be on what we call the
17   VIP stage.  The next set would be on the Cheetah
18   stage.  The next set would be on the champagne
19   stage.  So they're always -- not always on the main
20   stage.  There's four stages so they're rotated to
21   each stage.
22       Q    Is there any point during the
23   entertainers' shift that they're not on stage?
24            MS. SCHWARTZ:  Objection, form.
25            THE WITNESS:  Yes.
```

Page 40

```
 1    BY MR. MORGAN:

 2        Q    And during those times, are they permitted

 3    to do the friction dances and that sort of thing?

 4        A    Exactly.

 5        Q    So the DJ is responsible for making sure

 6    that the entertainers that are there on a given

 7    shift are rotated through all of the floors, dance

 8    floors; is that right?

 9             MS. SCHWARTZ:  Objection, form.

10             THE WITNESS:  Yes.

11             MS. SCHWARTZ:  I'm sorry.  I didn't mean

12        to interrupt you.  If you could just pause

13        before giving your answers.

14             THE WITNESS:  I did pause that time.

15             MS. SCHWARTZ:  I interrupted, sorry.

16             MR. MORGAN:  It doesn't bother me if you

17        give the hand.  In other words, if I'm halfway

18        through a question and you want to give the

19        hand, I'm okay with that.  That way you know.

20    BY MR. MORGAN:

21        Q    All right.  So they play music, and then

22    they also make sure the entertainers are in

23    rotation.

24             Is there ever a -- is there a condition --

25    let me ask it this way:  Is an entertainer's
```

1    placement in rotation dependent upon her payment of

2    the DJs fees?

3         A    No.

4         Q    So regardless of whether they tip out the

5    DJ, the entertainer would still be rotated through

6    each of the floors, is that accurate?

7         A    Yes.

8         Q    And the DJ would still have -- would the

9    DJ still have to play music for each entertainer

10   while they're on the floors?

11        A    Well, what they do is when they're on the

12   main stage, that's when -- because it's impossible

13   to cater to four stages all at once.  So when

14   they're on the main stage is when -- because they're

15   up there by themselves, that's when they want their

16   songs played so they could do their thing, you know.

17        Q    How many entertainers are on the main

18   stage at any given set?

19        A    Usually, one.

20        Q    What is a set?

21        A    One song.  A set is -- I'm sorry, a set is

22   three songs.

23        Q    Is there any type of way that the

24   entertainers are supposed to dress for each of those

25   songs?

```
 1        A     No, we don't have any --

 2        Q     As an example, I see sometimes at the

 3    clubs where they start, where they're partially

 4    robed for the first song, they're less robed for the

 5    second song, and then for the third song, they're as

 6    nude as they're permitted to be.  Does it work that

 7    way at Pompano?

 8        A     Yeah, pretty much.

 9        Q     So when the entertainer is on the main

10    stage, she can request certain music from the DJ; is

11    that right?

12        A     Yes.

13        Q     You mentioned as well that the housemoms

14    are paid through tips.  How are they paid through

15    tips?

16        A     The housemom, I believe, gets five bucks

17    from each girl, and what they do is they give them,

18    you know, their female products, you know, wipies,

19    whatever, they keep candy dishes around, you know,

20    just stuff like that, womens stuff.

21        Q     Do they do their hair and makeup

22    sometimes?

23        A     No, the housemom doesn't do that.  She

24    might help or something, but that's not one of

25    her --
```

```
 1    BY MR. MORGAN:

 2         Q    Does the housemom at Cheetah Pompano sell

 3    products to the entertainers?

 4         A    Yes.

 5         Q    Sometimes I see where they sell dresses or

 6    other types of clothing to the entertainer?

 7         A    That's correct, yes.

 8         Q    Whatever the entertainers pay for those

 9    products, would that be separate and apart from the

10    tips that they pay the housemom?

11         A    Yes.

12         Q    Does Cheetah Pompano sell any types of

13    T-shirts, hats, that type of advertising material?

14         A    Yes.

15         Q    Who at -- who, meaning what position

16    person at the Cheetah would sell those products to

17    the customers?

18         A    The hostess.  That's another paid

19    employee.

20         Q    You told me earlier the floor hostess was

21    the same as security, but there's a separate, like a

22    door hostess?

23         A    Yeah, hostess.  She's a woman.

24         Q    Okay.  And she's an employee?

25         A    Yes.
```

1       Q     How many door hostesses do you have?

2       A     One per shift.

3       Q     Other than the DJs and the housemoms who

4  are paid tips from the entertainers, are there any

5  other employees or persons at the club who are paid

6  tips from the entertainers?

7       A     Yes.

8       Q     Who are they?

9       A     Security, the bartender gets a tip-out, a

10  makeup artist, if there is one there, we said DJ

11  already, I believe that's it.  I think that's it.

12       Q     How much does each entertainer pay

13  security?

14       A     Five bucks.

15       Q     Five bucks per security person?

16       A     No, per -- five bucks together, you know.

17  So they pool their tips.  So five bucks for

18  security, period.  It's not 15.

19       Q     Just so I'm clear, I think you told me

20  there were generally three security personnel at

21  night.  So an entertainer would pay $5, and

22  presumably that gets distributed among all three?

23       A     Yeah.

24       Q     Is there any type of documentation that

25  the security tip-out has been paid each night?

```
 1        A    We have a tip-out sheet that, you know,

 2   each girl goes around and gets their signature.

 3   That kind of looks like it right there (indicating).

 4        Q    Okay.  So each shift, the entertainer

 5   would go around to, for instance, the security

 6   personnel, pay their $5, and get it signed off on?

 7        A    Yes.

 8        Q    Now, is that something that the club

 9   requires that the entertainers do is pay the $5 for

10   security?

11        A    That's part of our licensing agreement,

12   yes.

13        Q    The tip-out to the housemom, is that

14   something that's required as well by the club?

15        A    Yes.

16        Q    You mentioned a makeup artist.  What is

17   that?

18        A    It's a lady that does their eyeliner,

19   their makeup, will blow out their hair, if they use

20   her services, then they usually, they pay her.

21        Q    How often does the club have a makeup

22   artist?

23        A    At night, probably four or five times a

24   week, and during the day, probably the same.

25        Q    How much do the entertainers pay the
```

1    makeup artist?

2        A    I want to say two bucks.  I'm not sure.

3    What's it say on your paper there?

4        Q    It says "$3.00" here.  Does that sound

5    right?

6        A    Yeah.

7        Q    Again, that's something that the club

8    requires the entertainers pay?

9        A    Yeah, it's part of our leasing licensing

10   agreement, yes.

11       Q    Is that regardless of whether they utilize

12   the makeup artist's services?

13       A    Well, you know, it's really up to the

14   makeup artist.  You know, like if a girl is having a

15   bad day, and she doesn't want to pay, she doesn't

16   pay.  We don't -- you know, they don't fire them or

17   get rid of them or yell at them, you know what I

18   mean?  It's pretty much an optional type of thing.

19       Q    Is it required that the entertainers

20   utilize the makeup artists?

21       A    No.

22       Q    You mentioned the bartenders, and just to

23   be fair, what I show here is the bartenders are paid

24   $4?

25       A    $4.

1      Q     Is it per bartender?

2      A     No.

3      Q     The same as it is with security, the

4  entertainer pays $4, and that takes care of their

5  tip-out to the bar?

6      A     Yes.

7      Q     Is that right?

8      A     Yes.

9      Q     Okay.  Is that another fee that they're

10  required to pay?

11      A     Well, yeah.  It's part of their licensing

12  agreement, yes.

13      Q     Then, it looks like there's house fees.

14  Tell me what a house fee is.

15      A     A house fee is when they come in.  It's

16  just, it's a fee that they pay for, you know,

17  leasing the place.

18      Q     What are the house fees?

19      A     15 or $20.

20      Q     When are they 15?

21      A     15, if they come before they're supposed

22  to be there at 12 is like our start time.

23      Q     How many shifts does Pompano have?

24      A     They have three shifts, three different

25  shifts.  They have a 12:00, which that's the time

```
 1    that the music starts, you know, for them to go on,
 2    and that's when we have a free lunch.
 3              Mid shift is from four to 12, and then the
 4    night shift is from seven to two.
 5         Q    The shift that starts at 12, you call that
 6    a day shift?
 7         A    Day shift.
 8         Q    That goes from noon until when?
 9         A    Well, it goes until 7:30, but the girls
10    could -- you know, if they want to leave early, if
11    they want to stay later, we don't charge them any,
12    there's no extra fee.  They kind of can come and go
13    as they please.
14         Q    So the house fee that's charged, is that
15    charged per shift?
16         A    Yes.
17         Q    So if an entertainer works the day shift,
18    she pays $15, and does she charge any additional fee
19    to work the mid shift or the night shift?
20         A    No.
21         Q    So if she were inclined, she could work
22    from 12 noon to two a.m. for $15?
23         A    That's correct.
24         Q    You mentioned there was a $20 fee?
25         A    Yeah, if they come after -- see, if they
```

```
 1    come after -- I don't know what the time is, I think

 2    1:00 or I think it goes up.  It goes up a little

 3    bit.

 4         Q    My co-counsel was good enough to put this

 5    together for me, and I might as well make use of it,

 6    right?

 7              MR. MORGAN:  Did you get a chance to mark

 8         Number 1?

 9              (Exhibit 2 was marked for identification.)

10    BY MR. MORGAN:

11         Q    Mr. Ricardo (sic), this has been marked as

12    Exhibit 2, and it's Bates number, just so you know,

13    it's Bates Number Defendants' 9.  I'll let your

14    attorney take a look at it first, and it's titled:

15    "Cheetah Tip-Out Sheet."

16              So the tip-outs that we've been talking

17    about appear to be set out here on the tip-out

18    sheet, is that accurate?

19         A    Yes.

20         Q    We were talking about the house fees, and

21    there is a section there, it looks like the second

22    section, it says, "Day shift house fees," do you see

23    that?

24         A    Yes.

25         Q    It looks to me like if an entertainer
```

Page 50

1    shows up between 11:30 and noon, they're charged the

2    $15 fee we were talking about, is that accurate?

3        A    Yes.

4        Q    And then you can see there as, the later

5    they show up, the fees tend to increase.  Is that

6    how it's handled at Cheetah Pompano?

7        A    Yes.

8        Q    Is there anything in here on this section

9    under, "Day shift house fees" that is not accurate

10   in terms of how the Cheetah Pompano charges its

11   house fees to the entertainers?

12       A    I can't recall us charging anybody $50

13   anymore if they -- that's the only one that's in

14   question.

15       Q    So as we go through this section of this

16   sheet, as an entertainer shows up later, they're

17   charged a little bit extra, but you're telling me

18   that when an entertainer shows up between three and

19   3:29, you don't recall anyone being charged $50?

20       A    You know why, because it almost goes into

21   the mid shift.  That's the only thing that is kind

22   of -- you know, why wouldn't a girl work the mid

23   shift and pay 15, that's the only thing that's

24   confusing to me.

25       Q    But if a girl shows up between 2:30 and

1    3:00, they would be charged a $45 house fee?

2        A    Yes.

3        Q    And the same for the $40 house fee, if

4    they show up between two and 2:30, 2:29?

5        A    Yeah, but that doesn't happen.  Very

6    rarely does a girl -- that means that a girl would

7    just show up for two hours and then go home or three

8    hours and then go home.

9        Q    So it doesn't happen very often, but it

10   does occasionally happen?

11       A    I guess.

12       Q    These fees that are set out here in this

13   section called:  Day shift house fees, how long has

14   this been in place?

15       A    Well, we used to charge -- I think this

16   has been in effect for at least six years, six or

17   seven years.

18       Q    Okay.

19       A    With the escalating house fees.

20       Q    Okay.  Prior to this being put in place,

21   six or seven years ago, how did the club handle

22   house fees for the day shift?

23       A    We just usually charge $15.

24       Q    The tip-outs that we talked about earlier

25   for the DJ, the housemom, security, bartenders and

1    makeup artists, how long have those tip-outs been in

2    place for the club?

3         A    About six years ago.  I think around the

4    same time.  We put in for -- bartenders didn't get a

5    tip-out, and everything, I think the housemom used

6    to get, like, $3.00 or something, and about six

7    years ago we put it up to five bucks.

8         Q    So prior to you putting this in place six

9    years ago, the bartenders were not tipped out at

10   all?

11        A    No.

12        Q    And the housemom you think probably had a

13   smaller minimum tip-out fee?

14        A    Yes.

15        Q    But was DJ still paid ten percent or

16   $10 --

17        A    Yes.

18        Q    -- prior to that?  There's a section here

19   that says, "Frictions, $5 each." Tell me what you

20   mean by that.

21        A    That means every time they do a friction,

22   they have to pay the company five bucks.

23        Q    So it goes back to the club?

24        A    It goes back to the club.

25        Q    How long has that been in place for the

1    club?

2        A     Since I can, I'm pretty sure for since

3    I've gotten there.

4        Q     Okay.  Is there a minimum fee that the

5    entertainers are required to charge the customers

6    for a friction dance?

7        A     There's no minimum.  They can pretty much

8    charge whatever they want.

9        Q     But from whatever they charge, they have

10   to pay $5 back to the club?

11       A     Yes.

12       Q     And is there documentation or a record of

13   the friction fees being paid?

14       A     Yes.

15       Q     What is that document called?

16       A     That's our Sign-in sheet we call it.

17       Q     Okay.  Does the club keep that document,

18   that record?

19       A     Yeah.

20       Q     For the fees paid to the housemom, is

21   there any record kept of that?

22       A     No, just we have, like, a little slip that

23   they sign.  The housemom, before they leave, that's

24   the only thing.  We don't keep them.

25       Q     So the housemom signs a slip, and then

Page 54

1   gives it to someone at the club?

2        A    Yeah.

3        Q    And what does that slip say?

4        A    It just says that she paid.

5        Q    You mean, that the housemom paid?

6        A    No, that the girl paid the housemom.

7        Q    I understand.  So there's a slip per

8   entertainer that the housemom gets showing she's

9   been paid by that entertainer?

10       A    Yes.

11       Q    It's given to the club, but the club

12  doesn't hold onto those?

13       A    No, we don't keep the slips.

14       Q    Do you know why that is?

15       A    Because after they paid everything, we

16  just get rid of them.  You know, like, I think they

17  keep them.  They might have a pile on the GM's desk

18  for maybe a week, not even a week, and then they

19  just -- there would be just, there would be boxes

20  and boxes full of them, you know.

21       Q    How many entertainers on average work a

22  day shift?

23       A    On an average, over 20, I would say.

24       Q    I've got to ask the question:  When you

25  say "over 20," you mean -- over 20 could mean a

1   hundred or it could mean 22?

2        A     Between 20 and 30, I would say.

3        Q     What about the mid shift?

4        A     The mid shift is probably five or six

5   girls.

6        Q     And when we say "mid shift," do the day

7   shift entertainers work through the mid shift as

8   well?

9        A     Yeah.

10       Q     So let's say there's 20 entertainers on

11  the day shift, there would be an additional five or

12  six entertainers who would come on during the mid

13  shift?

14            MS. SCHWARTZ:  Objection to form.

15            THE WITNESS:  Sometimes.  Sometimes

16       there's three, you know.  You like to have mid

17       shift girls because then when you're doing your

18       switchover, you have more entertainers in the

19       building, you know, so --

20  BY MR. MORGAN:

21       Q     And when you say, "There's 20 to 30 during

22  the day shift," is that on any given day or are

23  there more on the weekends versus the weekdays?

24       A     Of course, Thursday and Friday there's

25  probably more.  Saturday, Sunday day, probably under

1    20, 15, 18, thereabouts.

2         Q     How many do you think on average are there

3    on Thursday and Friday night -- excuse me --

4    Thursday and Friday during the day?

5         A     During the day, probably between, I would

6    say 25 to 30ish.

7         Q     So at the upper end of that range you gave

8    me?

9         A     Yes.

10        Q     How many entertainers work the night

11   shifts?

12        A     Basically, about the same, except for

13   Thursday, Friday night, there might be 40 girls at

14   night, hopefully, you know.

15        Q     Right.  And on the mid shift, is it

16   different from day to day, are there more, for

17   instance, who work more shifts Thursday and Friday?

18        A     It's a weird shift because it's not

19   consistent, you know.  Like, some days you will see

20   two, some days you will see seven.

21        Q     I think you told me the mid shift is four

22   p.m. until midnight?

23        A     Yes.

24        Q     All right.  As we move down that sheet

25   that's in front of you, Exhibit 2, we see, "Mid

Page 57

1      shift house fees," you see that?

2           A     Yes.

3           Q     And it looks like, again, the fee, as long

4      as they show up before 4:29, is $15 for a house fee;

5      is that right?

6           A     That's correct.

7           Q     And then if the entertainer shows up

8      between 4:30 and 5:59, that mid shift house fee

9      increases to 20, is that accurate?

10          A     That's accurate.

11          Q     I skipped over the section just before

12     that, that says, "Mid and night shift," and it looks

13     like we have tip-outs again that are being made to

14     the same personnel:  DJ, housemom, night security,

15     bartenders, the friction dancers, and the makeup

16     artists, do you see that?

17          A     Yes.

18          Q     Are those in place currently?

19          A     Yes.

20          Q     And how long have those particular tip-out

21     amounts been in place?

22          A     For the same times, six years.

23          Q     Okay.  It looks like the only difference I

24     see between the day shift and the mid and night

25     shift, is that there's a small increase for security

```
 1    for the midnight shift.

 2         A    For security?

 3         Q    It looks like at the top there, day

 4    security gets $4, night security gets $5?

 5         A    Yeah, you know, because there's -- okay.

 6    There's no security on the day, so the managers,

 7    they get it.  So we just made it a little bit less

 8    because they're still doing this, they're not doing

 9    all the security work, but they're still watching

10    the girls and stuff like that so we just cut it down

11    to two bucks a guy.

12         Q    So the day managers have kind of a dual

13    duty, they're the manager as well as security for

14    the club?

15         A    Yes.

16         Q    So the $4 that are paid for the security

17    during the day would be split among your managers;

18    is that right?

19         A    Yeah, there's two managers, they would get

20    two bucks each.

21         Q    And are they required to pay any

22    percentage of that back to the club?

23         A    No.

24         Q    Are the bartenders required to pay any

25    percentage of what they receive back to the club?
```

```
 1       A     No.

 2       Q     And forgive me if I've asked this, but how

 3   about your housemoms, do they pay any percentage

 4   back?

 5       A     No.

 6       Q     How about your makeup artist, does she?

 7       A     No.

 8       Q     So the DJ is the only person who would

 9   actually pay a percentage of his tip-outs back to

10   the club, is that accurate?

11       A     Yes, and that's for maintenance, you know,

12   on the sound system, whatever, you know, new

13   equipment, they beat up the lights, they beat up

14   things, so that goes to that.

15       Q     We've been going a little while.  I want

16   to take a break, but I just want to finish up the

17   very bottom before we do that.  Is that okay?

18       A     Sure.

19       Q     The night shift house fees that are set

20   out there at the bottom of Exhibit 2, are those the

21   house fees that have been in place for the last six

22   years?

23       A     Yes, sir.

24       Q     Are they accurate?

25       A     Yes, sir.
```

1    Q    You see that this particular document,

2  Exhibit 2 there has Rebecca Wiles' name on it?

3    A    Yes.

4    Q    And you understand that Miss Wiles is one

5  of the plaintiffs; is that right?

6    A    Yes.

7    Q    And her stage name is Monroe?

8    A    Yes.

9    Q    Do you recall or do you know Miss Wiles?

10    A    No.

11    Q    What is the purpose of Miss Wiles having

12  signed and dated this sheet?

13    A    This is just part of the packet that they

14  sign just so they understand what the, you know,

15  what the leasing agreement says.

16    Q    I understand.  So when they come in to

17  work for Cheetah Pompano, this is part of the --

18    A    The packet that they sign.

19        MR. MORGAN:  Got it.  Let's take a few

20        minutes and have a break.

21        THE VIDEOGRAPHER:  Stand by to go off

22        Media Unit Number 1.  Going off the record at

23        11:02 a.m.

24        (A recess was taken after

25  which the following proceedings were had:)

```
1              THE VIDEOGRAPHER:  We are now back on the
2         video record.  This is the beginning of Media
3         Unit Number 2.  The time back on the record is
4         11:19 a.m.
5    BY MR. MORGAN:
6         Q    Okay.  Mr. Rodriguez, we were looking at
7    Exhibit 2 before we took the break there.
8              The tip-outs that are on the T-sheet, and
9    I understand that the caveat is the $50 house fee on
10   the day shift may or may not be charged, I
11   understand that, aside from that, have all these
12   fees been in place to the last five years, to your
13   knowledge?
14        A    Yes.  The only thing I don't see on here
15   is we give the girls an incentive if they work four
16   days; we don't charge them a house fee.
17             So, for instance, if they do four days
18   of -- you know, if they work four days in a week, we
19   don't charge them a house fee.  We give them lunch
20   and they could drink anything that they want, except
21   alcohol, of course, fresh coffee, juice, soda, all
22   of that kind of stuff.
23        Q    So explain to me how that works, then.  So
24   if -- you say that you don't charge them a house
25   fee.  Is that you don't charge them a house fee on
```

1    the fourth day?

2         A    No, that week, if they work four days,

3    it's just an incentive for them to come in, you know

4    what I mean?  Since we don't have any control of

5    when they come and go, it gives them incentive to

6    come in more days because, of course, the more girls

7    you have, the better it is for the business.

8              So if they work four days, say, this week

9    starting Monday, the following week, they'll be

10   exempt from paying a house fee.

11        Q    I understand.

12        A    Plus, they get lunch, plus they get all

13   the other stuff.

14        Q    So if an entertainer were to work four

15   days this week, next week no house fee, plus they

16   get lunch and nonalcoholic drinks?

17        A    Right.

18        Q    Are there any other fees that are not

19   listed here, to your knowledge, that the

20   entertainers are required to pay?

21        A    Not that I see, no.

22        Q    Are there any other fees, to your

23   knowledge, that are not on this sheet that the

24   entertainers do pay, regardless of whether there's a

25   requirement?

```
 1       A      No.

 2       Q      Why is it that you offer an incentive for

 3   an entertainer to work four days?

 4       A      It's just better for the business.  The

 5   more girls you have, the better.  So if a girl is

 6   thinking about only coming in for three days, maybe

 7   she'll come in the fourth day and work so she

 8   doesn't have to pay Nick the following week.

 9       Q      So can we agree then that the girls are

10   the attraction to the club, they attract customers

11   to the club?

12       A      Yeah, I would think, the more, you know,

13   the more girls you have, the better it is for the

14   business.

15       Q      Right.  In other words, the club would

16   just be a bar, right?

17       A      Correct.

18       Q      Okay.  You told me earlier too, and I'm

19   just going back and filling up spaces, that the

20   floor managers were responsible for the

21   entertainers?

22       A      Yes.

23       Q      Explain to me what you mean by that.

24       A      Basically, just make sure they're not, you

25   know, doing bad things, you know, drugs,
```

1    prostitution, you know, just things like that.

2         Q    Are they responsible for making sure that

3    they have paid out the fees that they're required

4    under their agreement to pay?

5         A    You know, I guess in a way.  Are they

6    responsible?  Well, like, I guess they're -- I guess

7    if they don't pay -- I mean, you know, if, for

8    instance, if a girl is not taking care of her

9    obligations, then I guess it would go back to the

10    manager, and, you know, he would say something.

11         Q    Okay.  We're fixing to get into the other

12    documents that I have here, and one of them is a

13    bunch of rules it looks like.

14              Would the floor manager be responsible for

15    making sure the entertainers are complying with

16    those rules as well?

17         A    Yes.

18         Q    Does the floor manager have the authority

19    if a girl is violating some of the rules or

20    violating laws, you know, prostitution laws, that

21    sort of thing, to either -- well, to discipline the

22    entertainer in any way?

23              MS. SCHWARTZ:  Objection, form.

24              THE WITNESS:  Well, he's not going to give

25         her a spanking.  He's going to ask her not to

Page 65

1       come back, you know what I mean?

2   BY MR. MORGAN:

3       Q     Okay.

4       A     Well, when I didn't -- when I said

5   "discipline," I was thinking in terms of that's how

6   I got disciplined.  I got a spanking.  I don't know

7   about you guys.

8       Q     But in terms of making the entertainer

9   leave or terminating her or that sort of thing,

10  would the floor manager have that authority to make

11  those decisions?

12          MS. SCHWARTZ:  Objection to form.

13          THE WITNESS:  Pretty much, but they would

14      usually run it by me or the general manager on

15      duty.

16  BY MR. MORGAN:

17      Q     Are you aware of that ever happening in

18  the 20-some-odd years you've been there?

19      A     Yes.

20          MS. SCHWARTZ:  Object to form.

21          THE WITNESS:  Yes.

22  BY MR. MORGAN:

23      Q     How often do you think that happens?

24          MS. SCHWARTZ:  Objection, form.

25          THE WITNESS:  Not often.

Page 66

```
 1    BY MR. MORGAN:
 2         Q     And what types of things occurred?   What
 3    did the girls do that was wrong that they were
 4    disciplined for?
 5              MS. SCHWARTZ:   Objection, form.
 6              THE WITNESS:   Drugs, trying to buy or sell
 7         drugs.
 8    BY MR. MORGAN:
 9         Q     In the club?
10         A     In the club; prostitution.
11         Q     Okay.
12         A     Asking a guy for money for sex.   You know,
13    if a girl was underage, trying to drink, that would
14    basically be it, really.
15         Q     Okay.
16         A     Just anything that has to do with the law,
17    you know.
18         Q     You mentioned as well that the dancers can
19    work at any of the three clubs, three Cheetah clubs,
20    does that happen very often?
21              MS. SCHWARTZ:   Objection to form.
22              THE WITNESS:   I'm sorry.   Yeah, they work
23         everywhere.   Not only our Cheetahs, but any
24         club that they want.
25
```

```
1    BY MR. MORGAN:

2         Q    Do you know the purpose of putting in

3    place the escalating fee schedule six or so years

4    ago?

5         A    Yeah, just to give them incentive on

6    trying to get there earlier.  Like I said, the more

7    girls, the better it is for the business.

8         Q    Do you know if there's ever been, like, in

9    some cases similar to this, there's, like, signs

10   that are put out on the tables or throughout the

11   club, telling the customers the minimum fees for

12   friction dances and that sort of thing, do you guys

13   have anything like that?

14        A    We don't have anything on the tables at

15   all, no.

16        Q    Is there anything posted in the club?

17        A    I think we have a sign, we have a sign up

18   that says, like, "$25 for a friction dance."  I

19   don't think we -- table dances, I don't think we

20   have any signs for that.  They never -- we could say

21   and do whatever, but they're going to charge

22   whatever they can get.  That's just the way it is.

23        Q    So what's the difference at Cheetah

24   Pompano between a table dance and a friction dance?

25        A    A table dance is a nude dance in front of
```

1    them where they stand up in front of the guy.  A lap

2    dance or a friction dance is more straddling the guy

3    and coming in contact with him.

4         Q    We've been talking, we've been using

5    interchangeably, meaning you and I, the word

6    "dancers" and "entertainers."

7              Do you understand when I say

8    "entertainers," I'm referring to the dancers?

9         A    Yes, sir.

10        Q    And that's what -- I'm assuming that's

11   what you mean when you say "entertainers"?

12        A    Yes, sir.

13        Q    Alrighty.  Just want to make sure we're on

14   the same page there.

15             Is the Cheetah Pompano, is it fully

16   nude --

17        A    Yes.

18        Q    Or partially?  The other two Cheetah

19   clubs, are they fully nude as well?

20        A    Yes.

21        Q    I'm going to hand you what we'll mark as

22   Exhibit 3.  It's going to be a composite.  I gave a

23   copy there.  I'm going to give you a copy as well.

24             (Exhibit 3 was marked for identification.)

25

```
1    BY MR. MORGAN:

2         Q    Exhibit 3 I took Exhibit 2 from.  I'll let

3    you kind of peruse through it so you understand what

4    it is.

5         A    Okay.

6         Q    Exhibit 3 was given to us as part of a

7    packet for Miss Wiles' stage name; Monroe, okay?

8         A    Yes.

9         Q    And as we go through here, I'm going to

10   try and figure out the procedure, the process that

11   you guys have in place for the entertainers when

12   they come through and sign up to work.  Fair enough?

13        A    Fair enough.

14        Q    The first thing that's on top, there is a

15   dancers -- it says, "Dancer's schedule," and then

16   the year is 2013.  Do you know what this is?

17        A    Yeah.

18        Q    Tell me what it is.

19        A    This is a thing that the hostesses keep at

20   the front door for attendance purposes.  You know,

21   it says "schedule" up there, but it's really not a

22   schedule.  It's an attendance sheet that we use.

23             So, for instance, when the girl comes in,

24   the hostess will -- we have a box with the girl's

25   name in them, she'll pull out the card, she'll put,
```

1    the girl worked that day, and then she'll put it

2    back in.

3        Q    So when you say "the girls up front" --

4        A    The hostess.

5        Q    The hostess.  So, for instance, Miss Wiles

6    would come in to work, she would check in with the

7    hostess first; is that right?

8        A    Yeah.  Once they're dressed and ready for

9    the DJ, they go to the front door and they just sign

10   in.  That's what we call a sign-in sheet.

11       Q    Now, I saw something in the other

12   documents that's actually titled:  Sign-in sheet?

13       A    Yeah, that's it.

14       Q    Okay.  So the entertainer then would

15   initial or sign the sign-in sheet?

16       A    I don't know if she initials it, but the

17   hostess will sign her name, so what time she came in

18   so they'll know what kind of house fees she pays,

19   and then during the day when she goes and pays her

20   friction dances, they mark that on there.

21            And then this is a separate -- this form,

22   the first two sheets on top, that's actually in a

23   box behind the hostess, that they keep these cards

24   in.  These are hardcovered cards, and they're

25   attendance sheets.

1        So, for instance, this girl worked

2   November 12th, she'll mark down her initials that --

3   whoever the hostess was, and then --

4        Q    So let me make sure I understand.  So, for

5   instance -- I'm going to refer to a number, it's

6   just for the record, Bates Number Defendants' 1,

7   this says "2013."  So would this be for the calendar

8   year 2013?

9        A    Yes.

10        Q    This is actually, you said a hard card?

11        A    Yeah, it's a card that they keep in the

12   back of the -- it's like a box that they keep in

13   there in alphabetical order with little thumb things

14   up that says M-N-L-O-P, and when the girl works

15   they'll pull it up and put her initials on it for

16   the day that she worked.

17        Q    So, for instance, in November of 2013 on

18   the 14th, there's an initial there of AP, so would

19   that have presumably been the initial for the

20   hostess that was working?

21        A    That's correct.

22        Q    When in relation to time is this completed

23   as opposed to the sign-in sheet?

24        A    Usually, when they get a chance, depending

25   on if there's a rush of girls in the beginning of

Page 72

1    the day, they wouldn't do it right then, but as the

2    day goes on, they'll pull the sheets out and make

3    sure that they're done.

4        Q    So if the hostess is busy with a rush of

5    entertainers, the entertainers have already

6    completed their sign-in sheet, would that be

7    accurate?

8        A    Well, it's not that they completed -- what

9    they do is they go to the front door.  They say that

10   they're ready to go, and then they'll give that

11   sheet there.  She'll call up the DJ and say, "April,

12   Kathy, Mary is ready to go on" so they can put them

13   in rotation.

14       Q    Then, at some point during the hostess's

15   shift, she would complete what is page number 1?

16       A    The attendance sheet, yeah.

17       Q    If you turn the page there, you see down

18   at the bottom right-hand corner, there's a DEF-2?

19       A    Yes.

20       Q    So this is what we call Bates Number 2,

21   Defense 2, and is this the same type of sheet we saw

22   at page 1, but just for 2014, the calendar year?

23       A    Exactly the same thing, yeah.

24       Q    As we look at this, it says "shift

25   floater."  What does that mean?

```
1        A      That means that she would do either mid

2   shift, she could be day, she could be night.  She is

3   a floater.

4        Q      She works different shifts?

5        A      She works whatever, yeah.

6        Q      Are there entertainers that work different

7   shifts?

8        A      Yeah, some girls are night girls and some

9   girls are just day girls.

10       Q      How does the club know that to make the

11  notation here?

12       A      Depending on her, what she, says she wants

13  to work, you know what I mean?  Like if she'll say,

14  "Well, sometimes I like to work daytime, sometimes I

15  like to work night," whatever they want.

16       Q      So it's based on whatever the entertainer

17  tells the club at what point?

18       A      Usually, in the beginning.

19       Q      So the entertainer comes in to get a job

20  as a dancer, and they tell whoever helps them out at

21  that point, "Hey, I want to work night shift" or

22  something different, is that accurate?

23              MS. SCHWARTZ:  Objection, form.

24              THE WITNESS:  Yeah, they'll tell them, "I

25         like to work" -- a floater is kind of like,
```

Page 74

```
1         it's kind of like a mid-shift type of girl.

2         She's not day, she's not night.

3    BY MR. MORGAN:

4         Q    The third page there, it looks like the

5    Bates Number is probably not copied onto there, but

6    the third page of Exhibit 3, tell me what it is.

7         A    This is an application.

8         Q    When does the entertainer fill out an

9    application?

10        A    At the time that she's going to work, you

11   know, that she gets hired.

12        Q    Tell me the process for the club when an

13   entertainer like Miss Wiles comes in and says, "I

14   want to be a dancer," what happens?

15        A    What will happen is she will come to the

16   front door, the manager will come up, she'll say

17   that she's here for an audition or, you know, she

18   wants to work.  The manager would give her this form

19   and she would fill it out, the floor manager that,

20   one of the floor managers.

21        Q    Okay.

22        A    Yeah.

23        Q    There's a place there for employment

24   history.  Do the entertainers that work at Cheetah

25   Pompano, is there any requirement that they have
```

1    danced before or anything like that?

2        A    No.

3        Q    I mean, what generally are the

4    requirements for an entertainer to work at Cheetah

5    Pompano?

6            MS. SCHWARTZ:  Objection, form.

7            THE WITNESS:  Just an attractive girl.

8    BY MR. MORGAN:

9        Q    Okay.  Does Cheetah Pompano offer any type

10   of classes or training for the entertainers?

11       A    No.

12       Q    At the very bottom, there's something

13   called:  "Must days," what is that?

14       A    Must days?  On the bottom, that would be

15   just a schedule that they would say they wanted to

16   work.

17       Q    Okay.  Let's turn the page to the next

18   page.  It looks like somewhat of a copy of

19   Miss Wiles' driver's license.  Is that part of the

20   standard procedure when an entertainer --

21       A    Yes, sir.

22       Q    On page 5, there -- it starts what's

23   called:  "Dancer licensing agreement," do you see

24   that?

25       A    Yes.

1      Q     What is the Dancer Licensing Agreement?

2      A     This is an agreement that they read, and

3    then they sign.  This is the leasing, the licensing

4    agreement that they fill out, and that they go by to

5    work there.

6      Q     Who hands them this document and confirms

7    that they complete it?

8      A     What happens is, after they do the

9    application, they usually do an audition, and then

10   once they're, once they're able to work, they go

11   back into the office, and if it's during the day,

12   they'll be an office girl in there, she'll expedite

13   it, give her the package, she'll fill it out and go

14   over any questions that they have.  At night, it

15   would be one of the night managers would go in

16   there.

17     Q     Tell me about the audition, what does the

18   entertainer generally do for an audition and for

19   whom?

20     A     She does it in the club for everyone, and

21   she does a set, a three-song set.  If she's, you

22   know, able to get hired, then she would go and fill

23   this out.

24     Q     So is the audition during business hours?

25     A     Oh, yeah.

1        Q     So she's basically worked into the

2   rotation?

3        A     Well, we use a specific stage for it, we

4   don't put her on main stage.  We put her on one of

5   the side stages, satellite stage, and that's where

6   she does her audition.

7        Q     And does someone in the club make the

8   decision -- does someone from the club watch the

9   audition, and then make the decision to hire her?

10       A     Yes.

11       Q     Who generally does that for the club?

12       A     Really, what happens is we -- everybody

13  takes a look at her, like, if there's three managers

14  on.  You know, the DJs say "song one, song two, song

15  three," song three, everybody should put an eyeball

16  on her, you know, just, you know, and they come to a

17  consensus whether they're going to hire the girl or

18  not.

19       Q     Okay.  We talked earlier about the three

20  songs and that the entertainer gets -- is less

21  robed.

22             At song three, are they completely fully

23  nude?

24       A     Yes.

25       Q     So then once an entertainer passes the

1    audition, she's sent to, you said the back office?

2        A     Yeah, there's an office there.

3        Q     I think you said, if it was nighttime, a

4    night manager would sit down with her and go through

5    the dancer licensing agreement?

6        A     Yes.

7        Q     And if it was daytime, would a daytime

8    manager do that?

9        A     No, usually an office girl would do it.

10       Q     How long has Faneuil been using this

11   particular document called:  "Dancer Licensing

12   Agreement"?

13       A     Well, this agreement has changed over the

14   years, you know, per counsel.  You know, like, when

15   we have a different lawyer, you know, we're always

16   trying to improve it, and, you know, they would --

17   this particular one might not even be the exact one

18   that we have today.  It just revolves --

19       Q     Do you know when Faneuil began using any

20   type of agreement like this, regardless of the

21   particular form?

22       A     It's got to be over ten years, I would

23   think, well over ten years.

24       Q     Okay.  As I understand from you, it's kind

25   of evolved over time?

Page 79

```
 1        A     Yes.

 2        Q     About halfway down the page, there it

 3   says, "Granted of License," do you see that?

 4        A     Which number?

 5        Q     Number 1.

 6        A     Okay.

 7        Q     It states that, "The company," I assume

 8   the company meaning Cheetah Pompano; is that right?

 9        A     Yes.

10        Q     "Hereby grants dancer a revocable

11   license."  Do you know what that refers to?

12        A     Yeah.

13        Q     Tell me what that's meant there.

14        A     Revocable license means that it could be

15   revoked.

16        Q     But is there an actual license, that's

17   giving a hard copy of a license?

18        A     No, that's this agreement.

19        Q     Do you know in Number 3, it talks about,

20   "Consideration for License," do you see that?

21        A     Yes.

22        Q     In the second sentence, "Dancer shall at

23   the end of each shift pay, pay to the employees and

24   contractors of the company the amounts set forth in

25   Schedule A."  Do you see that?
```

1        A    Yes.

2        Q    I believe Schedule A is going to be what

3    we marked Exhibit 2.  It's the tip-out sheet?

4        A    Yes.

5        Q    So as part of entering into this agreement

6    with the club, the entertainer is required then to

7    pay according to that tip-out sheet we talked about

8    earlier, Exhibit 2?

9             MS. SCHWARTZ:  Objection, form.

10   BY MR. MORGAN:

11       Q    Is that right?

12       A    Yes.

13       Q    Let's turn to page number 6 there.

14       A    Page 6 or page 2 of 3?

15       Q    It's either.  It's page 2 of 3 or down

16   in -- the Bates Number is Defendants' 6.

17       A    Okay.

18       Q    Up at the top of the page, there's a,

19   "Number 6:  Rules and regulations," you see that?

20       A    Yeah.

21       Q    Number 6 refers to rules and regulations

22   being posted in the dressing room.  Do you see that?

23   It's about the fourth line down.

24       A    Okay.

25       Q    Are there actual written rules and

1    regulations that are posted in the dressing rooms

2    for the entertainers?

3        A    Well, there's some signs in there that

4    say: "No drugs, no prostitution."  That's a big

5    thing that we really harp on.

6        Q    Sure.

7        A    The full rules, like, I think there's

8    another sheet around.  We don't really -- I don't

9    think that's posted.  I think we have one in here.

10       Q    Yeah, turn back to -- the Bates Number is

11   Defendants' 11.

12       A    Yeah, this I don't think is up in the

13   dressing room.

14       Q    So tell me what page 11 is, then?

15       A    11, is the Entertainer Rules.  Basically,

16   some dos and donts of working at the club.

17       Q    So are these rules and regulations what's

18   being referred to on page 6 at paragraph 6, when it

19   says that, "The dancer while on premises shall

20   comply with any and all rules established by the

21   club," would that include the rules set out on page

22   11?

23       A    Where are you getting that from?

24       Q    I'm sorry.  There's a lot of information

25   there.  Turn to page -- keep your hands on number

1    11, page 11, paragraph 6, the first sentence after:

2    Rules and Regulations there, you see that?

3         A     Yeah.

4         Q     It refers to the dancer being required to

5    comply with the rules established by the club.

6         A     Okay.

7         Q     The rules set out on page 11, are those

8    the rules that are being referred to?

9         A     Yeah, basically.

10        Q     What do you mean "basically"?

11        A     You know, this has changed after -- this

12   entertainer rules has changed over the years, but,

13   you know, yeah, that's basically some of the rules.

14        Q     Okay.  And it says, it says in paragraph

15   6, "That the club can change the rules from time to

16   time"?

17        A     Yeah.

18        Q     But when Miss Wiles came in and signed up

19   to work for Cheetah Pompano, page 11, were at least

20   some of the rules that were in place at the time, is

21   that accurate?

22        A     That's accurate.

23        Q     Okay.  Do you know of anyone who's been

24   disciplined, and what I mean "disciplined," I mean

25   asked to leave or terminated or anything like that

Page 83

1    for violating the rules that are on page 11?

2              MS. SCHWARTZ:  Objection to form.

3              THE WITNESS:  Yes.

4    BY MR. MORGAN:

5         Q    Okay.  How often has that happened, do you

6    know?

7         A    Not often.  You know, like, for instance,

8    if a girl walks around with a cigarette, that's, you

9    know, we don't -- they don't -- we don't get rid of

10   them or they don't get fired or their lease get

11   terminated.

12             If there's drugs, if there is something

13   against the law-law, that's how their license and

14   agreement would be terminated.

15        Q    Do you know how long the club has had in

16   place a set of rules like that on page 11, with the

17   understanding that they may have changed over time,

18   but do you know how long something like page 11 has

19   been in place?

20             MS. SCHWARTZ:  Objection to form.

21             THE WITNESS:  Way more than ten years.

22   BY MR. MORGAN:

23        Q    Other than the rules that are listed here

24   on page 11, are there any other written lists of

25   rules of the club for the entertainers?

1        A     Not that I could recall.

2        Q     I'm not trying to trick you.  Turn to page

3     10.  There is a drug policy there one page over.

4              At page 10 you have pretty much told me

5     about these particular rules.  In other words,

6     they're not allowed to sell drugs or use illegal

7     drugs, and they're not allowed to do prostitution or

8     that sort of stuff, and I see that here on page 10?

9        A     Yes.

10       Q     Would you consider these also rules of the

11    club, that you can't entertain or you're not allowed

12    to violate these particular policies?

13       A     Yes.

14       Q     How long has this particular policy on

15    page 10 been in place for the club?

16       A     I would say more than ten years.

17       Q     I think you told me that you weren't sure

18    whether page 11 or something like that was posted,

19    I'm right on that?

20       A     I don't think that we -- you know, back

21    then, it might have been posted.  Not this one, but

22    this one here (indicating).

23       Q     Meaning, page 11?

24       A     Yeah, I'm just thinking by me walking into

25    the dressing room, have I seen this up on the wall

```
 1    lately, I can't say.  I remember it being up at one

 2    time, but I'm not sure if it's still there.

 3        Q    Is that within the last five years that it

 4    was posted?

 5            MS. SCHWARTZ:  Don't guess.  He just wants

 6        to know what you know.

 7            THE WITNESS:  You know, I can't really

 8        say, you know.

 9    BY MR. MORGAN:

10        Q    How about the rules on page 10, I think

11    you told me those were posted?

12        A    No, these aren't posted.

13        Q    No?

14        A    No.

15        Q    So tell me then, because maybe I'm --

16        A    We have something posted in our champagne

17    rooms:  "No drugs, no prostitution, no

18    solicitation," they are posted.

19        Q    Okay.  So you may not have the exact

20    document that is page 10 posted, but you have the

21    rules from page 10 posted somewhere in the champagne

22    room; is that right?

23            MS. SCHWARTZ:  Object to form.  You can

24        answer.

25            THE WITNESS:  Yes.
```

Page 86

```
 1    BY MR. MORGAN:
 2         Q     Let me ask you the same question for
 3    number 11:  Whether you have an actual posting of
 4    what we see as page 11, do you have any of these
 5    rules posted anywhere in the club, to your
 6    knowledge?
 7         A     Yeah.
 8         Q     You do?  Which rules do you have posted
 9    around the club?
10         A     "No drugs, no solicitation, no
11    prostitution."
12         Q     Anything else?
13         A     No.
14         Q     Does the club have any type of employee or
15    employee handbooks or manuals, to your knowledge?
16         A     For regular, you know, waitresses,
17    bartenders, them type things.
18         Q     For any position?
19         A     There's a handbook that we use a program,
20    it's called the SERVE Program, and they're an
21    outside company that comes in and certifies all the
22    employees to look for, you know, its obsessive
23    drinking, how to identify certain -- if somebody is
24    on drugs, somebody has had too much to drink,
25    whether or not they should be served or not.  They
```

Page 87

```
 1     give out a book, they take a test, a written test,

 2     and that's the only book that we would have that is

 3     supplied by the SERVE Program.  The name of the

 4     program is SERVE.

 5          Q     S-E-R-V?

 6          A     S-E-R-V-E.

 7          Q     SERVE.  Are the entertainers required to

 8     go through the SERVE Program as well?

 9          A     No.

10          Q     Is there any type of program similar to

11     that, that the entertainers are required to go

12     through?

13          A     No.  They don't serve alcohol and food so

14     they wouldn't be involved in it.

15          Q     Are there any, to your knowledge,

16     handbooks or manuals for the entertainers other than

17     what we see here in Exhibit 3?

18          A     No.

19          Q     Does the club regulate when an entertainer

20     shows up for work, and isn't as presentable as

21     they'd like them to be?

22               MS. SCHWARTZ:  Objection to form.

23               THE WITNESS:  Presentable in which manner,

24          makeup?

25
```

```
 1   BY MR. MORGAN:
 2        Q    In any manner.  In other words, if an
 3   entertainer shows up and she doesn't look put
 4   together nicely, doesn't look attractive, does the
 5   club regulate that in any way?
 6             MS. SCHWARTZ:  Objection to form.
 7             THE WITNESS:  Are you talking about a new
 8        girl or a girl that's been working that has an
 9        agreement with us already?
10   BY MR. MORGAN:
11        Q    Well, it depends on what you call a new
12   girl, you mean a new applicant?
13        A    Yeah.
14        Q    I'm talking about somebody that already
15   works for the club.
16             MS. SCHWARTZ:  Objection to form.
17             THE WITNESS:  Yeah, there's been times
18        where a girl has been away for a while.  She's
19        come back, maybe she had a baby, and she, you
20        know, she's just not in shape.
21   BY MR. MORGAN:
22        Q    She hasn't got her pre-baby weight back,
23   is that what you're saying?
24        A    Yeah.
25        Q    Any other examples that you can think of?
```

1      A    Not really, you know.  If they're working

2   there already, they were hired because they're able

3   to work there unless they got hit by a truck or

4   something, you know.

5      Q    What if an entertainer -- well, let me

6   start back to what you told me, that you recalling

7   an example or examples of entertainers coming back

8   from having a baby and not being allowed to work

9   because they weren't in shape, I think you said; is

10  that right?

11     A    Yeah.  Well, what would happen is they

12  would come back, and they would know.  You know,

13  they would say, you know, of course, you know, maybe

14  they needed the money or whatever.  You know,

15  sometimes what we would do is, you know, say,

16  "Listen, why don't you take a waitress job or

17  something until you get yourself back in shape," you

18  know, and try to help them that way.

19     Q    So the club wouldn't necessarily let them

20  work as an entertainer, but they would offer them

21  other options, if they could?

22         MS. SCHWARTZ:  Objection to form.

23         THE WITNESS:  Yeah.  Yeah, you know, it's

24     hard.  Once they're used to making, you know,

25     entertainer dancer-type of money, it's very

Page 90

```
 1        hard for them to go be a waitress or something.

 2        Just the money difference is just phenomenal,

 3        you know.

 4   BY MR. MORGAN:

 5        Q     So let me ask you this, then:  Aside from

 6   the situation where the entertainer has gotten out

 7   of shape for whatever reason, are you aware of any

 8   examples of an entertainer showing up for work and

 9   she just doesn't look put together, maybe she looks

10   strung out, maybe, her hair or makeup is not done,

11   things like that where they were asked not to work

12   that shift?

13             MS. SCHWARTZ:  Objection to form.

14             THE WITNESS:  Yes.

15   BY MR. MORGAN:

16        Q     How often does that happen?

17        A     It's not a daily or even a weekly

18   occurrence, you know.  The girl would come in and

19   she must have been drinking somewhere before or, you

20   know, something like that or she just looked high,

21   we wouldn't admit them in.

22        Q     Would it happen a couple times a year, you

23   think?

24        A     Maybe a couple times a year, not a great

25   deal.
```

Page 91

1        Q      Has an entertainer, to your knowledge,

2    ever been asked to change the attire that they were

3    wearing at the club?

4        A      Attire, meaning?

5        Q      Whatever they were wearing for their work

6    at the club, were they ever asked not to wear that

7    or wear something else?

8        A      No, the girls can wear whatever they want.

9    We have no restrictions on whatever.

10       Q      On page 11, there, there's one thing that

11   says, "They're not allowed to show up at the club

12   in" -- let me find it here -- about halfway down, it

13   says, "Don't walk through the club in your street

14   clothes?"

15       A      Yeah, you know, if a girl comes in from

16   the outside, you know, she's got to be dressed for,

17   you know, dancing.

18       Q      For work?

19       A      Yeah.

20       Q      What types of tools of the trade, if you

21   will, are the entertainers required to obtain on

22   their own?

23              MS. SCHWARTZ:   Objection, form.

24              THE WITNESS:   Tools of the trade, meaning

25         G-string?

Page 92

1   BY MR. MORGAN:

2        Q    Presumably, yes.

3        A    Yeah, whatever they want.  They usually

4   wear a G-string, some kind of bikini top, and they

5   wear a cocktail dress or something over it.

6        Q    So aside from the clothing that they wear?

7        A    And heels, of course.

8        Q    Sorry.  Okay.  So aside from the clothes

9   and the shoes that they're wearing for purposes of

10  entertaining customers, are there any other tools of

11  the trade that they're required to bring with them,

12  for example, music, anything like that?

13            MS. SCHWARTZ:  Objection, form.

14            THE WITNESS:  No.

15  BY MR. MORGAN:

16       Q    The club provides the music for them,

17  right?

18       A    Well, the DJ has, I know, access to

19  whatever as long as they want, you know, because

20  everything is on a laptop.  It's not like the old

21  days where you had albums that these guys used to

22  lug around.  Now, whatever they want, they tell the

23  DJ and he just gets it online.

24       Q    Are there any payments that have to be

25  made to buy the music?

1        A    The DJs they have, they belong to certain

2    DJ pools they're called, and they get access to all

3    of that, you know.  To be honest, I don't know how

4    they get it, but that's their responsibility to keep

5    up whatever, keep up on the latest and the greatest

6    music that's out there.

7        Q    Does the club pay for those services for

8    the DJ?

9        A    No, we used to many years ago.  We used to

10    buy the DJ pool when there was -- when we were an

11    album, when they used to use albums way back.  And

12    they would ship them to us, and then we would put

13    them in a booth and they would be the house albums.

14             Nowadays, they have to do it on their own,

15    and they get them from, you know, wherever they get

16    them from.

17        Q    Does the club have televisions, TVs?

18        A    Yes.

19        Q    And does the club have subscriptions to

20    certain types of networks?

21        A    Yes.

22        Q    What types of subscriptions?

23        A    The NFL package, the MBA All Access, the

24    hockey, whatever kind of sporting event that we

25    could get, we buy.

```
 1      Q     You guys have fighting events?

 2      A     UFC, boxing, everything.  We have to keep

 3   up on it.

 4      Q     Does the club pay for those services?

 5      A     Yes.

 6      Q     Do you use that for marketing to potential

 7   customers?

 8      A     Oh, yeah.

 9            MR. MORGAN:  Go off for a minute.

10            THE VIDEOGRAPHER:  Stand by to go off

11       Media Unit Number 2.  Going off the record at

12       12:03 p.m.

13            (A recess was taken after

14   which the following proceedings were had:)

15            THE VIDEOGRAPHER:  We are now back on

16       Media Unit Number 2.  The time back on the

17       record is 12:13 p.m.

18   BY MR. MORGAN:

19      Q     We were talking about some of the rules

20   that are in place when we took a break, that's where

21   we'll start back, okay?

22      A     Okay.

23      Q     You told me earlier that the entertainers

24   are paid tips, but we didn't really talk about it in

25   detail.  How does an entertainer get paid tips?
```

Page 95

```
 1        A     When they dance on stage, the guys will
 2   come up, and, you know, give them dollars.
 3        Q     Okay.
 4        A     The other way is if they do friction
 5   dances or if they do table dances, they also make
 6   money just for sitting with guys.  They'll just give
 7   them money.
 8        Q     So we're clear, when you say, "The guys
 9   would pay them money," you're talking about the
10   customers of the club?
11        A     Yeah.
12        Q     So they would receive tips directly from
13   the customers for their floor dances, their friction
14   dances, and their table dances; is that right?
15        A     Yes.
16        Q     Any other way that they get tips from the
17   customers?
18        A     Just for sitting with them, did you say
19   that one?
20        Q     I didn't say that one, okay.  So sometimes
21   the customer will pay them just to sit with them?
22        A     Just to sit with them.
23        Q     Any other way that you can think of that
24   they receive tips?
25        A     No.
```

Page 96

1      Q    In all those scenarios, are the tips paid

2  directly from the customer to the entertainer?

3      A    Yes.

4      Q    We mentioned earlier that in the case of a

5  friction dance that the entertainer then pays $5 of

6  it to the club; is that right?

7      A    Yeah.

8      Q    Other than the other fees we discussed,

9  does the entertainer pay any portion of her tips to

10  either the club or any other employees other than

11  what we've discussed so far?

12      A    No.

13      Q    Are there, are -- you aware of any

14  examples of when an entertainer has been asked to

15  leave, whether it was for a shift or for good for

16  having her makeup or her hair not done properly?

17      A    No.

18      Q    How about for not showing up timely for a

19  shift?

20      A    No.

21      Q    So other than the escalated house fee,

22  there's really no additional discipline, to your

23  knowledge, for showing up late?

24          MS. SCHWARTZ:  Objection, form.

25          THE WITNESS:  No.

1    BY MR. MORGAN:

2         Q    Are there occasions that you're aware of

3    where there were not enough dancers or entertainers

4    who showed up for a shift and others were asked to

5    come in?

6         A    No.

7         Q    I think you mentioned earlier when they

8    come in and apply, they're asked whether they want

9    to work a floating shift, day shift, night shift

10   that sort of thing; is that right?

11        A    Yeah, they just ask them:  "Are you a day

12   girl, night girl"?

13        Q    Are they ever told that:  "We need you to

14   work a certain shift?"

15        A    No.

16        Q    Has there ever been, to your knowledge, a

17   schedule kept?

18        A    No.

19        Q    How does the club know on any given shift

20   the number of entertainers that are going to show

21   up?

22        A    You really don't know, but we've been in

23   business for so long that, you know, it's not really

24   an issue, ever.  We always have enough girls unless

25   it's a New Year's Eve or something like that.

1      Q     What happens on, like, those holidays

2    where entertainers don't want to work?

3      A     You just go with what you got.

4      Q     They're not calling in, necessarily?

5      A     No, no.

6      Q     Is there any requirement that a new

7    entertainer, a new applicant work holidays or

8    anything like that?

9      A     No.

10      Q     Is there any type of fee or discipline for

11    an entertainer who leaves early on a shift?

12      A     No.

13      Q     I notice that was one of the rules here.

14    Does it happen very often that an entertainer will

15    leave early?

16      A     It happens.  Their kid will get sick,

17    they'll get a phone call that they have to leave.

18    You know, they get sick, you know, they leave.

19    Other than that, it doesn't happen often.

20           You know, you got some girls that make a

21    lot of money and then they want to go home, you

22    know, so they just go and we can't -- we don't do

23    anything.

24      Q     Are you aware of any examples where an

25    entertainer has done that so often that the club has

Page 99

1    decided not to have them back?

2         A    Not that I can recall, no, not really.

3         Q    You mentioned to me earlier that there's a

4    rule regarding underage entertainers not drinking

5    alcohol in the club?

6         A    Yes.

7         Q    Are there any other rules for the

8    entertainers in terms of eating and drinking in the

9    club?

10        A    No.  As far as drinking alcoholic

11   beverages, if they have too much to drink, you know,

12   then we would ask them, you know, not to go back on

13   the floor.

14        Q    Okay.  So if they drink to excess?

15        A    Yeah.

16        Q    Then, they're asked not to finish their

17   rotation?

18        A    Yeah, basically, or what we do is we get

19   them something to drink, some coffee, they just take

20   a break in the back, and, you know, they just hang

21   out.

22        Q    Okay.  Who does an entertainer answer to

23   directly at the club if they have a problem or a

24   question?

25             MS. SCHWARTZ:  Objection to form.

Page 100

```
 1              THE WITNESS:  A manager.
 2    BY MR. MORGAN:
 3         Q    And if it's something the floor manager
 4    can't answer, who would they go to from there?
 5         A    They would go to either me or the general
 6    manager.
 7         Q    Having been at the club as long as you
 8    have, are you given carte blanche in terms of making
 9    decisions regarding the club?
10         A    Yes.
11         Q    Is your father involved at all in decision
12    making for the club at this point?
13         A    No.
14         Q    How about Ms. Blasi?
15         A    No, she lives in Boston.
16         Q    So you're the guy?
17         A    Yeah.
18         Q    Are the entertainers required to interact
19    with customers?
20              MS. SCHWARTZ:  Objection, form.
21              THE WITNESS:  They're not required to, but
22         if they want to make money, they have to
23         interact.
24    BY MR. MORGAN:
25         Q    Are you aware of any situations where an
```

1    entertainer has been asked to leave a shift because

2    she's not --

3         A    No.

4         Q    -- commingling with the customers?

5         A    No.

6         Q    As we look at page 11 there -- do you need

7    to get that?

8         A    No.

9         Q    Do you know of any rules that have only

10   page 11 that have either been subtracted or added to

11   the list of rules; in other words, are there any new

12   ones or are any of these rules on page 11 not in

13   place anymore?

14        A    Yeah, some of them, they're not really

15   enforced, you know, like if a girl is chewing gum,

16   for instance, on stage, it's not a big thing, but

17   we -- it's a pain when the girls chew gum because

18   they stick it all underneath the seats and it gets

19   on the carpet, things like that.

20             Other than that, I can't really -- I don't

21   see anything on here that -- nothing really.

22        Q    So other than the "don't chew gum while on

23   stage" rule, the other rules are still in place?

24        A    Yes.

25        Q    If an entertainer is caught chewing gum on

1    stage, are they asked to get rid of the gum?

2         A    Yeah.  You know, it's something that's

3    been on here for a while that we don't -- it's not

4    really a big deal.

5         Q    Turn back to page 3 of 3 or Defendants' 7,

6    whichever you prefer.  There's a signature there it

7    looks like -- I can't read it.  Do you know who that

8    is?

9         A    Yeah, that's Ana Sanchez.  She's an office

10   assistant.

11        Q    So this would have been during the daytime

12   more likely than not?

13        A    For sure.

14        Q    And Miss Wiles was given or chose or

15   assigned the stage name Monroe; is that right?

16        A    Yeah, they usually pick their name, and if

17   another girl doesn't have it already, then they're

18   allowed to use.

19        Q    So, for instance, during the time frame

20   that Miss Wiles is working, the only entertainer who

21   would have been using the stage name would have been

22   Miss Wiles, meaning Monroe?

23        A    Monroe, yes, at that time, but, you know,

24   if you go to our, you know, like, a name like Monroe

25   might have been used -- as long as there's not an

1    active girl at that time with the name "Monroe,"

2    she's good to go.

3        Q    How does the club keep track of the active

4    girls?

5        A    We have a computer.

6        Q    You mentioned earlier there was a box

7    behind the hostess stand where they get the sheets?

8        A    Yes.

9        Q    The schedule sheets?

10       A    Yeah, the attendance sheet.

11       Q    Okay.  How are those sheets pulled -- let

12   me ask that question a better way.

13            How does the club know when to pull an

14   entertainer sheet out of that box because they're no

15   longer active?

16       A    They usually wait, you know, a couple

17   months, and then for sure by the next year, you

18   know.  Like if a girl -- as we're redoing the cards

19   again, if a girl hasn't been there in a couple

20   months, they'll usually, you know, take it out.

21       Q    So that kind of gets to my -- is what I

22   was thinking.  So at some point the cards are -- I'm

23   going to say -- audited or redone, you said?

24       A    Yeah, well, every year they're redone --

25       Q    Annually?

Page 104

1       A       -- annually, and then as a new girl comes

2    in, they'll make a new card for her.

3       Q       Gotcha.  When is that done during the

4    year?

5       A       Usually, at the end of the year they start

6    doing them just to be ready to the following year.

7    And then any new girl that comes in obviously they

8    make a new card for her.  That's done 12 months a

9    year.

10      Q       So if an entertainer, if the club pulls a

11   card and they see that an entertainer hadn't been

12   there a certain amount of time, that card would be

13   pulled from the books, is that how that works?

14      A       You know, I don't know if they would go

15   through the box and actually pull out the girls that

16   haven't been there, but at the end of the year, what

17   they'll do is they'll -- if a girl hasn't been there

18   in a while, they'll take her card there and put it

19   into her file in the back office.

20      Q       Is she considered inactive at that point?

21      A       Yeah, inactive.

22      Q       How much time has to pass before an

23   entertainer becomes inactive?

24      A       They usually wait three, four, five

25   months.  These girls, they come and go, you know,

1    whenever they want so -- then if she does come back,

2    we'll just go to her file and then just activate her

3    again.

4         Q    Okay.  Turn to Defendants' 13 there.  I

5    think this appears to be one of the dancer schedule

6    cards for a different dancer, Miss Shaw; is that

7    right?

8         A    Okay.

9         Q    Don't agree with me.  Let me ask you that.

10   Is this a dancer schedule card for Miss Shaw?

11        A    Yeah, it's an attendance card.

12        Q    This is the card that would be pulled from

13   the box behind the hostess stand?

14        A    Yes.

15        Q    And her name at the time, her stage name

16   at the time was Ella; is that right?

17        A    Yes.

18        Q    Does this appear to be the card for 2013,

19   at Defendants' 13?

20        A    Yes.

21        Q    If we turn it over to Defendants' 14, it

22   appears to be the same card for Miss Shaw for 2014;

23   is that right?

24        A    Yes.

25        Q    If we turn to Defendants' 15, about one

```
1    third of the way down the sheet there, it says,
2    "Driver's license number," then below that it says,
3    "Have you ever worked for Cheetah before," you see
4    that?
5         A    Yes.
6         Q    Why is that question asked?
7         A    I'm not sure why we put that in there.  It
8    might have -- it might be because if a girl worked
9    for us before, and she was a problem or something
10   happened, we could go and we could look and see, you
11   know, why she isn't working there or, you know,
12   just -- I think for that reason.
13        Q    So, in other words, you wouldn't want to
14   rehire a problem entertainer?
15        A    Yes.
16        Q    You could see there that Miss Shaw marked
17   that she, "yes," she had worked for Cheetah, but in
18   Hallandale?  You see that?
19        A    Yes.
20        Q    So do you have ways to check with the
21   other two Cheetah clubs as to whether an entertainer
22   has been a problem at their club in the past?
23        A    Yes.
24        Q    If we look at the very bottom of
25   Defendants' 15, there's that "Must days" section, do
```

1    you see that?

2         A    Yes.

3         Q    It looks like all the days, are those

4    checkmarks or marked?

5         A    I know -- I don't know what that is.

6    Those are the days that they put that they could

7    work so I'm assuming that she's available seven days

8    a week.  Like, if a girl, if one of the boxes wasn't

9    filled, I would say that maybe she couldn't work on

10   Sunday or something, but that's totally up to them.

11        Q    But as far as you know, the entertainer

12   fills that out, not a manager?

13        A    Yes.

14        Q    If you turn to Defendants' 19 --

15        A    Okay.

16        Q    -- it looks like we have the same

17   paragraph regarding the rules and regulations of

18   paragraph 6 as we saw in Miss Wiles?

19        A    Okay.  I'm pretty sure this is the same

20   thing.  What was your question?

21        Q    Just confirming that paragraph in Number 6

22   is the same in Miss Shaw's agreement as it was in

23   Miss Wiles?

24        A    It looks to be the same, yes.

25        Q    If we turn to Defendants' 21, it appears

Page 108

1   to be the same list of rules for Miss Shaw as for

2   Miss Wiles, correct?

3       A    Yes.

4       Q    Defendants' 22, which is the next page,

5   appears to be the same tip-out sheet for Miss Shaw

6   as it was for Miss Wiles, is that accurate?

7       A    That's accurate.

8       Q    The very next page, Defendants' 23, is the

9   same drug policy; is that right?

10      A    That's correct.

11      Q    Let's turn to Defendants' 25.

12      A    Okay.

13      Q    This appears to be a dancer schedule for

14  Miss Ashley Howell.  Do you see that?

15      A    Mm-hmm.

16      Q    "Yes"?

17      A    Yes.

18      Q    There's no year on this.  Do we have any

19  way of knowing what year this would have been

20  created?

21      A    I'm assuming by the start date of 11/13 is

22  when they made the card so this could be a girl that

23  came in, auditioned, and never came back.  Like a

24  lot of times, they'll come in, audition, get hired,

25  and just never come back.

1        Q      If we turn to the next page, Exhibit 26,

2    there's a date at the top of 11/13/13, you see that?

3        A      That's correct.

4        Q      So if we look at the previous page on

5    Defendants' 25, there are no dates marked on

6    Defendants' -- on page 25.  Does that mean -- what

7    does that mean?

8        A      I would say that the girl never worked,

9    never worked a day or never started.

10       Q      Okay.  Turn to page Defendants' 28.  Now,

11   does paragraph 6 appear to be the same rules and

12   regulations provisions as we saw with Miss Shaw and

13   Miss Wiles?

14       A      Yes.

15       Q      All right.  We can put this one away.

16              MR. MORGAN:  Exhibit Number 4.

17              (Exhibit 4 was marked for identification.)

18   BY MR. MORGAN:

19       Q      Let me show you Exhibit 4.

20       A      Is this the same as this?

21       Q      It is.

22              MS. SCHWARTZ:  The company was supposed to

23       Bates stamp them.  The company didn't Bates

24       stamp them?

25              MR. COLEMAN:  No, we just got a bunch of

```
 1        PDF files.
 2             MS. SCHWARTZ:  You got a disc, correct?
 3             MR. COLEMAN:  They were sent
 4        electronically.  Don't recall.
 5             MS. SCHWARTZ:  We should do that at some
 6        point just for future.  Okay.
 7   BY MR. MORGAN:
 8        Q    Okay.  Looking at Exhibit 4 there,
 9   Mr. Rodriguez.  Can you tell me what this document
10   is?
11        A    This is the sign-in sheet.
12        Q    This is the one where the entertainer
13   actually signs in; is that right?
14        A    Well, she doesn't sign in, but the girl at
15   the door signs her in.  When she's ready for
16   rotation, she'll go up to the door and she'll say,
17   "I'm ready to go."
18        Q    Where does the entertainer get the sign-in
19   sheet?
20        A    She doesn't get it.
21        Q    So the hostess has it?
22        A    She keeps it, yeah.
23        Q    So, for instance, on May 14th, 2014, which
24   is the date the top of this one, the hostess would
25   have had a sign-in sheet, and as the entertainers
```

1    came in, she would sign them in, is that how that

2    works?

3        A    That's correct.

4        Q    At some point during the shift, the

5    hostess would go back and complete the dancer

6    schedule cards that we talked about earlier?

7        A    That's correct.

8        Q    Part of the reason we pulled just this

9    particular one, this is May of 2014, just so you

10   will know, okay?

11       A    Okay.

12       Q    And in May of 2014 -- we can pull it back

13   up if you like -- but there was on the dancer

14   schedule card, a date of 5/23/14, was the only date

15   showing Miss Wiles worked.

16            But as we look through May of '14, I'm

17   going to tell you -- I'm not trying to trick you

18   because I'm trying to understand -- there are 12

19   dates where she signed in or where she is signed in?

20       A    What did you say?  There's 12 dates?

21       Q    Correct.  There's one date showing on the

22   dance schedule.

23       A    What's the first day?

24       Q    The first day is 5/14.  The reason I'm

25   asking this is I'm trying to understand why that is.

1        A     5/14, that's a Wednesday, right?

2        Q     I don't know.  But I can tell you in a

3    second.

4        A     On the top there it says, "Wednesday,

5    5/14"?

6        Q     Yes.

7        A     What's her name?

8        Q     Her stage name is Monroe.

9        A     Okay.  I see Monroe.  And what was the

10   question?

11       Q     Well, the question I guess for now would

12   be:  Why does her name not show up on the dancer

13   schedule for May 14th?

14       A     I don't even think you have 14 here.

15   Okay.  You got 14?  What was the date, May --

16       Q     The date on the sign-in sheet is May 14th.

17       A     Yeah, you got the 23rd.  The only reason

18   that she wouldn't be on there would be that the

19   hostess didn't do her job and put her on there.

20       Q     Okay.  I'll give you all these dates.  We

21   can look at them if you like, but there's several

22   dates where she shows up on the sign-in sheet, but

23   she does not show up on the card.

24       A     Okay.

25       Q     Okay.  The next one is May 16th.

Page 113

1        A      May 16th, Monroe.

2        Q      Near the bottom of the second page of

3    May 16, Number 13.

4        A      On the second page, Monroe, okay.

5        Q      So she shows up there, but she doesn't

6    show up on the card for that.

7        A      Yeah.  See, I would say that the hostess

8    didn't do her job.

9               See, the problem is, is that like we had a

10   real good girl during the day, Melissa, that used to

11   do a good job with the girls during the day.

12   Nighttime was more turnovers.  So if they didn't

13   mark them on here, that means the hostess didn't do

14   her job.

15       Q      Is it fair, though, would it be fair to

16   say that if they show up on the sign-in sheet, the

17   entertainer likely worked that shift?

18       A      Oh, yeah, for sure.

19       Q      So the sign-in sheets are likely more

20   reliable than --

21       A      For sure, no doubt.

22       Q      -- than the card?

23       A      No doubt.

24       Q      We don't have to go through each one of

25   these unless you want to, but there's ten more dates

1    where she shows up on the sign-in sheets.

2              MS. SCHWARTZ:  The document can speak for

3         themselves, right?

4              MR. MORGAN:  Right.

5    BY MR. MORGAN:

6         Q    If I tell you that her name shows up on

7    these other dates and it doesn't show up on the

8    card, would your answer be the same, that likely,

9    the hostess didn't do her job?

10             MS. SCHWARTZ:  Objection to form.

11             THE WITNESS:  Yeah.

12   BY MR. MORGAN:

13        Q    Can you think of any other reason why that

14   would be?

15        A    No.

16        Q    Is there any audit done of the dance

17   schedule cards that the hostess is supposed to

18   maintain?

19        A    Not really.  To be honest, this card here

20   is something that we did, we put together years ago.

21   Basically, it was because of girls that -- what

22   would happen is these girls would go missing or cops

23   would come in looking for them, and, you know, we

24   kind of felt that we were doing ourselves -- just

25   covering ourselves in a way where if the girl said

1    that something happened at the club or something --

2    or on the outside.

3             Like, a lot of times, you know, the police

4    would come in or there would be some kind of

5    investigation, and then we would have the cards to

6    kind of show that they were here, that they weren't

7    here that day.

8             So if a girl worked during the day and

9    Melissa was working, which she was a good hostess

10   and she did her job properly; at nighttime, there

11   was a little more turnover.  There wasn't a manager

12   checking every day, which there should have been

13   someone checking to make sure that they did their

14   job, but this really is just an attendance kind of

15   card.

16        Q    If we're able to find the same is true for

17   Miss Shaw, that there are dates on -- where she's on

18   the sign-in sheet, but not on the scheduling card,

19   would the same answer be true as to why there's a

20   difference the hostess didn't do her job?

21        A    Yeah.

22        Q    And the same for Miss Howell?

23        A    Yeah.

24        Q    Okay.  As I understand the way you're

25   explaining the card to me, is that it's kind of an

1    extraneous document; in other words, the sign-in

2    sheet tends to be the main document that the club

3    uses, and that the card is an extraneous document?

4         A    Yes.

5         Q    If you will turn just back to the May 1

6    date, the very first page of that exhibit.  What I

7    want to do is I want to make sure I understand what

8    all of those categories are, okay?

9         A    Okay.

10        Q    How long have these sign-in records been

11   in place in the club?

12        A    Years, many years.

13        Q    More than five?

14        A    Yes.

15        Q    So obviously, the column titled:

16   Entertainer, that's pretty easy, that's just the

17   stage name of the entertainer who worked that shift?

18        A    That's correct.

19        Q    What does "number" mean?  I see, it's just

20   keeping --

21        A    Just the amount of girls.

22        Q    I got it.  So you're keeping a count as to

23   the number of entertainers who worked that shift?

24        A    That's correct.

25        Q    So, for instance, on May 1 for the day

1     shift, there would have been 22 entertainers?

2          A     That's correct.

3          Q     Hostess is Marta as Melissa/Tasha.

4     Melissa is the one I think you told me about

5     earlier, worked the day shift?

6          A     Yes.

7          Q     Would Tasha would have been the hostess

8     who worked the night shift?

9          A     Yes.

10         Q     What is the "1,295" for there at the top

11    right-hand corner?

12         A     Twelve --

13         Q     $1,295?

14         A     That's how much money probably was taken

15    in.

16         Q     Taken in from the entertainers?

17         A     You know, I can't be for sure, but if I

18    added up all the -- these things in this row or if I

19    added these up, they probably would come out to that

20    number (indicating).

21         Q     Okay.  So you're telling me more likely

22    than not, that $1,295 is accumulative of the amount

23    of fees paid by the entertainers on May 1st?

24         A     It could be.

25         Q     Now, out to the right of Entertainer,

1    there's a column that says "in" and next to that

2    "out?"

3         A    That's time that they checked in.

4         Q    And checked out?

5         A    And that's the time that they left.

6         Q    Then, the next column is ""fee."  Is this

7    the house fee that they paid for that shift?

8         A    That's correct.

9         Q    Then, there's column there for "PD."  Is

10   that just noting that they paid?

11        A    Paid.

12        Q    As we go down there, we see "PD" next to

13   some, and then we see "C" next to some?

14        A    That means that they're comped, that they

15   did their four days the week before.

16        Q    So where there's a "PD," they paid the

17   house fee, and where there's a "C," they were

18   comped?

19        A    Right.

20        Q    Other than having worked their four days

21   the previous week, is there any other reason why the

22   entertainer would have her house fees comped?

23        A    Not really, unless there was something

24   that happened and they had to leave early.  Mostly

25   it's just for -- that they worked their four days

1    the week before.

2         Q    Okay.   The next column over says

3    "frictions."  Are those the friction dances?

4         A    Yes.

5         Q    Help me understand, for instance, with

6    China, Number 1 there, it says "433 slash," tell me

7    what that means.

8         A    That means that she did four frictions.

9    When they're circled, that means that they're paid.

10   So she'll go up to the front door.  She must have

11   been, you know, on the floor.  She did four

12   frictions, and then when she went to the door she

13   paid four.  The next time she went up, she must have

14   done three, then she paid three.

15        Q    So throughout her shift, she would have

16   done ten frictions, but she paid for them at

17   different times?

18        A    That's right.

19        Q    Who keeps an accounting of how many

20   friction dances an entertainer does?

21        A    The manager goes back there every song and

22   he's got a little checklist that he checks how many

23   they do so the girl will go up to the front door and

24   she'll say, "China's paying four frictions."  He'll

25   say, "Okay, that's how many she did," and she'll

1    circle it and it's paid.

2        Q    Are the friction dances only done in a

3    certain area of the club?

4        A    Usually, yeah.

5        Q    What area is that?

6        A    It's the back area where it's just

7    friction, it's like the friction couches.

8        Q    Is that the champagne room?

9        A    No, that's different than the champagne

10   room.

11       Q    Then, again, we see the next column over

12   is marked "SEC" or --

13       A    That's so the girl -- like, during the

14   day, that's the $4 that they take, they get for the

15   managers.  So they just pay the girl at the front

16   door and then give it to the managers so the

17   managers don't have to chase them around.

18       Q    So, for instance, like for China, it says

19   "PD," and I think that's either a 3 or a 5 there?

20       A    No, it's just paid security, five bucks or

21   whatever it is.

22       Q    That's an "S"?

23       A    S or a 5.  It's $4 during the day so --

24       Q    So it just shows that each entertainer

25   paid the security?

1     A     Security, yeah.  Now, if you look at

2   night, you will not see the PD because they pay the

3   security directly.  Like, we have the floor hosts

4   that they're getting paid so they give it to them

5   directly.

6          During the day there's no security so they

7   give it to the door girl, and she gives it to the

8   managers.

9     Q     Are there any documents that document that

10  the entertainer paid the security at night?

11    A     It's just that slip that we throw out

12  after a couple of days.

13    Q     Then, on the next column over, it says,

14  "Notes/telephone," what is the purpose of that?

15    A     That's just to mark, you know, if they're

16  comped or not, if they did their four or five days.

17    Q     Out to the side, Number 2 there, "Becky,"

18  there's a "129" in that column.  What does that

19  refer to?

20    A     You know, I don't know what that is to be

21  quite honest.  I don't know if --

22    Q     You can see as you go down, there's types

23  of numbers throughout.

24    A     Yeah.  See, I would say that, you know,

25  maybe it was a dollar amount, but, you know, with

```
 1    ending in a one, it's weird.  I have no idea.  Must
 2    be a little note that Melissa must have kept because
 3    if I look at the other ones, it doesn't look like
 4    the girl at night really did it.  So I don't know.
 5    I have no idea why.  Good question.  I have no idea.
 6    It must be some kind of internal notes that she kept
 7    for some reason.
 8         Q    But where it says, for instance, "4 days
 9    or 5 days," that means they worked four or five
10    days?
11         A    The week before.
12         Q    The week before, okay.  If you turn to the
13    next page, on that same column, there's a couple
14    places that say "per Steve."  Any idea what that
15    means?
16         A    Yeah, that's a manager.  You see how,
17    like, Danielle, the first one that has "per Steve,"
18    her fee was $25.  He dropped it to 15 for some
19    reason, and that's a manager -- he allowed it for
20    some reason.  So what the reason is, I don't know.
21         Q    Right.  I doubt he would at this point?
22         A    I doubt it.
23         Q    There's a note there that, for instance,
24    Natasha, went home?
25         A    Right.
```

1        Q     Look at number 15 there, "Winter?"

2        A     15, okay.

3        Q     And it says, "She paid 20 and she owes

4    20?"

5        A     That means that she didn't make any money,

6    and the next time she comes in, she's supposed to

7    pay it.

8        Q     Okay.  So when she came in next time and

9    she made enough money, she'd have to pay the 20 plus

10   whatever house fee --

11       A     No, that is the house fee.

12       Q     Right.

13       A     She owed 40, she paid 20.  So that means

14   that she owes 40 -- I mean 20.

15       Q     Right.  So if she came in the next day,

16   and she came in between 11:30 and 12, whatever her

17   time, she would pay the 15 for that day, plus the 20

18   from the day before; is that right?

19       A     That's correct.  If you look and you see,

20   like, she only did two frictions so that means that

21   she probably didn't make a lot of money.

22       Q     Right.  On the next page down at the

23   bottom, "28 Leah?"

24       A     Okay.

25       Q     And that same column on the far right-hand

1    side, it says, "Forgot to sign in?"

2         A    That means that she went on the floor, and

3    she didn't go to the front door.  You know, what I

4    mean?  Like, she bypassed the front door and didn't

5    sign in.

6         Q    And for whatever reason, a manager or

7    someone caught it and made the note?

8         A    Right.

9         Q    Okay.  We can set that one aside.

10             MR. MORGAN:  Number 5.

11             (Exhibit 5 was marked for identification.)

12   BY MR. MORGAN:

13        Q    Kind of the same thing.  I just want to

14   know what they are.  Show you what I marked as

15   Exhibit 5.  These are, I'll tell you that these are

16   not the same month of May of '14.  They're called

17   "sign-in records."

18             First, I need to know how they're

19   different from the Exhibit Number 4, which was

20   called an "Entertainer sign-in record."

21        A    You know, I don't think this is Pompano.

22   Are you sure you got the right club?

23        Q    That's how they were given to us.  I don't

24   know.  You're the guy with the knowledge.

25        A    Yeah, it doesn't look like -- this looks

```
 1    like a different -- this looks like Hallandale's
 2    sign-in sheet.
 3         Q    Would the purpose of the sheets that you
 4    have in front of you now, Exhibit Number 5, is it
 5    the same as the purpose for the ones we saw earlier
 6    from Exhibit 4?
 7         A    Yeah.
 8         Q    Just for Hallandale instead of Pompano?
 9         A    Yeah, I can tell by the girls that are
10    here, that this is the Hallandale sheet, and the
11    girl that was working was Alley, and I know she
12    worked over in Hallandale as a hostess.
13         Q    Okay.  So the same type of documents?
14         A    The same concept, the same thing, but just
15    in a little bit sloppier format.
16         Q    But it still seems to indicate when an
17    entertainer works and how much they paid and --
18         A    Exactly, yes.
19         Q    On May 1st, on the first page there, I
20    notice under "fee," is that the house fee?
21         A    Yeah.
22         Q    They're all marked zero?
23         A    Yeah, over there because when we reopened,
24    anybody that was there before 12, we didn't charge
25    them.
```

```
 1        Q     How long have you guys been doing that for
 2   Hallandale?
 3        A     We still do it.  It's just something that
 4   we do there.  They get free lunch.  They get, you
 5   know, beverages, you know, nonalcoholic.  If they're
 6   in before 12, that's something that we started when
 7   we opened there and that we kept up, and it just
 8   helped the business and everything.
 9        Q     Is that because it's more difficult to
10   find entertainers to work at Hallandale?
11        A     It was because we were closed, then we
12   reopened again, and we were, you know, getting it
13   going again and trying to build up the daytime.
14        Q     When was it that the Hallandale club was
15   closed?
16        A     It was closed 2009.  I think it was, it
17   was down for two years.  We reopened in April 2011.
18        Q     I notice like at some places under the
19   "dances" column, it's marked "free?"
20        A     Free?
21        Q     I think that's what it says.  You tell me.
22        A     It says "fee."  F-E-E, right?
23        Q     Look at Number 6, "Chilli."
24              MR. GALLAGHER:  Put my glasses on.
25              THE WITNESS:  Oh, "free."  Yeah, that
```

```
 1        means over there also, if you were in before
 2        12, you didn't pay for frictions, either.
 3   BY MR. MORGAN:
 4        Q    More incentive to get entertainers to work
 5   over there?
 6        A    Right.
 7            MR. MORGAN:  It's 1:00 and we're making
 8        some good progress.  You want to take 30 or 45
 9        minutes and come back and try to finish these
10        things up?
11            MS. SCHWARTZ:  Sure.
12            THE VIDEOGRAPHER:  Stand by to go off
13        Media Unit Number 2.  Going off the record at
14        12:59 p.m.
15            (A recess was taken after
16   which the following proceedings were had:)
17            THE VIDEOGRAPHER:  We are now back on the
18        video record.  This is the beginning of Media
19        Unit Number 3.  The time back on is 1:57 p.m.
20   BY MR. MORGAN:
21        Q    Mr. Rodriguez, right before we took a
22   lunch break, we were looking at some sign-in sheets
23   for Hallandale and sign-in sheets for Pompano too.
24   We were provided with sign-in sheets beginning in
25   January of 2014.  Were the same sign-in sheets used
```

1    in 2013?

2              MS. SCHWARTZ:  Objection, form.

3              THE WITNESS:  For which club?

4    BY MR. MORGAN:

5        Q    For Pompano.

6        A    Yeah, pretty much, but I don't think we

7    keep these that long.  I'm not sure.  Did you not

8    get '13?

9        Q    We did not get 2013, '12 or '11.

10       A    Then, yeah, if we didn't give them to you,

11   then we don't have them anymore.

12       Q    Is there some type of recordkeeping policy

13   that you have, some clubs have, like, written

14   policies and that sort of thing; does Pompano have

15   that?

16       A    Written policies as far as employees go?

17       Q    Written policies as far as retaining

18   documentation?

19       A    Not really.

20       Q    Okay.  Who's responsible for retaining the

21   documentation, for example, the sign-in sheets?

22       A    Well, to be honest, you know, we box up

23   the stuff and we bring them to my father's house.

24   He has, like, a place that he stores them, and I

25   think he went through there and kind of did a -- get

1    rid of, you know so --

2        Q     Your dad did?

3        A     Yeah.  So I don't know.  You know, we

4    looked for whatever we had to get, and, you know, we

5    couldn't find anything else.

6            Now Pompano, probably because I'm there a

7    little bit more, is a little bit better in the

8    recordkeeping as you can see, and the way they do

9    the sheets, and we didn't do any attendance over in

10   Hallandale as far as like this goes (indicating).

11       Q     For the record, you're pointing to the

12   scheduling cards.

13       A     The dancer, what it says "scheduling

14   cards," but what we call "attendance sheet."

15       Q     So you didn't keep those for Hallandale,

16   is that what I'm hearing?

17       A     Yes.

18       Q     For Pompano, you said your dad got rid of

19   a bunch of documents.

20           Do you know about when that was that he

21   did that?

22       A     I'm not sure.  Like, I said, you know,

23   like I went there to look for something else on a

24   personal lawyer case that he has going, and I

25   couldn't find that either, and that was only from

1    last year so I don't know what he did with it.

2          Q    Are they, like, in a storage facility or

3    just at his house?

4          A    They're at his house.  He has, like, a

5    barn that he made into, like, a storing -- you know,

6    where you can put boxes and stuff like that.  Don't

7    forget, there's three clubs.  So the most important

8    things that they keep are the credit cards and the

9    bills and stuff like that.

10              This stuff is, you know, until we have the

11   lawsuit really wasn't, you know, something that we

12   even have to keep.

13         Q    When your dad went in and got rid of the

14   documents, was that sometime prior to this lawsuit?

15         A    Oh, yeah.

16         Q    Years ago or --

17         A    I would say three, four years ago.

18         Q    Is it possible that those documents, the

19   sign-in sheets, for example, for '13, '12 and '11

20   may be at your dad's house, you just weren't able to

21   find them?

22         A    I went through there pretty good to look

23   for everything.  I found all the bills, I found the

24   credit card stuff that you have to keep, but as far

25   as employment files, like regular employees, but as

1    far as the boxes full of the entertainer files, we

2    couldn't find anything.

3         Q    Do you know how they were stored, in other

4    words?

5         A    Yeah.

6         Q    You gave us the applications for the

7    plaintiffs in this case, which were in October and

8    November of '13.

9              Would those applications have been stored

10   with the sign-in sheets?

11        A    Well, they're not really stored

12   separately.  These are.  But as far as a dancer

13   packet would be in an entertainer's file.  So when

14   you're going to ask about this girl, we had a file

15   on her.  So everything that you have on her is in a

16   file.

17        Q    I want to make sure I understand.  So the

18   sign-in sheets would have been kept differently?

19        A    Yeah, they're separate, yeah.

20        Q    We were talking about 2013.  The same

21   would be true for 2011 and '12?

22        A    Yes.

23        Q    We can tell from the timesheets, the

24   number of entertainers who worked each shift and

25   that sort of thing, but I know that entertainers are

1    fairly temporary when they work at clubs.

2             Do you know, say, within the last five

3    years how many separate entertainers have worked at

4    the club in Pompano?

5             MS. SCHWARTZ:  Objection to form.

6             THE WITNESS:  I have no idea.  We have

7        hundreds of them.

8    BY MR. MORGAN:

9        Q    I was beginning to say, is it more than a

10   hundred?

11       A    Oh, yeah, in the last five years.

12       Q    In the last five years?

13       A    For sure.

14       Q    How about the last three years?

15       A    The last three years, I would say, well

16   over a hundred.  You know, some girls work one day,

17   they never come back.  Some girls work a week, they

18   never come back.  Some girls are gone years, they

19   come back.

20             We just had a girl that came back after

21   nine years.  She had a baby and she got married and

22   she just came back so --

23       Q    Was she in shape?

24       A    She was in shape, man, yeah.

25       Q    When I asked you about five years, you

1      said "hundreds," and I just want to make sure.  Do

2      you think it's more than 200 entertainers have been

3      through there in five years?

4           A     I don't want to guess.

5           Q     Beyond that, you don't know?

6           A     I would say definitely over a hundred.

7           Q     Okay.  Fair enough.  We talked a little

8      bit earlier about the three clubs, and I have just a

9      few more questions on that to kind of clean that up,

10     if you don't mind.

11               You mentioned that the three Cheetah

12     clubs:  Hallandale, West Palm and Pompano do bulk

13     advertising together and that sort of thing, okay.

14               Do you know, do they use the same liquor

15     suppliers, as an example?

16          A     No, not all of them.  For instance, Palm

17     Beach, there's different territories, you know.  So,

18     like, Southern Wines, for instance, we use them with

19     the three.  Some of the beer companies are different

20     for north Florida, you know, Palm Beach County.  And

21     then, the same for Hallandale, you know, like, the

22     beer.  We use Stevens in Pompano, they use Brown in

23     Hallandale.

24               So some of them are different, but the

25     three main ones, liquor, are all three the same, but

```
 1    the beer companies vary.

 2        Q    Okay.  So where the clubs can, they

 3    utilize the same supplier?

 4             MS. SCHWARTZ:  Objection to form.

 5             THE WITNESS:  Well, it isn't where we can.

 6        It is what it is, you know.  You need certain

 7        liquors and you have to buy from them

 8        companies.  You don't have a choice.

 9    BY MR. MORGAN:

10        Q    Understand.  What about food supplies?

11        A    Food supplies, we use two.  We use Cheney

12    Brothers and we use Sysco.

13        Q    You use those for all three clubs?

14        A    Yes.

15        Q    Any other vendors that you use for all

16    three clubs, and you told me earlier about the

17    gentleman who does the website for you.  Beyond

18    that, and what we just talked about?

19        A    Vendors, you know, the food people we use

20    Sysco, Cheney Brothers.  The different, we use --

21    well, all of us use different produce because that's

22    basically in your area.

23             Other than that, you know, just the AT&T,

24    of course, is the same, all of them type companies, FP&L,

25    your gas companies are different.
```

```
 1        Q     Okay.  What about your payroll people?  I
 2   think you told me earlier you use a payroll company?
 3        A     Yeah, DSK, they do all three.
 4        Q     All three clubs provide adult
 5   entertainment, I think you told me earlier, right?
 6        A     Yes.
 7        Q     Are they all fully nude?
 8        A     Yes.
 9        Q     Do they all use the name "Cheetah"
10   somewhere in their name?
11        A     Yes.
12        Q     I understand they're owned by separate
13   entities, but as far as their d/b/a, they all use
14   the name "Cheetah"?
15             MS. SCHWARTZ:  Objection to form.
16             THE WITNESS:  Yes, with the different town
17        attached to it.
18   BY MR. MORGAN:
19        Q     Right.  I think I've seen them advertised
20   as sister clubs on the website?
21             MS. SCHWARTZ:  Object to the form.
22             THE WITNESS:  Yeah, I don't know if -- I'm
23        sure that -- I've heard that before.  I don't
24        know if they put that on there or not.
25
```

1    BY MR. MORGAN:

2        Q    As I normally do, I got way off my outline

3    earlier so I'm just kind of going back and filling

4    in.

5             Do the clubs have logos, like a trademark

6    logo or something like that?

7        A    Yeah, you can't trademark the name

8    "Cheetah," but the logo, the font, so to speak, is

9    trademarked.

10       Q    Is it the same -- is the same used for all

11   three clubs?

12       A    Yes.

13       Q    Do the clubs all use the same type of

14   packet that we looked at earlier in Exhibit Number

15   3?

16       A    Entertainer packet, yes.  Yeah, basically.

17   There might be, like, a paper or something in there

18   that's a little different, and then the hours, of

19   course, are different for each club.  So this sheet

20   here, Exhibit 1, Exhibit 2, is the same format, but

21   different hours because of the -- because we close

22   later at night.

23       Q    In --

24       A    In Pompano -- in Pompano we close at two,

25   Hallandale, six, and then five in the morning in

1    Palm Beach.

2         Q    Is that just due to the city or county

3    regs?

4         A    Yes.

5         Q    The licensing agreement, which I think is

6    part of that exhibit over there, which I believe is

7    4?

8         A    Three.

9         Q    Three, okay.  Is the licensing agreement

10   the same for all three clubs?

11        A    Yes.

12             MS. SCHWARTZ:  Objection, form.  Wait and

13             let me object, please.

14   BY MR. MORGAN:

15        Q    Who's the current general manager for

16   Pompano?

17        A    David Sloan.

18        Q    How long has he held that position for

19   Pompano?

20        A    He was a shift manager, and then he got

21   promoted to GM about three years ago, I would say.

22   He's been with the company I think nine years.

23        Q    Do you recall who the general manager was

24   prior to that?

25        A    Yeah, well, me, and then Greg Jarmin.

1        Q     What are the job responsibilities for the

2    general manager?

3        A     Basically, the same that I have, the same

4    as I explained to you before.

5        Q     But specific to a certain location?

6        A     Yeah.

7        Q     Let me ask it this way:  I think you

8    basically told me earlier that your responsibilities

9    are to oversee everything?

10       A     Right.

11       Q     For all three clubs?

12       A     Right.

13             MS. SCHWARTZ:  Objection, form.

14   BY MR. MORGAN:

15       Q     Would that be true as to the general

16   manager, but as to their specific location.  For,

17   instance, Mr. Sloan would he be responsible for

18   overseeing the managers and all things related to

19   the Pompano club?

20       A     Yes.

21       Q     And the same would be true for the general

22   manager of Hallandale, they would be responsible for

23   the Hallandale club?

24       A     That's correct.

25       Q     And in terms of a chain of command, would

```
 1    a staff person, whether it be an employee or an

 2    independent contractor, come first to the floor

 3    manager with a problem?

 4         A    Yes.

 5         Q    And then the floor manager, would they go

 6    to the general manager and then to yourself?

 7         A    Well, you know, it's really not that

 8    formal because we're all on the floor.  If they have

 9    a problem, if I'm there, they'll just come right to

10    me.

11         Q    Understood.

12         A    All our guys are -- my father is a

13    military guy, so we try to follow the chain of

14    command, but it doesn't work out, you know.

15         Q    It's not practical at a club, I guess?

16         A    No.

17         Q    I think you told me briefly earlier, what

18    are the club hours for Pompano?

19         A    11:30 until two a.m.  But the show, you

20    know -- that's when we open up for customers, the

21    show starts, but the entertainment starts at 12.

22         Q    I think you said earlier you spent a

23    little more time in the Pompano club than the

24    others; is that right?

25         A    Yes, that's just my home office is kind of
```

```
 1    there, not my home office, but my main office.

 2         Q    I gotcha.  If you had to split your time

 3    between the three clubs, how much, what percentage

 4    of the time do you spend at Pompano?

 5         A    35 percent, maybe, maybe a little more,

 6    35 percent.

 7         Q    Okay.  And between, with the other two

 8    clubs?

 9         A    Hallandale, probably -- well, maybe I

10    spend a little more time in Pompano.  Say,

11    50 percent, Pompano; 35 percent, Hallandale, and

12    whatever else is left to Palm Beach.  Palm Beach I

13    go to the least.

14         Q    Okay.  Are the entertainers ever used for

15    advertising purposes; in other words, on the

16    websites or things like that?

17         A    No.

18         Q    So, in other words, if I were to look on

19    the website, would I see photographs of the

20    entertainers?

21         A    No.  Well, what you might see is, like, if

22    we have a special event, you might see pictures of

23    them participating, you know.

24              Like, yesterday, for instance, we had,

25    like, a casino, night.  The girls were dressed in
```

1    cute outfits.  You might see their photos in there.

2    It's not for advertising purposes.

3           Anything that we use for advertising, we

4    buy the stock photos from different sites, and

5    that's, we use professional models for those.

6       Q    Understood.  Does Pompano have a Facebook

7    page?

8       A    Oh, yeah.  That's where you will see some

9    of the pictures.  But for the most part, you would

10   see mostly just staff -- dancers are very, very

11   funny about -- they don't want their picture

12   anywhere.

13      Q    Is there anyone who is specifically

14   responsible for the social media, Facebook, YouTube,

15   etc.?

16      A    Yeah.

17      Q    Who is that?

18      A    A guy, Henry, that we -- he works out of

19   the Hallandale location, and each individual club

20   has what we call a promo person, like in Pompano,

21   for instance, my sister, she works in the promo.

22   She'll update the Facebook page.  If we have a

23   common, like a fight night or something like that,

24   the guy, Henry, will post something on Facebook.

25      Q    Are they treated as -- these promo people,

```
 1   are they treated as employee people, are they
 2   paid --
 3        A    No, they're paid as independent
 4   contractors.
 5        Q    Are any tips from the entertainers used to
 6   pay them?
 7        A    No.
 8        Q    How often do you have special events or
 9   promotions?
10        A    Every couple months, we'll do something.
11   Like I said, like, last night, it was our
12   anniversary party.  So the theme was casino night,
13   Halloween party.  We'll do, you know, whatever
14   holidays are coming up, Valentine's Day.
15        Q    Holidays and special events, primarily?
16        A    Yeah.
17        Q    Now, do you consider, like, fight nights
18   and that sort of thing to be a special event?
19        A    Kind of because, for instance, the UFC we
20   have to pay extra money to carry the fight.  So,
21   like, we'll -- our guy, he'll send out individual
22   texts or emails or whatever.
23        Q    What are the hours for your kitchen?
24        A    The same.  We keep the same hours.  When
25   we're open, the kitchen is open.
```

```
 1        Q     Do customers pay for the food or is it
 2   complimentary?
 3        A     During the day, from 11:30 until three, we
 4   do a free lunch, and then after that everybody pays.
 5        Q     Do the entertainers -- I think you told me
 6   earlier if they work four days, they get free lunch.
 7              Are they ever given a complimentary food
 8   otherwise, to your knowledge, at Pompano?
 9        A     You know, sometimes I'll buy the girl
10   lunch or something like that, but for them to get
11   the free lunch, usually they have to do the four
12   days.  If we have a buffet, you know, for an event
13   or if we do a buffet, they eat the buffet.
14              MS. SCHWARTZ:  For free?
15              THE WITNESS:  Free, free.
16   BY MR. MORGAN:
17        Q     What we have to do is talk a little bit
18   about the revenue stream for the club in Pompano.
19              What does the club include in its revenue
20   stream as it reports those to the IRS?
21              MS. SCHWARTZ:  Objection, form.
22              THE WITNESS:  Liquor, food, the
23         entertainer fees -- the entertainer fees,
24         including all the things that, you know,
25         friction dances, door admission.  What else?  I
```

```
 1         think that's it.
 2    BY MR. MORGAN:
 3         Q    Did you tell me earlier that you guys sell
 4    T-shirts and hats, stuff like that?
 5         A    Yeah, T-shirts, hats.
 6         Q    Call that memorabilia, is that okay?
 7         A    Yeah.  Most of that is a giveaway too
 8    because we do a lot of free, like, what we call an
 9    uptime where they give away the shirts for free, you
10    know, that's just to get the name out there.
11         Q    So what I have are liquor sales, food
12    sales, door admissions, memorabilia sales, whatever
13    you guys have, and then you told me entertainer's
14    fees?
15         A    Yes.
16         Q    Can you think of anything else as we sit
17    here?
18         A    No.
19         Q    When we talk about the entertainer's fees,
20    the revenues that are reported by the club are the
21    ones I'm interested in.  Would that include the
22    house fees?
23         A    Yes.
24         Q    Would it include, as you mentioned, the $5
25    they pay for each friction dance?
```

1       A     Yes.

2       Q     Are there any other fees that the club

3  reports that come from the entertainers that you can

4  think of?

5       A     No, just the house and the frictions.

6  That's all they give to them.

7       Q     For example, if an entertainer does a

8  friction dance and she charges $25, my understanding

9  from what you're telling me is that the club would

10  report the $5 it receives for the dance; is that

11  right so far?

12       A     That's correct.

13       Q     Would it also report the $20 that was

14  given from the customer to the entertainer?

15       A     No, that's their responsibility.  They're

16  supposed to keep their own records and file their

17  own taxes.

18       Q     To your knowledge, has the club ever

19  reported those revenues; meaning, the revenues for

20  the tips that are given and kept by the entertainer

21  to the IRS?

22       A     No, that's their responsibility.  We would

23  never -- how would we know?

24       Q     What do you call that money; in other

25  words, the money that the entertainer is given by

Page 146

```
 1      the customer and keeps?

 2          A     What do we call it?

 3          Q     Yeah.  I've referred to it as a tip, but

 4      different clubs refer to it different ways.

 5          A     I guess it's a tip.  I don't know.  Like,

 6      me, I think of a tip as, you know, like a guy going

 7      up there giving money, like a couple dollars for a

 8      girl on stage.

 9                The friction money and the tabletop

10      dancing is more of, they're doing a service and

11      they're supposed, and they get paid for it, and

12      they're supposed to be claiming this money, you

13      know, however they do it, you know.

14          Q     But does the club classify --

15          A     We don't classify it, no.

16          Q     -- that money.  We talked about friction

17      dances.  The money that the entertainers make from

18      the customers for any of the other dances, do you

19      know whether the club reports those tips to the IRS?

20          A     We don't report anything that goes to the

21      dancers, you know.

22          Q     Do you know for 2011 whether the club made

23      more than $500,000 in gross revenues?

24          A     Yes.

25          Q     2012, would the same be true?
```

```
 1        A    Yes.

 2        Q    For 2013, would the same be true?

 3        A    Yes.

 4        Q    2014?

 5        A    Yes.

 6        Q    And 2015?

 7        A    Yes.

 8        Q    You mentioned earlier a champagne room.

 9   Tell me -- it's a little different for each club so

10   tell me what the champagne room is, like, for Club

11   Pompano?

12        A    The champagne room is where they take the

13   girl -- they get taken off rotation from the DJ,

14   they either buy a bottle or pay 120 to the house,

15   and then the girl, she charges whatever she wants.

16        Q    So make sure I'm clear.  So is it a

17   separate room, first of all?

18        A    Yeah, it's like -- we have only three of

19   them in Pompano.  They're just off to the side, you

20   know.  There's like, you know, the barn door that

21   you push open, kind of -- I forgot what they're

22   called.  But basically the manager, whoever -- the

23   security and the managers go every song and they

24   look over, make sure they're not doing anything, and

25   they're in there for a half hour.  You know, they
```

1    charge whatever they can get from the customer.

2    They negotiate that between themselves.

3         Q     So the champagne rooms, are they there

4    for -- it's not for a group of people, it's like an

5    individual customer and a dancer?

6         A     Yeah, there's a separate -- one of the

7    rooms is big enough to have, like, two couples in

8    there.

9         Q     And so what happens is the customer either

10   buys a bottle from the club or pays the club $120 to

11   enter the room; is that right?

12        A     That's correct.

13        Q     And then once they're in there, whatever

14   agreement the entertainer has with the customer is

15   between the two of them; is that right?

16        A     That's correct.

17        Q     Does the club get any portion of the money

18   that the entertainer makes while she's in the room?

19        A     No, nothing.

20        Q     Do you know if the club reports any of the

21   money that -- when I say "reports," reports to the

22   IRS, any of the money that the entertainer makes

23   from the customer while she's in the champagne room?

24        A     No, we don't report it.  That's their

25   responsibility.

```
 1        Q    We didn't mention this earlier so I'll
 2   just make sure we're clear.
 3             Obviously, if a customer pays for a
 4   bottle, those are part of the liquor sales that get
 5   reported?
 6        A    That's correct.
 7        Q    If they pay the $120 instead, that's, I'm
 8   assuming, a fee that's reported to the IRS?
 9        A    That's correct.
10        Q    How often does the club in Pompano accept
11   applications for new entertainers?
12        A    Anytime.
13        Q    Does the club in Pompano advertise for
14   entertainers; in other words, to hire entertainers?
15        A    No, we haven't had to do that in years.
16        Q    It's built enough reputation that
17   entertainers come to you?
18        A    Yes, sir.  Yes, sir.
19        Q    Are the entertainers required to have
20   entertainer's licenses in Pompano?
21        A    No.
22        Q    Is there any type of orientation -- I
23   asked you earlier whether there was any training of
24   a new applicant, but is there any type of
25   orientation that's given to a new applicant when
```

```
 1   they come to --

 2       A    Yes.

 3       Q    Tell me about that.

 4       A    Once their packet is done and their

 5   paperwork is done, they'll go with the manager and

 6   walk around, and he'll tell them the names of all

 7   the stages, you know, just show them basically where

 8   the areas are to do frictions.

 9            But, basically, just tell them what stage

10   is what, and what the name of it is because that's

11   how the DJ tells them how to go onto the stage.

12       Q    Okay.  Is there any type of rule or

13   requirement as to the number of sets an entertainer

14   must do during her shift?

15       A    No.

16       Q    Are they required to do sets on the

17   floors?  Yeah, on the floors.

18       A    No.  What do you mean "sets on the

19   floors"?

20       Q    In other words, are they required to do

21   the rotation we talked about earlier?

22       A    Not really.  You know, they want to do it

23   because that's how they make their money, but if a

24   girl doesn't want to go on stage, you know, we don't

25   push it.
```

```
1              I can't -- unless the girl, like, for
2    instance, if a girl had some kind of surgery done,
3    you know, down below or something, she might not
4    want to go on stage, you know.  Other than that,
5    that's how they make their money.
6         Q    Like I mentioned earlier, we have the 2014
7    and 15 sign-in sheets, and from that we can tell
8    kind of the number of entertainers who worked the
9    shifts, and we talked about that earlier as well.
10             Is there any reason, to your knowledge,
11   that those numbers would differ in 2013?
12             MS. SCHWARTZ:  Objection to form.
13             THE WITNESS:  I don't think so, no.
14   BY MR. MORGAN:
15        Q    And the same for 2012?
16             MS. SCHWARTZ:  Object to form.
17             THE WITNESS:  I wouldn't think, you know,
18        not drastically.
19   BY MR. MORGAN:
20        Q    2011?
21             MS. SCHWARTZ:  Same objection.
22             THE WITNESS:  The same.
23   BY MR. MORGAN:
24        Q    In other words, there's not been some
25   addition made to the club where there's more
```

```
1    entertainers recently versus back in 2011?

2        A    No.

3        Q    Have you ever had a situation where too

4    many dancers showed up for a shift?

5        A    No.

6        Q    It's on my outline.

7        A    Yeah, no.

8        Q    You guys have dressing rooms for the

9    entertainers?

10       A    Yes.

11       Q    Are there any rules about how long they

12   can stay in the dressing room versus either being on

13   the floor or on the stage?

14       A    No.

15       Q    Is that where the housemom is set up as

16   well?

17       A    Yes.

18       Q    Are there any rules regarding the type of

19   dance an entertainer can do while she's on stage?

20       A    No.

21       Q    Do you have a set door admission fee for

22   Pompano?

23       A    Yes.

24       Q    What is that?

25       A    Sunday through Wednesday after 7:00, it's
```

1     $5.   Thursday, Friday and Saturday, it's $10 after

2     seven.

3          Q     And no fee before seven?

4          A     No.

5          Q     Do you ever have situations where a

6     customer refuses to tip an entertainer?

7          A     What do you mean?  A lot of guys don't

8     tip.

9          Q     So an example is this:  Entertainer

10    provides a friction dance, says, "That, that will be

11    $20," and the customer says, "I'm not paying you?"

12         A     Yes.

13         Q     Does that happen?

14         A     Yes.

15         Q     What happens when that happens?

16         A     We tell the guy, that he's got to pay.  If

17    they refuse, you know -- see, the girls are supposed

18    to get their money kind of as they go.  So, you

19    know, that's part of the thing that the guys, when

20    they walk them around and talk to them about the

21    stages, they tell them, you know, "Don't let these

22    guys get deep with you on friction dances."  Like,

23    you don't want to do ten friction dances for a guy,

24    and then all of a sudden, the guy doesn't want to

25    come up with the money.  "So get your money as you

```
 1    go" kind of thing.

 2               Has there been cases that I can remember

 3    over all the years that guys don't pay and won't

 4    pay?  Yes.

 5        Q    What generally happens when that occurs?

 6        A    We throw them out, you know.

 7        Q    Usually, security or one of the managers

 8    does that?

 9        A    Yeah.

10        Q    Does the club provide anything like

11    walking the entertainers to their cars at night,

12    that sort of thing?

13        A    Oh, yes.

14        Q    Do you ever run into a situation where an

15    entertainer is being rude or having an attitude with

16    a customer?

17        A    Yes.

18        Q    What do you guys do in that situation?

19        A    Usually, we just buy the guy a drink, you

20    know, and just tell the girl to stay away from the

21    guy.

22        Q    The entertainers ever process credit

23    cards?

24        A    No.

25        Q    Do the entertainers have any
```

1    responsibilities at the club other than providing

2    the dances that we've talked about following the

3    rules, anything else that you can think of?

4         A    No.

5         Q    Are there meetings from time to time of

6    the dancers?

7         A    No.  Like, group meetings?

8         Q    Right.

9         A    No.

10        Q    How about after shift, is there ever a

11   situation where there will be a meeting to go over

12   certain things that have come up?

13        A    Well, what they try to do at the end of

14   the shift is kind of get the girls -- you know,

15   they're all in the dressing room, and the manager

16   will go in there just to make sure that everybody

17   is -- if somebody is driving, that they're not

18   intoxicated.  Basically, that's it.  It's not a

19   formal meeting or anything.

20             Usually, at the end of the night is --

21   it's kind of to make sure, you know, that the girls

22   aren't driving.  That we kind of -- we don't let

23   them all out individually so they're scattering to

24   the car.  So security walks them out and makes sure

25   there is nobody in the parking lot.

```
 1          We usually clear the parking lot first if
 2   a guy is hanging around, and then they walk all the
 3   girls to the car and make sure that they -- if a
 4   girl is drinking too much, they try to put her in a
 5   cab.
 6       Q    Sometimes what I've seen are situations
 7   where there will be a meeting after the shift to
 8   just kind of go over the reminders of some of the
 9   rules.  A lot of times you will see that after there
10   is some type of a bust or something like that.  Is
11   the club --
12       A    You know something, in the old days, we
13   used to do that.  But nowadays, about 75 percent of
14   the girls don't even speak English anymore, and
15   unless I have a bilingual guy, which I don't, in
16   Pompano, we don't even do that anymore.
17          Basically, it's just to get them together
18   so we can make -- the biggest concern is that
19   they're not leaving with a customer, and they're not
20   drunk driving, that's the main reason.
21       Q    Right.  Okay.  I apologize if I asked you
22   this earlier, I'll make it quick.  The compensation
23   that the entertainers make, their compensation is
24   solely from the customers; is that right?
25       A    Yes.
```

Page 157

```
 1          Q     Do you guys have, like, club dollars to
 2   use?
 3          A     Yes.
 4          Q     Tell me about that.
 5          A     They're called "Cheetah dollars."  A
 6   customer could buy them if he doesn't have cash, and
 7   then he gives them to the girl, and then the girl
 8   cashes them in at the end of the night.
 9          Q     When the girl cashes them in at the end of
10   the night, is she charged any kind of fee for that?
11          A     Yes.
12          Q     What was the fee for that?
13          A     Ten percent.
14          Q     So if she turns in $200 worth of Cheetah
15   dollars, she gets back 180 and the club keeps 20?
16          A     That's correct.  And that's just for, you
17   know, credit card processing fees, you know, just
18   all the fees that come along with the credit cards.
19                Unfortunately, in the business, there's a
20   lot of chargebacks.  You know, wives find cards.
21   Guys say they weren't there, their cards were
22   stolen.  So that fee kind of covers all the losses
23   that we take in, that kind of thing.
24          Q     Is there a charge to the customer when
25   they buy the --
```

1          A      It depends.  Sometimes.  If he's a

2    stranger and we don't really know the guy, they do

3    $10.  If a guy is a steady customer, they don't

4    charge him.

5          Q      Understood.  You mentioned earlier that

6    some of the -- a substantial portion of the girls

7    are -- do not speak English.

8                 When they fill out their licensing

9    agreement, is there someone there who helps them

10   understand that?

11         A      Yeah, the girls, especially in the

12   daytime, they're bilingual.

13         Q      Are the entertainers provided 1099s by the

14   club?

15         A      No.

16         Q      Who has the authority at the club to

17   terminate an entertainer?

18         A      Manager on duty.

19         Q      Floor manager?

20         A      Yes.

21         Q      I'm assuming the general manager, and

22   then, of course, yourself?

23         A      Yes.

24         Q      To your knowledge, is this lawsuit the

25   first time that Pompano's been sued for alleged wage

1    violations?

2         A    Yes.

3         Q    Are you aware of any other wage violation

4    lawsuits that have been filed against other clubs?

5         A    Yes.

6         Q    Why is it, if you know, that the club in

7    Pompano does not treat the entertainers as employees

8    versus licenses or independent contractors?

9              MS. SCHWARTZ:  Objection, form.

10             THE WITNESS:  What was the question?

11   BY MR. MORGAN:

12        Q    Yeah, if you know, why is it --

13        A    If I know what?

14        Q    What's that?

15        A    If I know what?

16        Q    If you know -- well, let me ask it this

17   way:  Do you know why the club in Pompano does not

18   treat the entertainers as employees?

19        A    We just never, we just never have.  They

20   make their money in tip money, you know.  I just

21   never heard of anybody paying them and putting them

22   on -- first of all, I don't think that we pay them

23   enough for them to work.  You know what I mean?

24   They're not going to work for minimum wages these

25   girls.  They make hundreds of dollars a shift.

Page 160

```
 1        Q     Do you know if the club has ever

 2   entertained setting up a tip pool where the

 3   entertainers are paid the service, minimum wage plus

 4   their tips?

 5        A     No.

 6        Q     Other than the sign-in sheets and the card

 7   that we've discussed, are there any other documents

 8   that would show us when an entertainer worked at the

 9   club?

10        A     No, that's the only ones that we would

11   have the sign-in.

12        Q     In some situations I've seen where there's

13   a housemom form, a DJ form, etc.

14        A     Yeah, those we don't keep for any amount

15   of time.

16        Q     Okay.  We're getting there.

17   Mr. Rodriguez, in response to the lawsuit, Faneuil

18   filed some answers and affirmative defenses.  What I

19   want to do is talk to you about the affirmative

20   defenses for a minute, and then the counterclaim,

21   and then I think we're going to be finished.  I'm

22   going to direct you to page 17 to start with.

23        A     Okay.

24        Q     There is, what's set out there is the

25   first affirmative defense.  Are you familiar with
```

1    what an affirmative defense is?

2          A    Give me a quick --

3          Q    In other words, these were set out as the

4    clubs defenses to our lawsuit.

5          A    Okay.

6          Q    Number 1 there says, "First affirmative

7    defense states that:  The acts and omissions

8    complained of were made in good faith, and the

9    defendant had reasonable grounds," do you see that?

10         A    Yes.

11         Q    Normally, what that tells me is that the

12   defendant communicated with some type of advisor on

13   the policies related to the compensation of

14   entertainers.

15              MS. SCHWARTZ:  Is that a question?

16              MR. MORGAN:  Well, I'm giving him a chance

17         to read.

18              THE WITNESS:  So you were starting down

19         here, right (indicating)?

20   BY MR. MORGAN:

21         Q    Right.  So my question is:  What's the

22   good faith or the reasonable grounds that's being

23   asserted there?

24         A    Well, so you're talking about -- this is

25   the question actually, right?  "Defendant denies

each and every allegation of fact or conclusion"?

Q No, sir. Let me summarize it, and your counsel can certainly object if I'm wrong.

Basically, we've sued the club, our clients have sued the club, saying they didn't pay minimum wage the way they were supposed to and overtime wages, and the clubs' defense to that is set out here that, whatever decisions the clubs made they made in good faith and they made with reasonable grounds.

So my question to you is: What are those grounds, what's the basis of this defense?

MS. SCHWARTZ: Objection to form.

THE WITNESS: For not paying them minimum wage and overtime?

MS. SCHWARTZ: He wants to know why we believe we made that decision in good faith and had reasonable grounds for believing that these actions did not violate the FLSA. He just said usually that might mean that you spoke with an advisor or somebody.

THE WITNESS: Well, the only thing I can say is that our lawyers said that this agreement that we have the girls do, the lease agreement --

1    BY MR. MORGAN:

2         Q    Let me stop you there because there's a

3    written rule in law that I can't find out what your

4    attorneys have told you, okay?

5              So before you tell me what your attorneys

6    told you, let me ask you this:  Did the club decide

7    to compensate the entertainers the way that they are

8    compensated; in other words, through tips by

9    customers at the advice of some counsel?

10        A    To be honest, we never even thought about

11   whether it was a minimum wage, a minimum wage thing

12   because they make so much money, they make way over

13   the minimum wage, overtime, that would mean over 40

14   hours.

15             MS. SCHWARTZ:  I'm going to move to strike

16        that as nonresponsive to the question.

17             He's asking you if you guys consulted with

18        counsel --

19             THE WITNESS:  I told him earlier that when

20        we made the agreement, that the lawyers made

21        the agreement up.

22   BY MR. MORGAN:

23        Q    I understand that about the agreement.

24   But in terms of -- put the agreement aside, did

25   anyone at the club talk with an attorney about

1    whether the club should be paying minimum wage and

2    overtime wages to the entertainers?

3         A    No.

4         Q    You mentioned earlier that you'd become

5    aware of some other cases, lawsuits filed against

6    other clubs.  Were those clubs adult entertainment

7    clubs?

8         A    Yes.

9         Q    Were they local clubs?

10        A    One was.

11        Q    And when did you become aware of those

12   lawsuits?

13        A    After they settled, last year.

14        Q    Was it prior to this lawsuit being filed?

15        A    No, after.

16        Q    Has the club considered changing the

17   policies or the manner in which the entertainers are

18   paid?

19             MS. SCHWARTZ:  Objection to form.

20             THE WITNESS:  No.

21   BY MR. MORGAN:

22        Q    Have you or anyone on behalf of the club

23   attended conferences or anything like that where the

24   purpose of the conference was to discuss paying

25   entertainers a minimum wage or an overtime wage?

```
 1        A     No.  Don't they have to be employees for
 2   them to get paid minimum wage?
 3        Q     That's what I mean.  Have you attended a
 4   conference or anyone on behalf of the club attended
 5   a conference where the purpose of the conference was
 6   to discuss making or treating the entertainers as
 7   employees?
 8        A     No.
 9        Q     Turn to page 19 for me.  The eighth
10   affirmative defense says that, "The plaintiffs'
11   claims are barred to their own breaches of
12   contract," you see that?
13        A     Yes.
14        Q     Do you know what's being referred to
15   there?
16        A     No.
17        Q     The tenth affirmative defense says that,
18   "The plaintiffs' claims are barred due to the
19   doctrine of a court and/or satisfaction."
20              Do you have any idea what that -- the
21   doctrine of a court and/or satisfaction is?
22        A     No.
23        Q     Do you know the basis for this defense?
24        A     If I go back and read --
25        Q     What I mean by that, "the basis," the
```

1     facts that support this particular defense.

2          A     Unless I go back and read the stuff going

3     into it, maybe I could figure it out, but I don't

4     know it offhand, no.  That's why I pay the money to

5     the lawyers.

6          Q     The eleventh one is important.  It states

7     that, "The plaintiffs' claims are barred because the

8     monies collected by them were mandatory service

9     charges," do you see that?

10         A     Well, 11 says, "Monies collected from the

11    sale of dances or tips, not gratuities -- or

12    gratuities."

13         Q     It says "were not tips," I want you to see

14    that, "they were not tips"?

15         A     11, you're talking about, right?

16         Q     Yes, sir.

17         A     "Plaintiffs' claims are barred because

18    monies collected from the sale of dances were not

19    tips or gratuities, but rather were mandatory fees."

20    Yeah.  What's the question?

21         Q     Well, I haven't asked one yet.  I was just

22    pointing you to it.

23               But my question is; one, do you agree with

24    that statement?

25         A     Half and half.

```
 1              MS. SCHWARTZ:  Objection.
 2     BY MR. MORGAN:
 3          Q    Tell me what you agree with.
 4          A    Well, because if they do, if they do a
 5     friction dance, that's why I said before that it's a
 6     service.  If they do a table dance, it's a service.
 7     If they're on stage, that's a tip, a tip.
 8          Q    So the way that you're differentiating
 9     this, and I'm just going to repeat what I think you
10     said, and you tell me if I'm correct, okay?  Is that
11     the tips that they make from stage dances are tips?
12          A    Yeah.
13          Q    And that the money they make from table
14     dances or lap dances are not tips, is that accurate?
15          A    Well, they're both because the charge for
16     a friction dance whatever -- they could charge
17     whatever they want, and then, you know, it's funny
18     because the girls will say, "How about a tip," you
19     know what I mean?
20              Say that they charge $40 for a friction
21     dance.  The guy gives them 40, and then she'll say,
22     "Well, you're not going to tip me?"  So a guy will
23     give her some more money.
24          Q    I'm going to focus on the last part of
25     this sentence to say that:  Those fees we're talking
```

1   about, the monies that were paid for the friction or

2   table dances, okay, were mandatory service charges.

3           Were you aware that the club would have to

4   collect those monies --

5           MS. SCHWARTZ:  Objection, form.

6   BY MR. MORGAN:

7       Q    -- in order to classify them as service

8   charges?

9           MS. SCHWARTZ:  Same objection, form.

10          THE WITNESS:  No.

11  BY MR. MORGAN:

12      Q    Does the club collect those fees, meaning,

13  the fees that the entertainer receives for

14  performing trick dances or table dances?

15      A    No.

16      Q    Were you aware that the club would not

17  only have to collect those fees, but report them to

18  the IRS?

19          MS. SCHWARTZ:  Objection, form.

20          THE WITNESS:  I know if they're employees

21      and they're getting paid on the books from us,

22      then we would have to do that.

23  BY MR. MORGAN:

24      Q    And you told me earlier that the club does

25  not report those to the IRS?

Page 169

```
 1      A    No.

 2      Q    Let's keep turning to page 21 there.  Look

 3   at the twentieth affirmative defense.

 4      A    Twentieth?

 5      Q    Yes, sir.

 6      A    Okay.

 7      Q    It states that, "Any amounts due to

 8   plaintiffs and the punitive class member should be

 9   set off by the payments received by them from

10   defendant," you see that?

11      A    Yes.

12      Q    The club being the defendant, tell me what

13   payments the club has made to the entertainers.

14      A    We haven't made any payments to them.

15      Q    Okay.  Assuming that's what's meant there,

16   is that the money should be set off by the fees the

17   entertainers collected in tips and/or fees they

18   collected, does the club have any way to document

19   how much the entertainers received?

20      A    No.  For how much in tips they make?

21      Q    Yes, sir.

22      A    No.  They're responsible for collecting

23   the money.  They're responsible for reporting it to

24   the IRS.

25      Q    I understand.  I'm not questioning you on
```

1    that.  I just want to know if we were going to try

2    and figure out what the entertainers made in order

3    to figure out the setoff number, would the club have

4    any way of figuring that out?

5         A    If we have a sign-in sheet, we could see

6    how many frictions they did, but that would be the

7    only way.

8         Q    Would you know how much they charge for

9    each friction?

10        A    We could guesstimate.

11        Q    What about for 2011, '12 and '13?

12        A    That would be hard.

13        Q    Hard or impossible?

14        A    Almost impossible.

15        Q    2010, I'm assuming the answer is the same?

16        A    Yes.

17        Q    Keep turning there to page 22, and this is

18   where the clubs' counterclaim begins.  Do you see

19   that?

20        A    Yes.

21        Q    I'm sorry.  Turn one more page to 23,

22   paragraph 6.  I'll let you just read paragraph 6 for

23   a second.

24        A    Okay.

25        Q    And it references that, "The

Page 171

1    counter-defendants" -- who I'll tell you are the

2    dancers, the plaintiffs, okay -- "would retain any

3    amount paid by the patron" -- the customer, I assume

4    "for individual dances in excess of the mandatory

5    dance fee set by counter-plaintiff, the club."

6              What mandatory dance fees does the club

7    set?

8         A    Five bucks.

9         Q    Five bucks?

10        A    If they do a dance, they owe us five

11   bucks.  That's the only fee that we get.  It's for

12   the friction dances.

13        Q    Right.  Fair enough.  It goes on to say,

14   "That the dancers would agree to pay rent for other

15   compensation to counter-plaintiff, the club, by

16   their express agreement or by their actions."

17             When you talk about the "express

18   agreement," are you talking about the licensing

19   agreements that we went through earlier today?

20        A    Yes.

21        Q    When you say "their actions," does that --

22   should I presume from that, that there are

23   entertainers who did not sign licensing agreements?

24        A    No, they all sign.

25        Q    Would that be true if I were to go back as

```
 1    far as January 2010, that there should be no

 2    entertainers who did not sign licensing agreements?

 3         A    I'm pretty sure everybody did, yeah, since

 4    2010.  Just by reading this, I'm assuming that the

 5    fee that they're paying to us comes from their

 6    gratuities, their house fee.  Most of them come in

 7    without no money, and they make the money there to

 8    pay so I would think that that's where that came

 9    from.

10         Q    So, in other words, the house fee that

11    gets paid by the entertainers each shift that they

12    work, would be paid out of primarily their tips?

13         A    I would think so, yeah.

14         Q    Turn over to 24 for me.  Look at paragraph

15    14, subsection D there, it's in parentheses.  It

16    says that, "The dancers did not clock in or out."

17    Do you see that?

18         A    Right.

19         Q    Would you agree, though, that the sign-in

20    sheets do clock the entertainers, the time they came

21    in and the time that they left for the day?

22              MS. SCHWARTZ:  Objection, form.

23              THE WITNESS:  Not really.  "Clock in" to

24         me means, like, the employees they go in and

25         they punch their numbers, they clock in.
```

1              The problem with the hostess is, and we

2       found over the years is, you know, sometimes

3       they sign them in early, sometimes they sign

4       them out late, you know, and that's an internal

5       problem, you know what I mean?

6              But, like, for instance, if you look at

7       the sign-in sheets, sometimes you will see that

8       the girls, you know, they're all signed out at

9       the same time, you know what I mean?  That

10      doesn't -- I think the girl's just trying to

11      pre-do the thing.  It's not like a time clock,

12      you know what I mean?  A time clock to me is

13      when you go cha, cha, right, and you put in

14      your own social.

15   BY MR. MORGAN:

16      Q    So the sign-in sheets could be inaccurate

17   is what you're saying?

18      A    Could be, could be.

19      Q    In terms of the time the entertainer

20   showed up or the time the entertainer left; is that

21   right?

22      A    Yeah.

23      Q    Are the entertainers ever required to wear

24   memorabilia for Cheetah?

25      A    No, never.

1      Q     What I see sometimes are, like, special

2  dances where they're either wearing, like, the

3  T-shirts or they're giving the T-shirts away as they

4  go around the floor.  Does the club do anything like

5  that?

6      A     Yeah, that's what I was talking to you

7  about the two-for-one night.  If they have a

8  T-shirt, they're not required to wear it.  They kind

9  of carry the thing.

10      Q     Do they have to pay for it?

11      A     If they sell it.

12      Q     If they don't sell it -- let's assume they

13  don't sell it?

14      A     No, they don't have to pay for it.

15      Q     They just give it back to the club?

16      A     Yeah.

17          MR. MORGAN:  Give us five minutes, and I

18      think we'll be done.

19          THE VIDEOGRAPHER:  Going off Media Unit

20      No. 3.  Going off the record at 3:06 p.m.

21          (A recess was taken after

22  which the following proceedings were had:)

23          THE VIDEOGRAPHER:  We are now back on

24      Media Unit No. 3.  The time back on the record

25      is 3:20 p.m.

1          MR. MORGAN:  Mr. Rodriguez, I appreciate

2     your time, and I don't have any more questions

3     for you.

4          THE WITNESS:  Okay, thanks.

5          MS. SCHWARTZ:  I have a couple of

6     follow-up questions.

7                    CROSS-EXAMINATION

8     BY MS. SCHWARTZ:

9          Q    Turning your attention back to the answer

10    and affirmative defenses that you were reviewing a

11    moment ago.  You were asked questions about

12    affirmative defense Number 10.

13              That affirmative defense states:  "The

14    plaintiffs' claims are barred due to -- by the

15    doctrine of a court and/or satisfaction as

16    plaintiffs have been paid all monies to which they

17    are owed."

18              Can you think of any way in which the

19    plaintiffs would have been paid all monies to which

20    they could be owed?

21         A    Well, they were paid all the money that

22    they were owed by the customer well over the amount

23    of minimum wage, that's for sure.

24         Q    Do the dancers make more than what the

25    minimum wage would be in tips, generally?

```
 1        A     Oh, for sure.

 2        Q     According to your testimony, the dancers

 3   at Pompano Beach do not have a schedule, correct?

 4        A     Correct.

 5        Q     They come when they want, correct?

 6        A     Correct.

 7        Q     And they leave when they want, correct?

 8        A     Correct.

 9        Q     And they're not charged any leave early

10   fees, correct?

11        A     Correct.

12        Q     And they can wear what they want when they

13   come to dance at the club, correct?

14        A     Correct.

15        Q     There are no uniforms, correct?

16        A     Correct.

17        Q     They can do what they want when they're

18   performing their services at the club, correct?

19        A     Correct.

20        Q     If they want to dance on the stage, they

21   can do that, correct?

22        A     Correct.

23        Q     If they don't want to dance on the stage,

24   they can do that, correct?

25        A     Correct.
```

1        Q     If they want to give a table dance, they

2    can do that, correct?

3        A     Correct.

4        Q     If they don't want to do table dances or

5    friction dances, that's up to them to decide,

6    correct?

7        A     Correct.

8        Q     They don't have any set job duties or

9    responsibilities, do they?

10       A     No.

11       Q     You testified earlier that the dancers can

12   charge what they want for the services they perform,

13   correct?

14       A     Correct.

15       Q     You testified that they do not have to pay

16   any house fees if the dancers work at least four

17   days in a row the prior week, correct?

18       A     It doesn't have to be in a row.  It can be

19   four days the prior week.

20       Q     So any dancers that work four days in a

21   prior week do not have to pay house fees, correct?

22       A     Correct.

23       Q     And those dancers also receive free

24   lunches; is that right?

25       A     Yeah, and beverages.

```
 1          Q     Just to make it clear for the record, I

 2   believe you testified that no two dancers can use

 3   the stage name at any given time, correct?

 4          A     The same stage name?

 5          Q     Yes.  So you can't have two dancers with

 6   the name, Monroe, at the same period of time,

 7   correct?

 8          A     That's right.

 9                MS. SCHWARTZ:  I have no further

10         questions.

11                MR. MORGAN:  No further follow-up.

12                MS. SCHWARTZ:  You have the right to --

13         he'll read.

14                THE VIDEOGRAPHER:  Going off Media Unit

15         No. 3.  This concludes our deposition.  The

16         time off the record is 3:23 p.m.

17                MR. MORGAN:  Yes, I'm ordering.

18                MS. SCHWARTZ:  Yes, I'll take a copy.

19                (The deposition was concluded

20   at 3:23 p.m.)

21

22

23

24

25
```

Page 179

1                    CERTIFICATE OF OATH

2       THE STATE OF FLORIDA

        COUNTY OF BROWARD

3

4

5            I, the undersigned authority, certify that

6       the aforementioned witness personally appeared

7       before me and was duly sworn.

8

9            WITNESS my hand and official seal this 23rd

10      day of September 2016.

11

12      ------------------------------------

13      TAMMY WALKER ZIVITZ

        Notary Public-State of Florida

14      My Commission Expires:  4-16-2019

        My Commission No. FF 183937

15

16

17

18

19

20

21

22

23

24

25

```
 1                   C E R T I F I C A T E
 2
 3   THE STATE OF FLORIDA
     COUNTY OF BROWARD
 4
 5
             I, TAMMY WALKER ZIVITZ, Registered
 6   Professional Reporter, State of Florida at Large, do
     hereby certify that the aforementioned witness was
 7   by me first duly sworn to testify the whole truth;
     that I was authorized to and did report said
 8   deposition in stenotype; and that the foregoing
     pages, numbered from 1 to 183, inclusive, are a true
 9   and correct transcription of my shorthand notes of
     said deposition.
10
             I further certify that I am not an
11   attorney or counsel of any of the parties, nor am I
     a relative or employee of any attorney or counsel of
12   party connected with the action, nor am I
     financially interested in the action.
13
             IN WITNESS WHEREOF, I have hereunto set my
14   hand this 23rd day of September 2016.
15
16
17   ------------------------------------
     TAMMY WALKER ZIVITZ
18   Notary Public - State of Florida
     My Commission No.:  #FF 183937
19   My Commission Expires:  4-16-2019
20
21
22
23
24
25
```

Page 181

```
 1              (The taking of the deposition was concluded at 3:23
 2      p.m.)
 3
 4                              EXCEPT FOR ANY CORRECTIONS
 5                              MADE ON THE ERRATA SHEET BY
 6                              ME, I CERTIFY THIS IS A TRUE
 7                              AND ACCURATE TRANSCRIPT.
 8                              FURTHER DEPONENT SAYETH NOT.
 9
10              _____
11                              WITNESS' NAME
12
13      STATE OF FLORIDA      )
14                            ) SS:
15      COUNTY OF BROWARD     )
16
17              Sworn and subscribed to before me this ____
18      day of _____, 2016.
19      PERSONALLY KNOWN _____ OR I.D. _____
20
21      _____
                                TAMMY WALKER ZIVITZ
22                              Notary Public in and for the
                                State of Florida at Large
23                              My Commission No.:  #FF 183937
24
25      My Commission Expires:  April 16, 2019
```

Page 182

```
 1                    ERRATA SHEET

 2   RE      :  Sarah Shaw vs. The Set Enterprises, Inc.

     DEPO OF :  Ricardo Rodriguez

 3   TAKEN   :  September 15, 2016

 4        DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE

 5   Page #   Line #   Change                    Reason

 6   _____/_____/_____/_____

 7   _____/_____/_____/_____

 8   _____/_____/_____/_____

 9   _____/_____/_____/_____

10   _____/_____/_____/_____

11   _____/_____/_____/_____

12   _____/_____/_____/_____

13   _____/_____/_____/_____

14   _____/_____/_____/_____

15   _____/_____/_____/_____

16   _____/_____/_____/_____

17   _____/_____/_____/_____

18   _____/_____/_____/_____

19   _____/_____/_____/_____

20   State of Florida)      _____

     County of Broward)          Notary Public

21

     Under penalties of perjury, I declare that I have read

22   my deposition transcript, and it is true and correct

     subject to any changes in form or substance entered

23   here.

24   _____        _____

     Date                  Signature

25
```

```
 1                      VERITEXT FLORIDA, LLC
                  Suite 2250 One Biscayne Tower
 2                    2 S. Biscayne Boulevard
                      Miami, Florida  33131
 3                        (800) 726-7007
                      (305) 377-1100 (fax)
 4
 5    DATE:        September 26, 2016
 6    TO:          Jennifer A. Schwartz, Esq.
                   Jackson Lewis, P.C.
 7                 One Biscayne Tower, Suite 3500
                   Two S. Biscayne Boulevard
 8                 Miami, FL  33131
 9    IN RE:     Sarah Shaw vs. The Set Enterprises, Inc.
      DEPO OF:  Ricardo Rodriguez
10    NO. OF PAGES:  183
      AVAILABLE FOR READING UNTIL:   30 Days
11
      Dear Ms. Schwartz:
12
      This letter is to advise you that the transcript of Ricardo
13    Rodriguez's deposition is completed and is available for
      reading and signing.
14            Please have him make an appointment to
      come to our office at Suite 2250, 2 S. Biscayne
15    Boulevard, Miami, Florida to read and sign the
      transcript. Our office hours are 8:30 a.m. to 4:30
16    p.m., Monday through Friday.  Depending on the
      length of the transcript, you should allow yourself
17    sufficient time for review.
              If the reading and signing has not been
18    completed prior to the above-referenced date, we
      shall conclude that you have waived the reading and
19    signing of the deposition transcript.
              Your prompt attention to this matter is
20    appreciated.
                   Sincerely,
21
22                 TAMMY ZIVITZ (Court Reporter)
23
      cc via transcript:  Jack C. Morgan, Esq.
24                         John B. Gallagher, Esq.
25
```

**[& - 36th]**

**&**

**&** 2:3

**1**

**1** 3:11 14:19 15:2
15:10,10,14,20
49:8 60:22 71:6
72:15,22 79:5
116:5,25 119:6
136:20 161:6 180:8
**1,295** 117:10,13,22
**10** 34:24 35:1 36:2
36:6,14 52:16 84:3
84:4,8,15 85:10,20
85:21 153:1 158:3
175:12
**100** 23:5 26:6,7
**1000** 2:4
**109** 3:13
**1099s** 158:13
**11** 81:11,14,15,22
82:1,1,7,19 83:1,16
83:18,24 84:18,23
86:3,4 91:10 101:6
101:10,12 128:9
130:19 166:10,15
**11/13** 108:21
**11/13/13** 109:2
**1101** 1:17
**11:02** 60:23
**11:19** 61:4
**11:30** 50:1 123:16
139:19 143:3
**12** 47:22 48:3,5,22
104:8 111:18,20
123:16 125:24
126:6 127:2 128:9
130:19 131:21
139:21 170:11
**120** 147:14 148:10
149:7

**124** 3:13
**129** 121:18
**12:00** 47:25
**12:03** 94:12
**12:13** 94:17
**12:59** 127:14
**12th** 71:2
**13** 105:4,19 113:3
128:8 130:19 131:8
170:11
**14** 105:21 111:16
112:14,15 124:16
172:15
**14th** 71:18 110:23
112:13,16
**15** 1:2,16 3:11 4:6
4:19 44:18 47:19
47:20,21 48:18,22
50:2,23 51:23 56:1
57:4 105:25 106:25
122:18 123:1,2,17
151:7 182:3
**16** 113:3 181:25
**16th** 112:25 113:1
**17** 160:22
**175** 3:7
**18** 56:1
**180** 157:15
**183** 180:8 183:10
**183937** 179:14
180:18 181:23
**19** 107:14 165:9
**1997** 7:24 8:22
18:20
**1:00** 49:2 127:7
**1:57** 127:19
**1st** 117:23 125:19

**2**

**2** 3:12 49:9,12
56:25 59:20 60:2
61:3,7 69:2 72:18

72:20,21 80:3,8,14
80:15 94:11,16
121:17 127:13
136:20 183:2,14
**20** 39:14 47:19
48:24 54:23,25,25
55:2,10,21 56:1
57:9 65:18 123:3,4
123:9,13,14,17
145:13 153:11
157:15
**200** 133:2 157:14
**2009** 126:16
**201** 2:8
**2010** 16:23 18:9,10
18:12 170:15 172:1
172:4
**2011** 126:17 131:21
146:22 151:20
152:1 170:11
**2012** 146:25 151:15
**2013** 69:16 71:7,8
71:17 105:18 128:1
128:9 131:20 147:2
151:11
**2014** 72:22 105:22
110:23 111:9,12
127:25 147:4 151:6
**2015** 147:6
**2016** 1:16 4:6
179:10 180:14
181:18 182:3 183:5
**2019** 181:25
**21** 107:25 169:2
**22** 55:1 108:4 117:1
170:17
**2250** 183:1,14
**23** 108:8 170:21
**2320** 2:4
**23rd** 112:17 179:9
180:14

**24** 172:14
**25** 56:6 67:18
108:11 109:5,6
122:18 145:8
**26** 15:14,15 16:11
16:13,13,14 109:1
183:5
**2631** 2:8
**27** 16:13
**28** 109:10 123:23
**2:29** 51:4
**2:30** 50:25 51:4

**3**

**3** 3:12 68:22,24
69:2,6 74:6 79:19
80:14,15 87:17
102:5,5 120:19
127:19 136:15
174:20,24 178:15
**3.00** 46:4 52:6
**30** 4:21 8:25 20:13
24:21 25:8 27:12
55:2,21 127:8
183:10
**305** 183:3
**30ish** 56:6
**31st** 17:15
**33** 8:10
**33069** 17:16
**33131** 2:13 183:2,8
**33301** 1:17
**33306** 2:9
**3342** 1:9 19:2,19
20:3,10,19 21:12
22:25 23:7
**33901** 2:4
**35** 140:5,6,11
**3500** 2:12 183:7
**36** 17:20
**36th** 17:19

[377-1100 - allowed]

**377-1100** 183:3
**3:00** 51:1
**3:06** 174:20
**3:20** 174:25
**3:29** 50:19

**4**

**4** 3:13 46:24,25
47:4 58:4,16
109:16,17,19 110:8
120:14,23 122:8
124:19 125:6 137:7
**4-16-2019** 179:14
180:19
**40** 51:3 56:13
123:13,14 163:13
167:20,21
**433** 119:6
**45** 51:1 127:8
**49** 3:12
**497** 9:20,22 17:15
**4:29** 57:4

**5**

**5** 3:6,13 15:15
44:21 45:6,9 52:19
53:10 58:4 75:22
96:5 120:19,23
122:9 124:10,11,15
125:4 144:24
145:10 153:1
**5/14** 111:24 112:1,5
**5/23/14** 111:14
**50** 50:12,19 61:9
140:11
**500,000** 146:23
**5:59** 57:8

**6**

**6** 4:21 20:13 24:21
25:8 27:12 80:13
80:14,16,19,21
81:18,18 82:1,15

107:18,21 109:11
126:23 170:22,22
**62152** 1:2 4:19
**66** 8:9 14:3
**68** 3:12

**7**

**7** 102:5
**726-7007** 183:3
**75** 156:13
**7:00** 152:25
**7:30** 48:9

**8**

**800** 183:3
**8:30** 183:15

**9**

**9** 49:13
**94** 9:2
**97** 8:22 17:21
**98** 8:22
**9:52** 1:18 4:7

**a**

**a.m.** 1:18 4:7 48:22
60:23 61:4 139:19
183:15
**abiding** 10:17
**able** 76:10,22 89:2
115:16 130:20
**accept** 149:10
**access** 92:18 93:2
93:23
**accountant** 30:4
31:1
**accounting** 8:4
37:11 119:19
**accumulative**
117:22
**accurate** 24:11,14
27:5 29:21 41:6
49:18 50:2,9 57:9

57:10 59:10,24
72:7 73:22 82:21
82:22 108:6,7
167:14 181:7
**action** 180:12,12
**actions** 162:19
171:16,21
**activate** 105:2
**active** 103:1,3,15
**acts** 161:7
**actual** 9:12 79:16
80:25 86:3
**added** 101:10
117:18,19
**addition** 151:25
**additional** 48:18
55:11 96:22
**address** 17:18
**admission** 143:25
152:21
**admissions** 144:12
**admit** 90:21
**ads** 24:7,7 28:22,22
28:23
**adult** 10:6 11:18,24
11:25 19:9,15
25:23 26:11 27:24
28:3 135:4 164:6
**advertise** 23:22
28:9,24 29:2,3
149:13
**advertised** 135:19
**advertises** 29:9
**advertising** 26:13
26:18 28:14,20
43:13 133:13
140:15 141:2,3
**advice** 163:9
**advise** 183:12
**advisor** 161:12
162:21

**affirmative** 160:18
160:19,25 161:1,6
165:10,17 169:3
175:10,12,13
**affirmed** 4:2
**aforementioned**
179:6 180:6
**ago** 5:21 51:21 52:3
52:7,9 67:4 93:9
114:20 130:16,17
137:21 175:11
**agree** 63:9 105:9
166:23 167:3
171:14 172:19
**agreement** 37:1,2
45:11 46:10 47:12
60:15 64:4 75:23
76:1,2,4 78:5,12,13
78:20 79:18 80:5
83:14 88:9 107:22
137:5,9 148:14
158:9 162:24,25
163:20,21,23,24
171:16,18
**agreements** 171:19
171:23 172:2
**ahead** 17:7 33:13
**al** 4:16
**album** 93:11
**albums** 92:21 93:11
93:13
**alcohol** 12:4 61:21
87:13 99:5
**alcoholic** 99:10
**allegation** 162:1
**alleged** 158:25
**alley** 125:11
**allow** 183:16
**allowed** 26:24 84:6
84:7,11 89:8 91:11
102:18 122:19

[alphabetical - back]                                                                 Page 186

**alphabetical** 71:13
**alrighty** 68:13
**amount** 38:12 39:5
  104:12 116:21
  117:22 121:25
  160:14 171:3
  175:22
**amounts** 57:21
  79:24 169:7
**ana** 102:9
**andress** 2:3
**anniversary** 17:20
  142:12
**announce** 4:23
**annually** 103:25
  104:1
**ansin** 26:6,7
**answer** 6:5,11,18
  7:3 12:25 20:14,16
  20:23 21:10,11,16
  22:1,4,5 23:12
  24:21,22 30:18,25
  34:2 85:24 99:22
  100:4 114:8 115:19
  170:15 175:9
**answers** 16:19 17:2
  22:9,10,18 40:13
  160:18
**anybody** 13:11
  16:23 17:6 31:8,9
  50:12 125:24
  159:21
**anymore** 18:4
  37:15,17 50:13
  101:13 128:11
  156:14,16
**anytime** 149:12
**ap** 71:18
**apart** 20:6 43:9
**apologize** 156:21

**appear** 49:17
  105:18 109:11
**appearances** 2:1
  4:23
**appeared** 179:6
**appears** 105:5,22
  107:25 108:5,13
**applicant** 88:12
  98:7 149:24,25
**application** 27:18
  74:7,9 76:9
**applications** 27:22
  131:6,9 149:11
**apply** 97:8
**appointed** 5:15
**appointment**
  183:14
**appreciate** 175:1
**appreciated** 183:20
**appropriate** 22:4
**approximately**
  37:18
**april** 72:11 126:17
  181:25
**area** 120:3,5,6
  134:22
**areas** 16:16 150:8
**artist** 44:10 45:16
  45:22 46:1,14 59:6
**artist's** 46:12
**artists** 46:20 52:1
  57:16
**ashley** 1:4 4:12
  108:14
**aside** 61:11 90:5
  92:6,8 124:9
  163:24
**asked** 5:12 59:2
  82:25 90:11 91:2,6
  96:14 97:4,8 99:16
  101:1 102:1 106:6

132:25 149:23
  156:21 166:21
  175:11
**asking** 17:1,10
  20:19 66:12 111:25
  163:17
**asserted** 161:23
**assigned** 102:15
**assistant** 102:10
**assume** 79:7 171:3
  174:12
**assuming** 5:14
  68:10 107:7 108:21
  149:8 158:21
  169:15 170:15
  172:4
**at&t** 134:23
**attached** 135:17
**attendance** 69:20
  69:22 70:25 72:16
  103:10 105:11
  115:14 129:9,14
**attended** 164:23
  165:3,4
**attention** 175:9
  183:19
**attire** 91:2,4
**attitude** 154:15
**attorney** 14:19
  49:14 163:25
  180:11,11
**attorneys** 4:22
  163:4,5
**attract** 63:10
**attraction** 63:10
**attractive** 75:7
  88:4
**audit** 114:16
**audited** 103:23
**audition** 74:17 76:9
  76:17,18,24 77:6,9

78:1 108:24
**auditioned** 108:23
**authority** 64:18
  65:10 158:16 179:5
**authorized** 180:7
**available** 5:13
  107:7 183:10,13
**avenue** 17:15
**average** 32:22 35:1
  54:21,23 56:2
**aware** 65:17 90:7
  96:13 97:2 98:24
  100:25 159:3 164:5
  164:11 168:3,16

**b**

**b** 2:7,7 3:8 4:21
  8:10 20:13 24:21
  25:8 27:12 135:13
  183:24
**baby** 88:19,22 89:8
  132:21
**back** 8:13 14:18
  26:12 35:6 38:10
  52:23,24 53:10
  58:22,25 59:4,9
  61:1,3 63:19 64:9
  65:1 70:2 71:12
  76:11 78:1 81:10
  84:20 88:19,22
  89:6,7,12,17 93:11
  94:15,16,21 99:1
  99:12,20 102:5
  104:19 105:1
  108:23,25 111:5,12
  116:5 119:21 120:6
  127:9,17,19 132:17
  132:18,19,20,22
  136:3 152:1 157:15
  165:24 166:2
  171:25 174:15,23
  174:24 175:9

**bad**  37:6 46:15
    63:25
**bags**  33:19
**bar**  12:5 47:5 63:16
**barn**  130:5 147:20
**barred**  165:11,18
    166:7,17 175:14
**bartender**  32:25
    44:9 47:1
**bartenders**  8:3
    31:24 46:22,23
    51:25 52:4,9 57:15
    58:24 86:17
**based**  73:16
**basically**  13:2 24:3
    33:21 56:12 63:24
    66:14 77:1 81:15
    82:9,10,13 99:18
    114:21 134:22
    136:16 138:3,8
    147:22 150:7,9
    155:18 156:17
    162:4
**basis**  35:4 162:12
    165:23,25
**bates**  49:12,13 71:6
    72:20 74:5 80:16
    81:10 109:23,23
**beach**  17:15 19:6,8
    19:14,24 21:23
    22:24 23:17 133:17
    133:20 137:1
    140:12,12 176:3
**beat**  59:13,13
**becky**  121:17
**beer**  133:19,22
    134:1
**began**  78:19
**beginning**  15:9
    18:15 61:2 71:25
    73:18 127:18,24

132:9
**begins**  27:17
    170:18
**behalf**  1:4 2:2,6,10
    4:13 5:6 164:22
    165:4
**believe**  16:14 19:1
    42:16 44:11 80:2
    137:6 162:17 178:2
**believing**  162:18
**belong**  93:1
**best**  6:10 16:20
    17:5 22:15
**better**  62:7 63:4,5
    63:13 67:7 103:12
    129:7
**beverages**  99:11
    126:5 177:25
**beyond**  21:2 133:5
    134:17
**big**  11:6 81:4
    101:16 102:4 148:7
**biggest**  156:18
**bikini**  92:4
**bilingual**  156:15
    158:12
**billboard**  29:7,8
**billboards**  29:6,6
**bills**  8:4 130:9,23
**biscayne**  2:12,12
    183:1,2,7,7,14
**bit**  22:15 49:3
    50:17 58:7 125:15
    129:7,7 133:8
    143:17
**blanche**  100:8
**blasi**  8:10 9:4,14
    14:12,15,16 17:25
    18:24 100:14
**blow**  45:19

**bob**  39:1
**book**  87:1,2
**bookkeeper**  30:5
**books**  104:13
    168:21
**booth**  93:13
**boston**  100:15
**bother**  40:16
**bottle**  147:14
    148:10 149:4
**bottom**  15:10 59:17
    59:20 72:18 75:12
    75:14 106:24 113:2
    123:23
**bought**  9:2 13:23
**boulevard**  1:17 2:8
    2:12 4:9 26:6,7
    183:2,7,15
**box**  69:24 70:23
    71:12 103:6,14
    104:15 105:13
    128:22
**boxes**  54:19,20
    107:8 130:6 131:1
**boxing**  94:2
**breaches**  165:11
**break**  7:1,1,3 59:16
    60:20 61:7 94:20
    99:20 127:22
**breaks**  6:23
**briefly**  5:10,23
    139:17
**bring**  92:11 128:23
**broaden**  30:10
**brothers**  134:12,20
**broward**  1:17 4:9
    179:2 180:3 181:15
    182:20
**brown**  133:22
**bucks**  42:16 44:14
    44:15,16,17 46:2

52:7,22 58:11,20
    120:20 171:8,9,11
**buffet**  143:12,13,13
**build**  126:13
**building**  55:19
**built**  149:16
**bulk**  24:8 133:12
**bunch**  36:18 64:13
    109:25 129:19
**business**  8:5 13:10
    26:9 62:7 63:4,14
    67:7 76:24 97:23
    126:8 157:19
**bust**  156:10
**busy**  34:17 72:4
**buy**  24:8 66:6
    92:25 93:10,25
    134:7 141:4 143:9
    147:14 154:19
    157:6,25
**buying**  24:3,6,7
**buys**  148:10
**bypassed**  124:4

**c**
**c**  2:3 118:13,17
    180:1,1 183:23
**cab**  156:5
**calendar**  71:7
    72:22
**call**  19:6 32:2,3,15
    33:19 39:16 48:5
    53:16 70:10 72:11
    72:20 88:11 98:17
    129:14 141:20
    144:6,8 145:24
    146:2
**called**  9:1 51:13
    53:15 75:13,23
    78:11 86:20 93:2
    124:16,20 147:22
    157:5

[calling - club]                                                    Page 188

calling 98:4
candy 42:19
capacity 19:18 21:5
caption 4:11
car 155:24 156:3
card 69:25 71:10
   71:11 104:2,8,11
   104:12,18 105:10
   105:11,12,18,22
   108:22 111:14
   112:23 113:6,22
   114:8,19 115:15,18
   115:25 116:3
   130:24 157:17
   160:6
cards 70:23,24
   103:18,22 105:6
   111:6 114:17 115:5
   129:12,14 130:8
   154:23 157:18,20
   157:21
care 47:4 64:8
carpet 101:19
carry 142:20 174:9
cars 154:11
carte 100:8
casablanca 19:11
   19:25 23:9 27:15
case 1:2 4:11,17,19
   5:12 19:21 21:9
   96:4 129:24 131:7
cases 67:9 154:2
   164:5
cash 157:6
cashes 157:8,9
casino 140:25
   142:12
categories 116:8
cater 41:13
caught 101:25
   124:7

cause 1:24
caveat 61:9
cc 183:23
certain 15:7 22:10
   38:9 39:5 42:10
   86:23 93:1,20
   97:14 104:12 120:3
   134:6 138:5 155:12
certainly 162:3
certificate 179:1
certifies 86:21
certify 179:5 180:6
   180:10 181:6
cha 173:13,13
chain 138:25
   139:13
champagne 39:18
   85:16,21 120:8,9
   147:8,10,12 148:3
   148:23
chance 49:7 71:24
   161:16
change 82:15 91:2
   182:5
changed 78:13
   82:11,12 83:17
changes 182:4,22
changing 164:16
charge 48:11,18
   51:15,23 53:5,8,9
   61:16,19,24,25
   67:21 125:24 148:1
   157:24 158:4
   167:15,16,20 170:8
   177:12
chargebacks
   157:20
charged 48:14,15
   50:1,17,19 51:1
   61:10 157:10 176:9

charges 50:10
   145:8 147:15 166:9
   168:2,8
charging 50:12
chase 120:17
cheap 36:16
check 70:6 106:20
checked 118:3,4
checking 115:12,13
checklist 119:22
checkmarks 107:4
checks 8:4 119:22
cheetah 7:20 8:23
   9:1,9 11:14,15,17
   11:18,20 12:3,12
   17:13 19:6,8,14,24
   21:23 22:24 23:17
   23:17 24:10,14,17
   25:1,7,13,18,21
   26:9,15,15,16 27:3
   27:18,21 28:6,9,14
   28:20 29:4,9,12,12
   29:15,18 30:1,2,13
   31:17,21 33:23
   38:14,16,17,20
   39:17 43:2,12,16
   49:15 50:6,10
   60:17 66:19 67:23
   68:15,18 74:24
   75:4,9 79:8 82:19
   106:3,17,21 133:11
   135:9,14 136:8
   157:5,14 173:24
cheetahs 27:5
   66:23
cheney 134:11,20
chew 101:17,22
chewing 101:15,25
chilli 126:23
china 119:6 120:18

china's 119:24
choice 134:8
chooses 27:4,20
chose 102:14
cigarette 83:8
circle 120:1
circled 119:9
city 137:2
claiming 146:12
claims 165:11,18
   166:7,17 175:14
clarify 23:21
class 169:8
classes 75:10
classify 146:14,15
   168:7
clean 133:9
cleanup 31:24
clear 6:20 13:17
   44:19 95:8 147:16
   149:2 156:1 178:1
clients 162:5
clock 172:16,20,23
   172:25 173:11,12
close 136:21,24
closed 126:11,15,16
clothes 91:14 92:8
clothing 43:6 92:6
club 1:10 10:4,18
   13:20 14:3,11,12
   18:13,19 19:2,7,13
   19:15,19 20:3,10
   20:20,21,25 21:12
   23:7 24:10,13 35:6
   37:13 38:10 44:5
   45:8,14,21 46:7
   51:21 52:2,23,24
   53:1,10,17 54:1,11
   54:11 58:14,22,25
   59:10 63:10,11,15
   66:9,10,24 67:11

[club - cooks]

67:16 73:10,17
74:12 76:20 77:7,8
77:11 80:6 81:16
81:21 82:5,15
83:15,25 84:11,15
86:5,9,14 87:19
88:5,15 89:19 91:3
91:6,11,13 92:16
93:7,17,19 94:4
95:10 96:6,10
97:19 98:25 99:5,9
99:23 100:7,9,12
103:3,13 104:10
106:22 115:1 116:2
116:11 120:3
124:22 126:14
128:3 132:4 136:19
138:19,23 139:15
139:18,23 141:19
143:18,19 144:20
145:2,9,18 146:14
146:19,22 147:9,10
148:10,10,17,20
149:10,13 151:25
154:10 155:1
156:11 157:1,15
158:14,16 159:6,17
160:1,9 162:4,5
163:6,25 164:1,16
164:22 165:4 168:3
168:12,16,24
169:12,13,18 170:3
171:5,6,15 174:4
174:15 176:13,18
**clubs** 26:25 27:21
27:22,24,25 28:4,6
28:7,18,21 29:3,12
29:18 30:2,14,23
42:3 66:19,19
68:19 106:21
128:13 130:7 132:1

133:8,12 134:2,13
134:16 135:4,20
136:5,11,13 137:10
138:11 140:3,8
146:4 159:4 161:4
162:7,8 164:6,6,7,9
170:18
**cocktail** 92:5
**coffee** 61:21 99:19
**cohen** 2:14 4:4
**coleman** 2:14
109:25 110:3
**collect** 168:4,12,17
**collected** 166:8,10
166:18 169:17,18
**collecting** 169:22
**column** 116:15
118:1,6,9 119:2
120:11 121:13,18
122:13 123:25
126:19
**come** 12:3 18:4,6
18:16 34:16 35:13
47:15,21 48:12,25
49:1 55:12 60:16
62:3,5,6 63:7 65:1
69:12 70:6 74:15
74:16 77:16 88:19
89:12 90:18 95:2
97:5,8 104:25
105:1 108:24,25
114:23 115:4
117:19 127:9
132:17,18,19 139:2
139:9 145:3 149:17
150:1 153:25
155:12 157:18
172:6 176:5,13
183:14
**comes** 18:17 27:2
69:23 73:19 74:13

86:21 91:15 104:1
104:7 123:6 172:5
**coming** 18:11 63:6
68:3 89:7 142:14
**command** 138:25
139:14
**commercials** 24:7
**commingling** 101:4
**commission** 179:14
179:14 180:18,19
181:23,25
**common** 141:23
**communicated**
161:12
**companies** 133:19
134:1,8,24,25
**company** 7:19 9:8
9:10,17,18,19
17:23 20:1 31:23
52:22 79:7,8,24
86:21 109:22,23
135:2 137:22
**comped** 118:14,18
118:22 121:16
**compensate** 163:7
**compensated** 11:3
11:9 12:22 13:7,8
13:19 33:24 163:8
**compensation**
156:22,23 161:13
171:15
**complained** 161:8
**complete** 72:15
76:7 111:5
**completed** 71:22
72:6,8 183:13,18
**completely** 77:22
**complimentary**
143:2,7
**comply** 81:20 82:5

**complying** 64:15
**composite** 68:22
**computer** 103:5
**concept** 125:14
**concern** 156:18
**conclude** 183:18
**concluded** 178:19
181:1
**concludes** 178:15
**conclusion** 162:1
**condition** 40:24
**conference** 164:24
165:4,5,5
**conferences** 164:23
**confirming** 107:21
**confirms** 76:6
**confusing** 50:24
**connected** 180:12
**consensus** 77:17
**consider** 84:10
142:17
**consideration** 6:1
79:20
**considered** 104:20
164:16
**consistent** 56:19
**consulted** 163:17
**contact** 68:3
**continue** 21:14
**continued** 13:16,20
14:4,9
**contract** 165:12
**contractor** 139:2
**contractors** 30:12
30:22 79:24 142:4
159:8
**control** 62:4
**conversation** 9:25
**cooks** 31:24 32:6
33:2,4

[copied - day]

copied  74:5
copies  14:20
cops  114:22
copy  68:23,23
   75:18 79:17 178:18
corner  72:18
   117:11
corp  1:10 19:2
corporate  5:13
   15:4,22 19:18
   20:11 21:5,13
   24:19
corporation  1:9,9
   1:10 4:15 19:25
correct  43:7 48:23
   57:6 63:17 71:21
   108:2,10 109:3
   110:2 111:3,7,21
   116:18,24 117:2
   118:8 123:19
   138:24 145:12
   148:12,16 149:6,9
   157:16 167:10
   176:3,4,5,6,7,8,10
   176:11,13,14,15,16
   176:18,19,21,22,24
   176:25 177:2,3,6,7
   177:13,14,17,21,22
   178:3,7 180:9
   182:22
corrections  181:4
couches  120:7
counsel  2:7 49:4
   78:14 162:3 163:9
   163:18 180:11,11
count  116:22
counter  171:1,5,15
counterclaim
   160:20 170:18
county  133:20
   137:2 179:2 180:3

181:15 182:20
couple  90:22,24
   103:16,19 121:12
   122:13 142:10
   146:7 175:5
couples  148:7
course  18:14 55:24
   61:21 62:6 89:13
   92:7 134:24 136:19
   158:22
court  1:1 4:18,24
   165:19,21 175:15
   183:22
covering  114:25
covers  157:22
created  108:20
credit  130:8,24
   154:22 157:17,18
cross  3:4 175:7
current  137:15
currently  38:21
   57:18
customer  13:3
   95:21 96:2 145:14
   146:1 148:1,5,9,14
   148:23 149:3 153:6
   153:11 154:16
   156:19 157:6,24
   158:3 171:3 175:22
customers  12:3,13
   35:3 43:17 53:5
   63:10 67:11 92:10
   94:7 95:10,13,17
   100:19 101:4
   139:20 143:1
   146:18 156:24
   163:9
cut  58:10
cute  141:1
cv  1:2 4:19

d
d  3:2 135:13 172:15
dad  129:2,18
   130:13
dad's  130:20
daily  90:17
dance  35:11,15,16
   40:7 53:6 67:18,24
   67:24,25,25 68:2,2
   95:1 96:5 111:22
   114:16 144:25
   145:8,10 152:19
   153:10 167:5,6,16
   167:21 171:5,6,10
   176:13,20,23 177:1
danced  75:1
dancer  3:12 73:20
   74:14 75:23 76:1
   78:5,11 79:10,22
   81:19 82:4 89:25
   105:5,6,10 108:13
   111:5,13 112:12
   129:13 131:12
   148:5
dancer's  69:15
dancers  10:14,15
   10:17,23 11:11
   12:1,10,19,21 13:7
   13:18,19 33:12,22
   35:20,22 36:11,23
   36:25 37:9 57:15
   66:18 68:6,8 69:15
   97:3 141:10 146:21
   152:4 155:6 171:2
   171:14 172:16
   175:24 176:2
   177:11,16,20,23
   178:2,5
dances  35:10 40:3
   67:12,19 70:20
   95:5,5,13,14,14

119:3,20 120:2
126:19 143:25
146:17,18 153:22
153:23 155:2
166:11,18 167:11
167:14,14 168:2,14
168:14 171:4,12
174:2 177:4,5
dancing  27:17
   91:17 146:10
daniel  39:1
danielle  122:17
date  4:5 108:21
   109:2 110:24
   111:14,14,21
   112:15,16 116:6
   182:24 183:5,18
dated  60:12
dates  109:5 111:19
   111:20 112:20,22
   113:25 114:7
   115:17
david  137:17
day  18:17 32:20,23
   33:1,5,10,20 36:8
   36:17 37:6 45:24
   46:15 48:6,7,17
   49:22 50:9 51:13
   51:22 54:22 55:6
   55:11,22,22,25
   56:4,5,16,16 57:24
   58:3,6,12,17 61:10
   62:1 63:7 70:1,19
   71:16 72:1,2 73:2,9
   74:2 76:11 97:9,11
   109:9 111:23,24
   113:10,11 115:7,8
   115:12 116:25
   117:5 120:14,23
   121:6 123:15,17,18
   132:16 142:14

143:3 172:21
179:10 180:14
181:18
days 56:19,20
61:16,17,18 62:2,6
62:8,15 63:3,6
75:13,14 92:21
106:25 107:3,6,7
118:15,20,25
121:12,16 122:8,9
122:10 143:6,12
156:12 177:17,19
177:20 183:10
daytime 73:14 78:7
78:7 102:11 126:13
158:12
deal 90:25 102:4
dear 183:11
decide 163:6 177:5
decided 13:6 99:1
decision 13:14 77:8
77:9 100:11 162:17
decisions 11:8
65:11 100:9 162:8
declare 182:21
deep 153:22
def 72:18
defendant 161:9,12
161:25 169:10,12
defendants 1:12
2:10 5:7 49:13 71:6
80:16 81:11 102:5
105:4,19,21,25
106:25 107:14,25
108:4,8,11 109:5,6
109:10 171:1
defense 72:21
160:25 161:1,7
162:7,12 165:10,17
165:23 166:1 169:3
175:12,13

defenses 160:18,20
161:4 175:10
definitely 133:6
denies 161:25
dependent 41:1
depending 71:24
73:12 183:16
depends 88:11
158:1
depo 182:2 183:9
deponent 181:8
deposition 1:20,22
3:11 4:7 5:1,17 6:2
6:15,16 14:22 15:5
15:12,21 31:13
178:15,19 180:8,9
181:1 182:22
183:13,19
described 9:7
desk 54:17
detail 94:25
differ 151:11
difference 11:6
57:23 67:23 90:2
115:20
different 23:22
47:24 56:16 73:4,6
73:22 78:15 105:6
119:17 120:9
124:19 125:1
133:17,19,24
134:20,21,25
135:16 136:18,19
136:21 141:4 146:4
146:4 147:9
differentiating
167:8
differently 131:18
difficult 126:9
direct 3:4 5:8
160:22

directly 35:2 95:12
96:2 99:23 121:3,5
disagree 21:8
disc 110:2
discipline 64:21
65:5 96:22 98:10
disciplined 65:6
66:4 82:24,24
discontinue 37:19
discounts 24:8
discuss 164:24
165:6
discussed 96:8,11
160:7
dishes 42:19
dishwasher 33:5
distributed 44:22
district 1:1,1 4:18
4:18
dj 34:19 35:22 36:5
36:14 38:6,7,8,19
40:5 41:5,8,9 42:10
44:10 51:25 52:15
57:14 59:8 70:9
72:11 92:18,23
93:2,8,10 147:13
150:11 160:13
djs 34:5,18 35:17
36:18,23,25 37:5,9
37:10,14,21,25
38:20 39:3 41:2
44:3 77:14 93:1
doctrine 165:19,21
175:15
document 37:12
53:15,17 60:1 76:6
78:11 85:20 110:9
114:2 116:1,2,3
121:9 169:18
documentation
44:24 53:12 128:18

128:21
documents 35:14
64:12 70:12 121:9
125:13 129:19
130:14,18 160:7
doing 6:1 12:16
55:17 58:8,8 63:25
104:6 114:24 126:1
146:10 147:24
dollar 121:25
dollars 95:2 146:7
157:1,5,15 159:25
donts 81:16
door 43:22 44:1
69:20 70:9 72:9
74:16 110:15,16
119:10,12,23
120:16 121:7 124:3
124:4 143:25
144:12 147:20
152:21
dos 81:16
doubt 113:21,23
122:21,22
drastically 151:18
dress 41:24 92:5
dressed 70:8 91:16
140:25
dresses 43:5
dressing 80:22 81:1
81:13 84:25 152:8
152:12 155:15
drink 61:20 66:13
86:24 99:11,14,19
154:19
drinking 86:23
90:19 99:4,8,10
156:4
drinks 62:16
driver's 75:19
106:2

[driving - entity]                                                          Page 192

driving  155:17,22
  156:20
dropped  122:18
drug  84:3 108:9
drugs  63:25 66:6,7
  81:4 83:12 84:6,7
  85:17 86:10,24
drunk  156:20
dsk  135:3
dual  58:12
due  137:2 165:18
  169:7 175:14
duly  4:2 179:7
  180:7
duties  177:8
duty  32:19,21
  58:13 65:15 158:18

          e

e  2:8 3:2,8 87:5,6,6
  126:22,22 180:1,1
earlier  5:11 12:18
  28:8 43:20 51:24
  63:18 67:6 77:19
  80:8 94:23 96:4
  97:7 99:3 103:6
  111:6 117:5 125:5
  133:8 134:16 135:2
  135:5 136:3,14
  138:8 139:17,22
  143:6 144:3 147:8
  149:1,23 150:21
  151:6,9 156:22
  158:5 163:19 164:4
  168:24 171:19
  177:11
early  48:10 98:11
  98:15 118:24 173:3
  176:9
easier  6:20 24:6
east  1:17 4:9

easy  116:16
eat  12:7 143:13
eating  99:8
effect  51:16
eighth  165:9
either  6:22 12:4
  27:25 64:21 73:1
  80:15 96:10 100:5
  101:10 120:19
  127:2 129:25
  147:14 148:9
  152:12 174:2
electronically
  110:4
eleventh  166:6
ella  105:16
emails  142:22
employee  43:19,24
  86:14,15 139:1
  142:1 180:11
employees  13:8
  29:23,24,25 30:8
  30:12,22 31:18
  34:8 44:5 79:23
  86:22 96:10 128:16
  130:25 159:7,18
  165:1,7 168:20
  172:24
employment  74:23
  130:25
employs  31:23
enforced  101:15
english  156:14
  158:7
ensuring  10:16
enter  148:11 182:4
entered  182:22
entering  80:5
enterprises  1:8
  4:15 24:17 25:1,3
  25:17,20 27:10

              182:2 183:9
entertain  84:11
entertained  12:10
  160:2
entertainer  27:2,3
  27:17,20 41:5,9
  42:9 43:6 44:12,21
  45:4 47:4 48:17
  49:25 50:16,18
  54:8,9 57:7 62:14
  63:3 64:22 65:8
  70:14 73:16,19
  74:8,13 75:4,20
  76:18 77:20,25
  80:6 81:15 82:12
  87:19 88:3 89:5,20
  89:25 90:6,8 91:1
  94:25 96:2,5,9,14
  98:7,11,14,25
  99:22 101:1,25
  102:20 103:14
  104:10,11,23
  106:14,21 107:11
  110:12,18 113:17
  116:16,17 117:25
  118:22 119:20
  120:24 121:10
  124:20 125:17
  131:1 136:16
  143:23,23 145:7,14
  145:20,25 148:14
  148:18,22 150:13
  152:19 153:6,9
  154:15 158:17
  160:8 168:13
  173:19,20
entertainer's  40:25
  131:13 144:13,19
  149:20
entertainers  11:12
  14:4 26:24 37:13

38:9 39:4,5,6,23
  40:6,22 41:17,24
  43:3,8 44:4,6 45:9
  45:25 46:8,19
  50:11 53:5 54:21
  55:7,10,12,18
  56:10 62:20,24
  63:21 64:15 68:6,8
  68:11 69:11 72:5,5
  73:6 74:24 75:10
  81:2 83:25 87:7,11
  87:16 89:7 91:21
  94:23 97:3,20 98:2
  99:4,8 100:18
  110:25 116:23
  117:1,16,23 126:10
  127:4 131:24,25
  132:3 133:2 140:14
  140:20 142:5 143:5
  145:3 146:17
  149:11,14,14,17,19
  151:8 152:1,9
  154:11,22,25
  156:23 158:13
  159:7,18 160:3
  161:14 163:7 164:2
  164:17,25 165:6
  169:13,17,19 170:2
  171:23 172:2,11,20
  173:23
entertaining  92:10
entertainment  1:9
  7:17,18 10:6 11:19
  11:24,25 12:1 19:9
  19:12,15 20:2
  25:23 26:11 27:25
  28:4 135:5 139:21
  164:6
entities  135:13
entity  9:11 21:21
  21:22 22:23 23:1

[entity - filling]                                                     Page 193

26:1,3
equipment  59:13
errata  181:5 182:1
escalated  96:21
escalating  51:19
    67:3
especially  158:11
esq  2:3,7,11 183:6
    183:23,24
established  81:20
    82:5
establishing  10:22
estate  9:12,13,16
    18:7 20:5,8 21:20
    21:23 22:23 25:25
et  4:16
eve  97:25
event  93:24 140:22
    142:18 143:12
events  94:1 142:8
    142:15
everybody  13:10
    77:12,15 143:4
    155:16 172:3
evolved  78:25
exact  78:17 85:19
exactly  35:16 40:4
    72:23 125:18
examination  5:8
    175:7
examined  4:3
example  6:3 30:4
    42:2 89:7 92:12
    128:21 130:19
    133:15 145:7 153:9
examples  88:25
    89:7 90:8 96:14
    98:24
excess  99:14 171:4
excuse  13:18 56:3

exempt  62:10
exhibit  3:11,12,12
    3:13,13 14:19 15:2
    49:9,12 56:25
    59:20 60:2 61:7
    68:22,24 69:2,2,6
    74:6 80:3,8 87:17
    109:1,16,17,19
    110:8 116:6 124:11
    124:15,19 125:4,6
    136:14,20,20 137:6
existence  8:24 9:2
expect  17:2
expedite  76:12
expense  31:6
expires  179:14
    180:19 181:25
explain  61:23
    63:23
explained  138:4
explaining  115:25
explanation  6:6
express  171:16,17
extend  30:7
extent  19:17 26:14
extra  48:12 50:17
    142:20
extraneous  116:1,3
eyeball  77:15
eyeliner  45:18
        f
f  126:22 180:1
facebook  141:6,14
    141:22,24
facility  130:2
fact  17:19 162:1
facts  166:1
fair  7:3,10,11 25:10
    46:23 69:12,13
    113:15,15 133:7
    171:13

fairly  132:1
faith  161:8,22
    162:9,17
familiar  160:25
family  14:1
faneuil  1:9 7:17,18
    7:21 8:6,8,21 9:1,7
    9:14,22 10:3 13:13
    13:20,22,23 15:13
    16:10 17:22,24
    18:22 20:11 21:6
    24:20 78:10,19
    160:17
faneuil's  15:22
far  12:5 13:1 16:9
    96:11 99:10 107:11
    123:25 128:16,17
    129:10 130:24
    131:1,12 135:13
    145:11 172:1
father  8:9,18,20
    9:3,14 13:25 14:1,2
    14:10 16:21,22
    17:24 18:2,21 23:3
    100:11 139:12
father's  25:12
    128:23
fax  183:3
fee  35:11,25 38:3
    47:9,14,15,16
    48:12,14,18,24
    50:2 51:1,3 52:13
    53:4 57:3,4,8 61:9
    61:16,19,25,25
    62:10,15 67:3
    96:21 98:10 118:6
    118:7,17 122:18
    123:10,11 125:20
    125:20 126:22
    149:8 152:21 153:3
    157:10,12,22 171:5

171:11 172:5,6,10
feel  6:22
fees  41:2 47:13,18
    49:20,22 50:5,9,11
    51:12,13,19,22
    53:13,20 57:1
    59:19,21 61:12
    62:18,22 64:3
    67:11 70:18 96:8
    117:23 118:22
    143:23,23 144:14
    144:19,22 145:2
    157:17,18 166:19
    167:25 168:12,13
    168:17 169:16,17
    171:6 176:10
    177:16,21
felt  114:24
female  42:18
ff  179:14 180:18
    181:23
fight  36:22 141:23
    142:17,20
fighting  94:1
figure  69:10 166:3
    170:2,3
figuring  170:4
file  104:19 105:2
    131:13,14,16
    145:16
filed  159:4 160:18
    164:5,14
files  110:1 130:25
    131:1
filing  33:20
fill  27:18,22 74:8
    74:19 76:4,13,22
    158:8
filled  107:9
filling  63:19 136:3

[fills - future]                                                    Page 194

**fills** 107:12
**financially** 180:12
**find** 91:12 115:16
  126:10 129:5,25
  130:21 131:2
  157:20 163:3
**fine** 31:14
**finish** 6:10,18 9:24
  59:16 99:16 127:9
**finished** 160:21
**fire** 37:4 46:16
**fired** 83:10
**first** 2:4 4:2 14:20
  18:16 39:14 42:4
  49:14 69:14 70:7
  70:22 82:1 111:23
  111:24 116:6
  122:17 124:18
  125:19 139:2
  147:17 156:1
  158:25 159:22
  160:25 161:6 180:7
**five** 38:22 42:16
  44:14,15,16,17
  45:23 52:7,22 55:4
  55:11 61:12 85:3
  104:24 116:13
  120:20 121:16
  122:9 132:2,11,12
  132:25 133:3
  136:25 171:8,9,10
  174:17
**fixing** 64:11
**fl** 2:4,9,13 183:8
**floater** 72:25 73:3
  73:25
**floating** 97:9
**floor** 10:19 12:15
  31:25 32:2,3,15,19
  33:9 43:20 63:20
  64:14,18 65:10

**floors** 40:7,8 41:6
  41:10 150:17,17,19
**florida** 1:1,8,9,10
  1:17,24 4:10,15,19
  17:16 133:20 179:2
  179:13 180:3,6,18
  181:13,22 182:20
  183:1,2,15
**flsa** 162:19
**focus** 167:24
**follow** 6:6 10:20
  139:13 175:6
  178:11
**following** 60:25
  62:9 63:8 94:14
  104:6 127:16 155:2
  174:22
**follows** 4:3
**font** 136:8
**food** 87:13 134:10
  134:11,19 143:1,7
  143:22 144:11
**foregoing** 180:8
**forget** 130:7
**forgive** 59:2
**forgot** 31:13 33:14
  124:1 147:21
**form** 12:24 23:18
  23:24 26:17,21
  27:6 28:10,20
  29:19 30:15,24
  32:12 34:1 35:8,18
  36:1 37:12,16,19
  37:22 38:4 39:24
  40:9 55:14 64:23
  65:12,20,24 66:5

66:21 70:21 73:23
  74:18 75:6 78:21
  80:9 83:2,20 85:23
  87:22 88:6,16
  89:22 90:13 91:23
  92:13 96:24 99:25
  100:20 114:10
  128:2 132:5 134:4
  135:15,21 137:12
  138:13 143:21
  151:12,16 159:9
  160:13,13 162:13
  164:19 168:5,9,19
  172:22 182:22
**formal** 139:8
  155:19
**format** 14:9 125:15
  136:20
**fort** 2:4,9 4:9
**forth** 8:13 79:24
**found** 130:23,23
  173:2
**four** 32:23 33:1
  38:22,22 39:20
  41:13 45:23 48:3
  56:21 61:15,17,18
  62:2,8,14 63:3
  104:24 118:15,20
  118:25 119:8,11,13
  119:24 121:16
  122:9 130:17 143:6
  143:11 177:16,19
  177:20
**fourth** 62:1 63:7
  80:23
**fp&l** 134:24
**frame** 102:19
**frank** 9:3
**frankly** 7:8
**free** 21:15 48:2
  126:4,19,20,25

143:4,6,11,14,15
  143:15 144:8,9
  177:23
**fresh** 61:21
**friction** 35:11,13
  40:3 52:21 53:6,13
  57:15 67:12,18,24
  68:2 70:20 95:4,13
  96:5 119:3,20
  120:2,7,7 143:25
  144:25 145:8 146:9
  146:16 153:10,22
  153:23 167:5,16,20
  168:1 170:9 171:12
  177:5
**frictions** 52:19
  119:3,8,12,16,24
  123:20 127:2 145:5
  150:8 170:6
**friday** 55:24 56:3,4
  56:13,17 153:1
  183:16
**front** 56:25 67:25
  68:1 69:20 70:3,9
  72:9 74:16 119:10
  119:23 120:15
  124:3,4 125:4
**frustrated** 36:19
**ft** 1:17
**full** 7:14 54:20 81:7
  131:1
**fully** 68:15,19
  77:22 135:7
**funny** 141:11
  167:17
**further** 178:9,11
  180:10 181:8
**future** 110:6

**g**

g  91:25 92:4
gallagher  2:7,7 5:4
  5:4 126:24 183:24
gas  134:25
general  7:22 8:1,2
  10:12 29:17 32:10
  32:13 65:14 100:5
  137:15,23 138:2,15
  138:21 139:6
  158:21
generally  30:21
  32:18 34:11 44:20
  75:3 76:18 77:11
  154:5 175:25
gentleman  134:17
getting  81:23 121:4
  126:12 160:16
  168:21
girl  34:3 36:15
  42:17 45:2 46:14
  50:22,25 51:6,6
  54:6 63:5 64:8,19
  66:13 69:23 70:1
  71:1,14 74:1 75:7
  76:12 77:17 78:9
  83:8 88:8,8,12,18
  90:18 91:15 97:12
  97:12 101:15
  102:17 103:1,18,19
  104:1,7,17 106:8
  107:8 108:22 109:8
  110:14 113:10
  114:25 115:8
  119:23 120:13,15
  121:7 122:4 125:11
  131:14 132:20
  143:9 146:8 147:13
  147:15 150:24
  151:1,2 154:20
  156:4 157:7,7,9

girl's  69:24 173:10
girls  12:16 13:12
  34:11,22 36:4,19
  39:14,15 48:9 55:5
  55:17 56:13 58:10
  61:15 62:6 63:5,9
  63:13 66:3 67:7
  70:3 71:25 73:8,8,9
  73:9 91:8 97:24
  98:20 101:17 103:4
  104:15,25 113:11
  114:21,22 116:21
  125:9 132:16,17,18
  140:25 153:17
  155:14,21 156:3,14
  158:6,11 159:25
  162:24 167:18
  173:8
give  6:5 7:14 30:18
  34:24 36:6,7,8,13
  40:17,18 42:17
  61:15,19 64:24
  67:5 68:23 72:10
  74:18 76:13 87:1
  95:2,6 112:20
  120:16 121:4,7
  128:10 144:9 145:6
  161:2 167:23
  174:15,17 177:1
giveaway  144:7
given  5:17 32:19,22
  33:3 40:6 41:18
  54:11 55:22 69:6
  97:19 100:8 102:14
  124:23 143:7
  145:14,20,25
  149:25 178:3
gives  54:1 62:5
  121:7 157:7 167:21
giving  23:12 40:13
  79:17 146:7 161:16

174:3
glasses  126:24
gm  137:21
gm's  54:17
go  5:22 11:14 14:22
  15:17 17:7 31:12
  33:12 37:5 39:16
  45:5 48:1,12 50:15
  51:7,8 60:21 62:5
  64:9 69:9 70:9 72:9
  72:10,12 76:4,10
  76:13,15,22 78:4
  87:8,11 90:1 94:9
  94:10 98:3,21,22
  99:12 100:4,5
  102:24 103:2
  104:14,25 105:2
  106:10 110:16,17
  111:5 113:24
  114:22 118:12
  119:10,23 121:22
  124:3 127:12
  128:16 139:5
  140:13 147:23
  150:5,11,24 151:4
  153:18 154:1
  155:11,16 156:8
  165:24 166:2
  171:25 172:24
  173:13 174:4
goes  8:16,17 16:10
  45:2 48:8,9 49:2,2
  50:20 52:23,24
  59:14 70:19 72:2
  119:21 129:10
  146:20 171:13
going  14:17,18 15:6
  17:1,2 18:7 19:16
  20:15,19 21:11,14
  24:18 25:5 30:9,10
  59:15 60:22 63:19

64:24,25 67:21
  68:21,22,23 69:9
  71:5 74:10 77:17
  80:2 94:11 97:20
  103:23 111:17
  126:13 127:13
  129:24 131:14
  136:3 146:6 159:24
  160:21,22 163:15
  166:2 167:9,22,24
  170:1 174:19,20
  178:14
good  36:8 49:4
  96:15 103:2 113:10
  113:11 115:9 122:5
  127:8 130:22 161:8
  161:22 162:9,17
gotcha  104:3 140:2
gotten  53:3 90:6
granted  79:3
grants  79:10
gratuities  166:11
  166:12,19 172:6
great  90:24
greatest  93:5
greg  137:25
gross  146:23
grounds  161:9,22
  162:10,12,18
group  148:4 155:7
guess  13:15 22:19
  29:22 51:11 64:5,6
  64:6,9 85:5 112:11
  133:4 139:15 146:5
guesstimate  170:10
gum  101:15,17,22
  101:25 102:1
guy  24:5 31:5 39:2
  58:11 66:12 68:1,2
  100:16 124:24
  139:13 141:18,24

[guy - identify]

142:21 146:6
153:16,23,24
154:19,21 156:2,15
158:2,3 167:21,22
**guys**  28:24 29:6
33:7,8 65:7 67:12
69:11 92:21 94:1
95:1,6,8 126:1
139:12 144:3,13
152:8 153:7,19,22
154:3,18 157:1,21
163:17

**h**

**h**  3:8
**hair**  42:21 45:19
90:10 96:16
**half**  147:25 166:25
166:25
**halfway**  40:17 79:2
91:12
**hallandale**  24:14
24:17 25:1,7,14,18
25:21 26:10,15
27:3 29:9 106:18
125:8,10,12 126:2
126:10,14 127:23
129:10,15 133:12
133:21,23 136:25
138:22,23 140:9,11
141:19
**hallandale's**  125:1
**halloween**  142:13
**hand**  40:17,19
68:21 72:18 117:11
123:25 179:9
180:14
**handbook**  86:19
**handbooks**  86:15
87:16
**handle**  51:21

**handled**  50:6
**hands**  76:6 81:25
**hang**  99:20
**hanging**  156:2
**happen**  51:5,9,10
66:20 74:15 89:11
90:16,22 98:14,19
114:22 153:13
**happened**  83:5
106:10 115:1
118:24
**happening**  65:17
**happens**  65:23
74:14 76:8 77:12
98:1,16 148:9
153:15,15 154:5
**hard**  71:10 79:17
89:24 90:1 170:12
170:13
**hardcovered**  70:24
**harp**  81:5
**hats**  43:13 144:4,5
**he'll**  119:24 142:21
150:6 178:13
**head**  6:7
**heard**  135:23
159:21
**hearing**  129:16
**heels**  92:7
**held**  4:8,17 7:23
137:18
**help**  33:14 42:24
89:18 119:5
**helped**  126:8
**helps**  73:20 158:9
**henry**  141:18,24
**hereunto**  180:13
**hey**  73:21
**hierarchy**  15:23
**high**  90:20

**hire**  77:9,17 149:14
**hired**  74:11 76:22
89:2 108:24
**history**  15:23 74:24
**hit**  89:3
**hmm**  108:15
**hmms**  6:7
**hockey**  93:24
**hold**  18:12,24
29:15 54:12
**holidays**  98:1,7
142:14,15
**home**  51:7,8 98:21
122:24 139:25
140:1
**honest**  93:3 114:19
121:21 128:22
163:10
**hopefully**  56:14
**host**  33:9
**hostess**  43:18,20,22
43:23 69:24 70:4,5
70:7,17,23 71:3,20
72:4 103:7 105:13
110:21,24 111:5
112:19 113:7,13
114:9,17 115:9,20
117:3,7 125:12
173:1
**hostess's**  72:14
**hostesses**  44:1
69:19
**hosts**  31:25 32:2,3
121:3
**hour**  147:25
**hours**  51:7,8 76:24
136:18,21 139:18
142:23,24 163:14
183:15
**house**  31:4 38:2
47:13,14,15,18

48:14 49:20,22
50:9,11 51:1,3,13
51:19,22 57:1,4,8
59:19,21 61:9,16
61:19,24,25 62:10
62:15 70:18 93:13
96:21 118:7,17,22
123:10,11 125:20
128:23 130:3,4,20
144:22 145:5
147:14 172:6,10
177:16,21
**housemom**  42:16
42:23 43:2,10
45:13 51:25 52:5
52:12 53:20,23,25
54:5,6,8 57:14
152:15 160:13
**housemoms**  34:5
34:20 42:13 44:3
59:3
**howell**  1:4 4:13
108:14 115:22
**huh**  6:7
**huhs**  6:7
**hundred**  22:9,13
55:1 132:10,16
133:6
**hundreds**  132:7
133:1 159:25

**i**

**i.d.**  181:19
**idea**  122:1,5,5,14
132:6 165:20
**identification**  15:2
49:9 68:24 109:17
124:11
**identified**  19:19
**identifies**  20:18
**identify**  86:23

**iii** 2:3
**illegal** 84:6
**important** 130:7
  166:6
**impossible** 41:12
  170:13,14
**improve** 78:16
**inaccurate** 173:16
**inactive** 104:20,21
  104:23
**incentive** 61:15
  62:3,5 63:2 67:5
  127:4
**inclined** 48:21
**include** 81:21
  143:19 144:21,24
**including** 15:23
  143:24
**inclusive** 180:8
**increase** 50:5 57:25
**increases** 57:9
**independent** 30:12
  30:22 139:2 142:3
  159:8
**indicate** 125:16
**indicating** 45:3
  84:22 117:20
  129:10 161:19
**individual** 141:19
  142:21 148:5 171:4
**individually** 1:4,11
  1:11 4:13 9:16
  155:23
**industry** 36:21
**information** 19:18
  28:17 81:24
**initial** 70:15 71:18
  71:19
**initials** 70:16 71:2
  71:15

**insert** 23:13
**instance** 24:5 36:15
  45:5 56:17 61:17
  64:8 69:23 70:5
  71:1,5,17 83:7
  101:16 102:19
  110:23 116:25
  119:5 120:18 122:8
  122:23 133:16,18
  138:17 140:24
  141:21 142:19
  151:2 173:6
**instructing** 20:22
**intended** 6:24,25
**interact** 100:18,23
**interchangeably**
  68:5
**interest** 8:20 14:3
  14:11 25:13,17
  28:1,3
**interested** 144:21
  180:12
**internal** 122:6
  173:4
**internet** 31:6
**interrupt** 40:12
**interrupted** 40:15
**interrupting** 25:6
**intoxicated** 155:18
**investigation** 115:5
**involved** 18:18
  87:14 100:11
**irs** 143:20 145:21
  146:19 148:22
  149:8 168:18,25
  169:24
**issue** 97:24
**items** 16:11

**j**
**jack** 2:3 5:11
  183:23
**jackson** 2:11 183:6
**january** 127:25
  172:1
**jarmin** 137:25
**jennifer** 1:4 2:11
  4:12 5:6 183:6
**job** 73:19 89:16
  112:19 113:8,11,14
  114:9 115:10,14,20
  138:1 177:8
**joe** 1:11 8:9,13,16
  8:17 9:15 23:2,8,10
  25:13 26:8 27:16
  27:25
**john** 2:7,7 5:2,4
  183:24
**jose** 1:10 8:14
**judge** 21:17
**juice** 61:21
**julie** 25:10,11,16
  27:13,25
**justin** 39:1

**k**
**kathy** 72:12
**keep** 25:6 37:8,10
  37:15,16,16 38:3
  42:19 53:17,24
  54:13,17 69:19
  70:23 71:11,12
  81:25 93:4,5 94:2
  103:3 128:7 129:15
  130:8,12,24 142:24
  145:16 160:14
  169:2 170:17
**keeping** 116:20,22
**keeps** 37:13 110:22
  119:19 146:1

  157:15
**kept** 53:21 97:17
  122:2,6 126:7
  131:18 145:20
**kid** 98:16
**kind** 18:7 28:24
  36:4,5,24 37:5 38:3
  45:3 48:12 50:21
  58:12 61:22 69:3
  70:18 73:25 74:1
  78:24 92:4 93:24
  103:21 114:24
  115:4,6,14,25
  122:6 124:13
  128:25 133:9 136:3
  139:25 142:19
  147:21 151:2,8
  153:18 154:1
  155:14,21,22 156:8
  157:10,22,23 174:8
**kitchen** 142:23,25
**know** 7:1,10 8:3,4
  9:21 13:2,6,11
  14:23 15:5 16:8,19
  16:20,20,21,22,23
  18:21,25 19:2
  21:22 22:5,8,10
  24:4,4,6,22 26:3
  27:9 33:20 34:17
  35:10 36:3,17,18
  36:21 37:3,7,17,24
  37:25 38:1,2,23
  40:19 41:16 42:18
  42:18,19 44:16
  45:1 46:13,14,16
  46:17 47:16 48:1
  48:10 49:1,12
  50:20,22 54:14,16
  54:20 55:16,19
  56:14,19 58:5
  59:11,12 60:9,14

Case 0:15-cv-62152-WPD　Document 116-1　Entered on FLSD Docket 10/11/2016　Page 198 of 216

61:18 62:3 63:12
63:25,25 64:1,5,7
64:10,20 65:1,6
66:12,17 67:2,8
69:16,20 70:16,18
73:10,13 74:11,17
76:22 77:14,16,16
78:14,14,15,16,19
79:11,19 82:11,13
82:23 83:6,7,9,15
83:18 84:20 85:6,6
85:7,8 86:16,22
88:20 89:1,4,12,12
89:13,13,14,15,18
89:23,24 90:3,18
90:20 91:15,16,17
92:18,19 93:3,3,15
95:2 97:19,22,23
98:18,18,20,22
99:11,12,20 101:9
101:15 102:2,7,23
102:24 103:13,16
103:18,20 104:14
104:14,25 106:11
106:11 107:5,5,11
111:10 112:2
114:23 115:3
117:17 119:11
121:15,20,20,21,24
121:25 122:4,20
124:3,14,18,21,24
125:11 126:5,5,12
128:22 129:1,3,3,4
129:20,22 130:1,5
130:10,11 131:3,25
132:2,16 133:5,14
133:17,20,21 134:6
134:19,23 135:22
135:24 139:7,14,20
140:23 142:13
143:9,12,24 144:10

145:23 146:5,6,13
146:13,19,21,22
147:20,20,25
148:20 150:7,22,24
151:3,4,17 153:17
153:19,21 154:6,20
155:14,21 156:12
157:17,17,20 158:2
159:6,12,13,15,16
159:17,20,23 160:1
162:16 165:14,23
166:4 167:17,19
168:20 170:1,8
173:2,4,5,8,9,12
**knowing**　108:19
**knowledge**　15:7,13
15:19,21,25 16:2,3
16:15 17:5 21:2
28:1 30:11 61:13
62:19,23 86:6,15
87:15 91:1 96:23
97:16 124:24 143:8
145:18 151:10
158:24
**known**　181:19
**knows**　16:9

**l**

**l**　8:10 71:14
**lady**　5:25 10:1
45:18
**lap**　35:14,16 68:1
167:14
**laptop**　92:20
**large**　1:24 180:6
181:22
**late**　96:23 173:4
**lately**　85:1
**latest**　93:5
**lauderdale**　1:17 2:9
4:9

**law**　21:9 66:16
83:13,13 163:3
**laws**　64:20,20
**lawsuit**　130:11,14
158:24 160:17
161:4 164:14
**lawsuits**　159:4
164:5,12
**lawyer**　31:4 78:15
129:24
**lawyers**　162:23
163:20 166:5
**leah**　123:23
**lease**　9:21 83:10
162:24
**leasing**　31:22 37:1
46:9 47:17 60:15
76:3
**leave**　48:10 53:23
65:9 82:25 96:15
98:15,17,18 101:1
118:24 176:7,9
**leaves**　18:5 98:11
**leaving**　156:19
**left**　118:5 140:12
172:21 173:20
**legal**　1:16 4:8
**length**　183:16
**letter**　183:12
**lewis**　2:11 183:6
**license**　10:3,6 19:7
19:7,9,12,13 20:2,3
25:21,23 75:19
79:3,11,14,16,17
79:20 83:13 106:2
**licenses**　17:24
149:20 159:8
**licensing**　37:2
45:11 46:9 47:11
75:23 76:1,3 78:5
78:11 137:5,9

158:8 171:18,23
172:2
**lights**　59:13
**line**　39:14 80:23
182:5
**liq**　19:12
**liquor**　10:3 11:22
12:4 19:7,13 20:3
25:20 133:14,25
143:22 144:11
149:4
**liquors**　134:7
**list**　10:11 15:9,24
101:11 108:1
**listed**　15:14 18:21
62:19 83:23
**listen**　89:16
**lists**　83:24
**little**　6:21 7:8 22:15
49:2 50:17 53:22
58:7 59:15 71:13
115:11 119:22
122:2 125:15 129:7
129:7 133:7 136:18
139:23 140:5,10
143:17 147:9
**lives**　100:15
**llc**　22:25 183:1
**local**　164:9
**located**　4:8 17:14
17:17
**location**　138:5,16
141:19
**locations**　18:11
**logo**　136:6,8
**logos**　136:5
**long**　7:23 8:20
17:17 18:18 22:8
51:13 52:1,25 57:3
57:20 78:10 83:15
83:18 84:14 92:19

[long - mentioned]

97:23 100:7 102:25
116:10 126:1 128:7
137:18 152:11
**longer** 19:20
103:15
**look** 14:19 49:14
72:24 77:13 86:22
88:3,4 90:9 101:6
106:10,24 109:4
111:16 112:21
121:1 122:3,3
123:1,19 124:25
126:23 129:23
130:22 140:18
147:24 169:2
172:14 173:6
**looked** 90:20 129:4
136:14
**looking** 61:6 110:8
114:23 127:22
**looks** 6:14 45:3
47:13 49:21,25
57:3,12,23 58:3
64:13 74:4 75:18
90:9 102:7 107:3
107:16,24 124:25
125:1
**losses** 157:22
**lot** 16:5 18:6 81:24
98:21 108:24 115:3
123:21 144:8 153:7
155:25 156:1,9
157:20
**lpa** 2:3
**lug** 92:22
**lunch** 48:2 61:19
62:12,16 126:4
127:22 143:4,6,10
143:11
**lunches** 177:24

**m**

**m** 71:14
**main** 39:9,15,19
41:12,14,17 42:9
77:4 116:2 133:25
140:1 156:20
**maintain** 114:18
**maintenance** 31:25
33:6 38:2 59:11
**makeup** 42:21
44:10 45:16,19,21
46:1,12,14,20 52:1
57:15 59:6 87:24
90:10 96:16
**making** 11:8 12:16
40:5 64:2,15 65:8
89:24 100:8,12
127:7 165:6
**man** 132:24
**management** 7:19
17:23 20:1 29:10
**manager** 7:22 8:1,3
10:12 29:17 32:4
32:10,14 58:13
64:10,14,18 65:10
65:14 74:16,18,19
78:4,8 100:1,3,6
107:12 115:11
119:21 122:16,19
124:6 137:15,20,23
138:2,16,22 139:3
139:5,6 147:22
150:5 155:15
158:18,19,21
**managers** 8:2
10:19 12:15 31:24
32:9,11,15,15,16
32:19 58:6,12,17
58:19 63:20 74:20
76:15 77:13 120:15
120:16,17 121:8

138:18 147:23
154:7
**managing** 9:8
**mandatory** 166:8
166:19 168:2 171:4
171:6
**manner** 12:22
87:23 88:2 164:17
**manuals** 86:15
87:16
**marathon** 6:24
**mark** 49:7 68:21
70:20 71:2 113:13
121:15
**marked** 15:2 49:9
49:11 68:24 80:3
106:16 107:4 109:5
109:17 120:12
124:11,14 125:22
126:19
**market** 23:23 28:8
**marketing** 26:13
28:13 94:6
**married** 132:21
**marta** 117:3
**mary** 72:12
**massage** 33:25 34:3
34:11,22,25
**material** 43:13
**matter** 17:19 21:7
183:19
**mba** 93:23
**mean** 6:3 12:23
13:25 18:3 22:5
36:14 38:16 39:12
40:11 46:18 52:20
54:5,25,25 55:1
62:4 63:23 64:7
65:1 68:11 72:25
73:13 75:3 82:10
82:24,24 88:12

109:6,7 116:19
123:14 124:4
150:18 153:7
159:23 162:20
163:13 165:3,25
167:19 173:5,9,12
**meaning** 29:24
31:18 35:22 43:15
68:5 79:8 84:23
91:4,24 102:22
145:19 168:12
**means** 51:6 52:21
73:1 79:14 113:13
118:14 119:7,8,9
122:9,15 123:5,13
123:20 124:2 127:1
172:24
**meant** 79:13
169:15
**media** 60:22 61:2
94:11,16 127:13,18
141:14 174:19,24
178:14
**meeting** 155:11,19
156:7
**meetings** 155:5,7
**melissa** 113:10
115:9 117:3,4
122:2
**member** 169:8
**memorabilia** 144:6
144:12 173:24
**mention** 149:1
**mentioned** 18:2
28:14 42:13 45:16
46:22 48:24 66:18
96:4 97:7 99:3
103:6 133:11
144:24 147:8 151:6
158:5 164:4

[miami - north]

miami  2:13 183:2,8
 183:15
mid  48:3,19 50:21
 50:22 55:3,4,6,7,12
 55:16 56:15,21,25
 57:8,12,24 73:1
 74:1
midnight  56:22
 58:1
military  139:13
mind  133:10
minimum  52:13
 53:4,7 67:11
 159:24 160:3 162:6
 162:14 163:11,11
 163:13 164:1,25
 165:2 175:23,25
minute  16:18 94:9
 160:20
minutes  35:1 60:20
 127:9 174:17
missing  114:22
mm  6:7 108:15
models  141:5
moment  30:18
 175:11
monday  62:9
 183:16
money  13:4 35:5
 36:16 39:5 66:12
 89:14,25 90:2 95:6
 95:7,9 98:21
 100:22 117:14
 123:5,9,21 142:20
 145:24,25 146:7,9
 146:12,16,17
 148:17,21,22
 150:23 151:5
 153:18,25,25
 159:20,20 163:12
 166:4 167:13,23

169:16,23 172:7,7
 175:21
monies  166:8,10,18
 168:1,4 175:16,19
monroe  60:7 69:7
 102:15,22,23,24
 103:1 112:8,9
 113:1,4 178:6
month  124:16
months  5:21
 103:17,20 104:8,25
 142:10
morgan  2:3 3:6 5:2
 5:2,9,11 13:5 15:3
 17:8 19:22,23
 20:22 21:1,7,9,14
 21:19 22:22 23:15
 23:20 24:1,24 25:9
 26:19,23 27:8,14
 28:12 29:20 30:15
 30:19 31:2 32:17
 34:4 35:12,21
 36:10 40:1,16,20
 43:1 49:7,10 55:20
 60:19 61:5 65:2,16
 65:22 66:1,8 67:1
 69:1 74:3 75:8
 80:10 83:4,22 85:9
 86:1 88:1,10,21
 90:4,15 92:1,15
 94:9,18 97:1 100:2
 100:24 109:16,18
 110:7 114:4,5,12
 124:10,12 127:3,7
 127:20 128:4 132:8
 134:9 135:18 136:1
 137:14 138:14
 143:16 144:2
 151:14,19,23
 159:11 161:16,20
 163:1,22 164:21

167:2 168:6,11,23
 173:15 174:17
 175:1 178:11,17
 183:23
morning  4:20 5:14
 136:25
move  56:24 163:15
music  40:21 41:9
 42:10 48:1 92:12
 92:16,25 93:6
myers  2:4

**n**

n  3:2 71:14
name  4:4,20 7:14
 9:19 21:22 29:4
 39:2 60:2,7 69:7,25
 70:17 87:3 102:15
 102:16,21,24 103:1
 105:15,15 112:7,8
 112:12 114:6
 116:17 135:9,10,14
 136:7 144:10
 150:10 178:3,4,6
 181:11
names  38:23,24
 150:6
nasty  6:14
natasha  122:24
near  113:2
necessarily  89:19
 98:4
neck  34:25
need  6:6 7:1 23:13
 97:13 101:6 124:18
 134:6
needed  89:14
negotiate  148:2
networks  93:20
never  14:6 18:15
 67:20 108:23,25
 109:8,9,9 132:17

132:18 145:23
 159:19,19,21
 163:10 173:25
new  27:22 59:12
 88:7,11,12 97:25
 98:6,7 101:11
 104:1,2,7,8 149:11
 149:24,25
nfl  93:23
nice  10:1
nicely  88:4
nick  63:8
night  32:20,24 33:1
 33:11 34:15 44:21
 44:25 45:23 48:4
 48:19 56:3,10,13
 56:14 57:12,14,24
 58:4 59:19 73:2,8
 73:15,21 74:2
 76:14,15 78:4 97:9
 97:12 117:8 121:2
 121:10 122:4
 136:22 140:25
 141:23 142:11,12
 154:11 155:20
 157:8,10 174:7
nights  142:17
nighttime  78:3
 113:12 115:10
nine  132:21 137:22
nods  6:7
nonalcoholic  62:16
 126:5
nonresponsive
 163:16
noon  48:8,22 50:1
normal  9:24
normally  136:2
 161:11
north  133:20

[northwest - outs]

Page 201

**northwest** 17:15
**notary** 1:23 179:13
  180:18 181:22
  182:20
**notation** 73:11
**note** 122:2,23 124:7
**notes** 121:14 122:6
  180:9
**notice** 3:11 14:21
  15:14 19:20 20:13
  20:17 21:3 24:21
  25:8 27:12 98:13
  125:20 126:18
**noting** 118:10
**november** 71:2,17
  131:8
**nowadays** 93:14
  156:13
**nude** 42:6 67:25
  68:16,19 77:23
  135:7
**number** 4:19 15:10
  15:20 49:8,12,13
  60:22 61:3 71:5,6
  72:15,20 74:5 79:4
  79:5,19 80:13,16
  80:19,21 81:10,25
  86:3 94:11,16
  97:20 106:2 107:21
  109:16 113:3
  116:19,23 117:20
  119:6 121:17 123:1
  124:10,19 125:4
  126:23 127:13,19
  131:24 136:14
  150:13 151:8 161:6
  170:3 175:12
**numbered** 180:8
**numbers** 121:23
  151:11 172:25

**o**

**o** 71:14
**oakland** 2:8
**oath** 22:16 179:1
**object** 19:16 21:15
  24:18 34:1 65:20
  85:23 135:21
  137:13 151:16
  162:3
**objection** 12:24
  20:9 21:25 23:13
  23:18,24 24:19
  25:4,5 26:17,21
  27:6,11 28:10
  29:19 30:15,24
  32:12 35:8,18 36:1
  39:24 40:9 55:14
  64:23 65:12,24
  66:5,21 73:23 75:6
  80:9 83:2,20 87:22
  88:6,16 89:22
  90:13 91:23 92:13
  96:24 99:25 100:20
  114:10 128:2 132:5
  134:4 135:15
  137:12 138:13
  143:21 151:12,21
  159:9 162:13
  164:19 167:1 168:5
  168:9,19 172:22
**obligations** 64:9
**obsessive** 86:22
**obtain** 91:21
**obviously** 104:7
  116:15 149:3
**occasionally** 51:10
**occasions** 97:2
**occurred** 66:2
**occurrence** 90:18
**occurs** 154:5

**october** 131:7
**odd** 65:18
**offer** 11:21 63:2
  75:9 89:20
**offhand** 166:4
**office** 33:14,16
  76:11,12 78:1,2,9
  102:9 104:19
  139:25 140:1,1
  183:14,15
**officer's** 18:24
**officers** 27:9
**official** 179:9
**oh** 11:6 18:23 76:25
  94:8 113:18 126:25
  130:15 132:11
  141:8 154:13 176:1
**okay** 5:22 6:2,15
  7:6,9 9:7 13:6
  14:10 15:4,9,11,12
  15:16 16:2,7,25
  17:9,12 18:8 21:18
  28:23 29:6 30:7
  31:7,10,15,16
  35:13 39:3 40:19
  43:24 45:4 47:9
  51:18,20 53:4,17
  57:23 58:5 59:17
  61:6 63:18 64:11
  65:3 66:11,15 69:5
  69:7 70:14 74:21
  75:9,17 77:19
  78:24 79:6 80:17
  80:24 82:6,14,23
  83:5 85:19 92:8
  94:21,22 95:3,20
  99:14,22 103:11
  105:4,8 107:15,19
  108:12 109:10
  110:6,8 111:10,11
  112:9,15,20,24,25

  113:4 115:24 116:8
  116:9 117:21 119:2
  119:25 122:12
  123:2,8,24 124:9
  125:13 128:20
  133:7,13 134:2
  135:1 137:9 140:7
  140:14 144:6
  150:12 156:21
  160:16,23 161:5
  163:4 167:10 168:2
  169:6,15 170:24
  171:2 175:4
**old** 92:20 156:12
**omissions** 161:7
**once** 41:13 70:8
  76:10,10 77:25
  89:24 148:13 150:4
**ones** 29:3 101:12
  122:3 125:5 133:25
  144:21 160:10
**online** 92:23
**open** 139:20 142:25
  142:25 147:21
**opened** 126:7
**opportunity** 14:23
  23:13
**opposed** 71:23
**optional** 46:18
**options** 89:21
**order** 71:13 168:7
  170:2
**ordering** 178:17
**organizational**
  15:22
**orientation** 149:22
  149:25
**outfits** 141:1
**outline** 136:2 152:6
**outs** 49:16 51:24
  52:1 57:13 59:9

[outs - percent]

Page 202

61:8

outside 20:12,16
24:20 25:7 27:11
86:21 91:16 115:2

overall 7:22

oversee 8:2 138:9

overseeing 138:18

overtime 162:7,15
163:13 164:2,25

owe 171:10

owed 123:13
175:17,20,22

owes 123:3,14

owned 8:20 9:11,13
17:24 20:5 21:20
24:10 25:25 135:12

owner 9:3 17:23

owners 13:18,22
14:12 15:24

ownership 17:22
23:22 25:17

owns 8:9,10 9:12
19:7,10,11,13 20:3
20:8 21:23 22:23
23:1,5,7,9 25:3,18
26:7

**p**

p 71:14

p.a. 2:7

p.c. 2:11 183:6

p.m. 1:18 56:22
94:12,17 127:14,19
174:20,25 178:16
178:20 181:2
183:16

package 76:13
93:23

packet 60:13,18
69:7 131:13 136:14
136:16 150:4

page 3:10 15:10,15
68:14 72:15,17,22
74:4,6 75:17,18,22
79:2 80:13,14,14
80:15,18 81:14,18
81:21,25 82:1,7,19
83:1,16,18,24 84:2
84:3,4,8,15,18,23
85:10,20,21 86:4
91:10 101:6,10,12
102:5 108:4,8
109:1,4,6,10 113:2
113:4 116:6 122:13
123:22 125:19
141:7,22 160:22
165:9 169:2 170:17
170:21 182:5

pages 180:8 183:10

paid 10:23,24,25
11:3 14:5,6 34:8,22
35:2,17 42:14,14
43:18 44:4,5,25
46:23 52:15 53:13
53:20 54:4,5,6,9,15
58:16 64:3 94:24
94:25 96:1 117:23
118:7,10,11,16
119:9,13,14,16
120:1,20,25 121:4
121:10 123:3,13
125:17 142:2,3
146:11 160:3
164:18 165:2 168:1
168:21 171:3
172:11,12 175:16
175:19,21

pain 101:17

palm 19:6,8,14,24
21:23 22:24 23:17
26:16 133:12,16,20
137:1 140:12,12

paper 46:3 136:17

paperwork 150:5

paragraph 81:18
82:1,14 107:17,18
107:21 109:11
170:22,22 172:14

parentheses 172:15

park 2:8

parking 155:25
156:1

part 6:2 45:11 46:9
47:11 60:13,17
69:6 75:19 80:5
111:8 137:6 141:9
149:4 153:19
167:24

partially 42:3
68:18

participating
140:23

particular 11:4
57:20 60:1 78:11
78:17,21 84:5,12
84:14 111:9 166:1

parties 180:11

partner 9:5

party 19:20 142:12
142:13 180:12

pass 104:22

passed 9:5

passes 77:25

patron 171:3

pause 23:11 30:17
40:12,14

pay 31:4 35:5,10,22
36:4 37:9,14,21,22
37:25 39:5 43:8,10
44:12,21 45:6,9,20
45:25 46:8,15,16
47:10,16 50:23
52:22 53:10 58:21

58:24 59:3,9 62:20
62:24 63:8 64:4,7
79:23,23 80:7 93:7
94:4 95:9,21 96:9
120:15 121:2 123:7
123:9,17 127:2
142:6,20 143:1
144:25 147:14
149:7 153:16 154:3
154:4 159:22 162:5
166:4 171:14 172:8
174:10,14 177:15
177:21

paycheck 11:5

paying 14:4 39:6
62:10 119:24
153:11 159:21
162:14 164:1,24
172:5

payment 41:1

payments 92:24
169:9,13,14

payroll 13:8 29:25
31:18,20 33:15
135:1,2

pays 13:11 31:5
38:8 47:4 48:18
70:18,19 96:5
143:4 148:10 149:3

pd 118:9,12,16
120:19 121:2

pdf 110:1

penalties 182:21

pending 7:2

peo 31:22

people 31:18 33:23
134:19 135:1
141:25 142:1 148:4

percent 22:10,14
23:5 36:3 52:15
140:5,6,11,11

156:13 157:13
**percentage** 38:1,10
  38:12,13 58:22,25
  59:3,9 140:3
**percentages** 9:14
**perfectly** 31:14
**perform** 30:1,13,22
  177:12
**performing** 168:14
  176:18
**period** 44:18 178:6
**perjury** 182:21
**permitted** 40:2
  42:6
**person** 5:14 8:15
  8:16 10:21 15:5,6
  15:13,18,24 16:15
  17:3 43:16 44:15
  59:8 139:1 141:20
**personal** 21:5
  129:24
**personally** 179:6
  181:19
**personnel** 33:6
  44:20 45:6 57:14
**persons** 44:5
**peruse** 69:3
**phenomenal** 90:2
**phone** 98:17
**photographs**
  140:19
**photos** 141:1,4
**pick** 102:16
**picture** 141:11
**pictures** 140:22
  141:9
**piece** 13:23
**pile** 54:17
**place** 31:5 47:17
  51:14,20 52:2,8,25
  57:18,21 59:21

61:12 67:3 69:11
  74:23 82:20 83:16
  83:19 84:15 94:20
  101:13,23 116:11
  128:24
**placement** 41:1
**places** 122:14
  126:18
**plaintiff** 171:5,15
**plaintiffs** 1:6 2:2,6
  3:10 5:3,5,12 60:5
  131:7 165:10,18
  166:7,17 169:8
  171:2 175:14,16,19
**planning** 15:19
**play** 39:9,10 40:21
  41:9
**played** 41:16
**please** 48:13
  137:13 183:14
**plus** 62:12,12,15
  123:9,17 160:3
**point** 6:14,25 7:6
  10:25 39:22 72:14
  73:17,21 100:12
  103:22 104:20
  110:6 111:4 122:21
**pointing** 129:11
  166:22
**police** 115:3
**policies** 84:12
  128:14,16,17
  161:13 164:17
**policy** 84:3,14
  108:9 128:12
**pompano** 7:20 8:23
  11:15,17,18,20
  12:4,13 17:13,15
  23:17 26:15 27:18
  28:9,15,21 29:12
  29:15 30:1 31:17

31:21 33:24 38:17
  38:21 42:7 43:2,12
  47:23 50:6,10
  60:17 67:24 68:15
  74:25 75:5,9 79:8
  82:19 124:21 125:8
  127:23 128:5,14
  129:6,18 132:4
  133:12,22 136:24
  136:24 137:16,19
  138:19 139:18,23
  140:4,10,11 141:6
  141:20 143:8,18
  147:11,19 149:10
  149:13,20 152:22
  156:16 159:7,17
  176:3
**pompano's** 158:25
**pool** 44:17 93:10
  160:2
**pools** 93:2
**portion** 96:9
  148:17 158:6
**position** 7:21,23
  18:13,25 43:15
  86:18 137:18
**positions** 31:20
  32:5
**possible** 130:18
**post** 141:24
**posted** 67:16 80:22
  81:1,9 84:18,21
  85:4,11,12,16,18
  85:20,21 86:5,8
**posting** 86:3
**potential** 94:6
**power** 24:3
**practical** 139:15
**pre** 88:22 173:11
**prefer** 102:6

**premises** 81:19
**present** 2:14 4:22
**presentable** 87:20
  87:23
**president** 18:14,22
**presumably** 44:22
  71:19 92:2
**presume** 171:22
**pretty** 6:14 10:19
  11:12 18:16 22:14
  42:8 46:18 53:2,7
  65:13 84:4 107:19
  116:16 128:6
  130:22 172:3
**previous** 13:18
  109:4 118:21
**prices** 11:13
**pricing** 24:8
**primarily** 142:15
  172:12
**prior** 18:12 51:20
  52:8,18 130:14
  137:24 164:14
  177:17,19,21
  183:18
**probably** 5:21 6:21
  38:22 45:23,24
  52:12 55:4,25,25
  56:5 74:5 117:14
  117:19 123:21
  129:6 140:9
**problem** 14:25
  99:23 106:9,14,22
  113:9 139:3,9
  173:1,5
**procedure** 10:22
  69:10 75:20
**proceedings** 60:25
  94:14 127:16
  174:22

process 10:22
69:10 74:12 154:22
processing 157:17
produce 134:21
products 42:18
43:3,9,16
professional 1:23
141:5 180:6
program 86:19,20
87:3,4,8,10
progress 127:8
projects 18:7
promo 141:20,21
141:25
promoted 137:21
promotions 142:9
prompt 183:19
properly 96:16
115:10
properties 9:20,22
22:25
property 9:10 29:8
29:9
prostitution 64:1
64:20 66:10 81:4
84:7 85:17 86:11
provide 33:23
135:4 154:10
provided 127:24
158:13
provides 12:13
92:16 153:10
providing 155:1
provisions 109:12
public 1:23 179:13
180:18 181:22
182:20
pull 69:25 71:15
72:2 103:13 104:15
111:12

pulled 103:11
104:13 105:12
111:8
pulls 104:10
punch 172:25
punitive 169:8
purchase 12:4
purchased 13:20
14:2,10
purpose 60:11 67:2
121:14 125:3,5
164:24 165:5
purposes 37:11
69:20 92:9 140:15
141:2
push 147:21 150:25
put 12:17 33:14
39:8 49:4 51:20
52:4,7 67:10 69:25
70:1 71:15 72:12
77:4,4,15 88:3 90:9
93:12 104:18 106:7
107:6 109:15
112:19 114:20
126:24 130:6
135:24 156:4
163:24 173:13
putting 52:8 67:2
159:21

q

quarter 8:10
question 6:4,4,11
6:18 7:2,3,9 22:21
24:23 30:7,10
32:25 39:4 40:18
50:14 54:24 86:2
99:24 103:12 106:6
107:20 112:10,11
122:5 159:10
161:15,21,25
162:11 163:16

166:20,23
questioning 5:13
169:25
questions 7:7 17:1
19:17 20:12,16,19
20:23 21:2,10,12
21:15 22:4,6,9
24:20 25:6 26:12
76:14 133:9 175:2
175:6,11 178:10
quick 156:22 161:2
quite 7:8 121:21

r

r 1:10 87:5,6 180:1
radio 24:7 28:22
range 56:7
rarely 18:17 51:6
read 76:2 102:7
161:17 165:24
166:2 170:22
178:13 182:21
183:15
reading 172:4
183:10,13,17,18
ready 7:12 70:8
72:10,12 104:6
110:15,17
real 9:12,13,16
18:6 20:5,8 21:20
21:23 22:23 25:25
113:10
realize 21:1
really 11:10 13:10
13:11 18:10 29:4
30:8 34:16 36:4
37:4 46:13 66:14
69:21 77:12 81:5,8
85:7 89:1 94:24
96:22 97:22,23
99:2 101:14,20,21
102:4 114:19

115:14 118:23
122:4 128:19
130:11 131:11
139:7 150:22 158:2
172:23
reason 16:25 39:4
90:7 106:12 111:8
111:24 112:17
114:13 118:21
122:7,19,20,20
124:6 151:10
156:20 182:5
reasonable 161:9
161:22 162:10,18
rebecca 1:3 4:12
60:2
recall 50:12,19
60:9 84:1 99:2
110:4 137:23
recalling 89:6
receipts 33:20
receive 35:6 38:9
58:25 95:12,24
177:23
received 169:9,19
receives 145:10
168:13
recess 60:24 94:13
127:15 174:21
reconcile 33:19
record 3:13 4:7,24
7:14 53:12,18,21
60:22 61:2,3 71:6
94:11,17 124:20
127:13,18 129:11
174:20,24 178:1,16
recordkeeping
128:12 129:8
records 116:10
124:17 145:16

recross  3:4
redirect  3:4
redoing  103:18
redone  103:23,24
refer  71:5 121:19
  146:4
referenced  183:18
references  170:25
referred  81:18 82:8
  146:3 165:14
referring  12:1
  24:13 38:5 68:8
refers  79:11 80:21
  82:4
refuse  153:17
refuses  153:6
regarding  15:13
  16:3 25:6 99:4
  100:9 107:17
  152:18
regardless  41:4
  46:11 62:24 78:20
registered  1:23
  180:5
regs  137:3
regular  86:16
  130:25
regulate  87:19 88:5
regulations  80:19
  80:21 81:1,17 82:2
  107:17 109:12
rehire  106:14
related  138:18
  161:13
relation  71:22
relationship  23:16
  24:16 26:14 28:8
relationships  26:13
relative  180:11
reliable  113:20

remainder  8:11
remember  9:24
  31:12 85:1 154:2
remind  6:16,17
reminders  156:8
rent  171:14
reopened  125:23
  126:12,17
rep  15:4 20:11
  24:19
repeat  167:9
rephrase  7:10 11:2
report  145:10,13
  146:20 148:24
  168:17,25 180:7
reported  144:20
  145:19 149:5,8
reporter  1:23 4:24
  180:6 183:22
reporting  169:23
reports  143:20
  145:3 146:19
  148:20,21,21
represent  5:11
representative  5:13
  21:6,13
representing  4:5
reputation  149:16
request  42:10
required  27:21
  45:14 46:19 47:10
  53:5 58:21,24
  62:20 64:3 80:6
  82:4 87:7,11 91:21
  92:11 100:18,21
  149:19 150:16,20
  173:23 174:8
requirement  36:24
  62:25 74:25 98:6
  150:13

requirements
  10:18 75:4
requires  6:4 45:9
  46:8
response  160:17
responsibilities
  7:25 29:11,14
  30:21 33:18 138:1
  138:8 155:1 177:9
responsibility  93:4
  145:15,22 148:25
responsible  10:12
  10:13,16,21 11:7
  12:16,18,21 40:5
  63:20 64:2,6,14
  128:20 138:17,22
  141:14 169:22,23
restaurant  11:22
  12:7
restrictions  91:9
retain  171:2
retaining  128:17
  128:20
retired  16:22 18:3
  18:8
revenue  143:18,19
revenues  144:20
  145:19,19 146:23
review  14:24
  183:17
reviewed  16:14
reviewing  175:10
revocable  79:10,14
revoked  79:15
revolves  78:18
ricardo  1:20 3:5
  4:1,20 7:15 49:11
  182:2 183:9,12
rid  37:4 46:17
  54:16 83:9 102:1
  129:1,18 130:13

right  12:5,8 17:12
  28:15 30:9 32:4
  38:11 40:8,21
  42:11 45:3 46:5
  47:7 49:6 56:15,24
  57:5 58:18 60:5
  62:17 63:15,16
  70:7 72:1,18 79:8
  80:11 84:19 85:22
  89:10 92:17 95:14
  96:6 97:10 102:15
  105:7,16,23 108:9
  109:15 110:13
  112:1 114:3,4
  117:11,25 118:19
  119:18 122:21,25
  123:12,15,18,22,25
  124:8,22 126:22
  127:6,21 135:5,19
  138:10,12 139:9,24
  145:11 148:11,15
  155:8 156:21,24
  161:19,21,25
  166:15 171:13
  172:18 173:13,21
  177:24 178:8,12
robed  42:4,4 77:21
rodriguez  1:10,11
  1:20 3:5 4:1,21,25
  5:10 7:15,16 8:14
  8:14 16:25 23:2
  25:10,11,16 27:13
  27:16 61:6 110:9
  127:21 160:17
  175:1 182:2 183:9
rodriguez's  183:13
roetzel  2:3
room  4:23 80:22
  81:13 84:25 85:22
  120:8,10 147:8,10
  147:12,17 148:11

[room - seen]

148:18,23 152:12
155:15
**rooms** 81:1 85:17
148:3,7 152:8
**rotated** 39:20 40:7
41:5
**rotation** 39:8,11
40:23 41:1 72:13
77:2 99:17 110:16
147:13 150:21
**row** 117:18 177:17
177:18
**rude** 6:19 154:15
**rule** 31:10 36:24
99:4 101:23 150:12
163:3
**rules** 5:22 10:20
64:13,16,19 80:19
80:21,25 81:7,15
81:17,20,21 82:2,5
82:7,8,12,13,15,20
83:1,16,23,25 84:5
84:10 85:10,21
86:5,8 94:19 98:13
99:7 101:9,11,12
101:23 107:17
108:1 109:11
152:11,18 155:3
156:9
**run** 9:10 39:14
65:14 154:14
**rush** 6:22 71:25
72:4

**s**

**s** 2:12 3:8 8:10 87:5
87:6 120:22,23
183:2,7,14
**sale** 166:11,18
**sales** 144:11,12,12
149:4

**sanchez** 102:9
**sarah** 1:3 4:11
182:2 183:9
**satellite** 77:5
**satisfaction** 165:19
165:21 175:15
**saturday** 55:25
153:1
**save** 16:5 17:12
**saw** 35:13 70:11
72:21 107:18
109:12 125:5
**sayeth** 181:8
**saying** 38:14 88:23
162:5 173:17
**says** 21:17 46:4
49:22 52:19 54:4
57:12 60:15 67:18
69:15,21 71:7,14
72:24 73:12 74:13
79:3 81:19 82:14
82:14 91:11,13
106:1,2 112:4
118:1 119:2,6
120:18 121:13
122:8 123:3 124:1
126:21,22 129:13
153:10,11 161:6
165:10,17 166:10
166:13 172:16
**scattering** 155:23
**scenarios** 96:1
**schedule** 3:12
14:17 67:3 69:15
69:21,22 75:15
79:25 80:2 97:17
103:9 105:5,10
108:13 111:6,14,22
112:13 114:17
176:3

**scheduled** 15:4
**schedules** 10:13,15
**scheduling** 115:18
129:12,13
**schwartz** 2:11 3:7
5:6,6 12:24 15:1
17:4 19:16 20:9,15
20:24 21:4,8,11,18
21:25 22:3,8,16
23:11,18,24 24:18
25:4 26:17,21 27:6
27:11 28:10 29:19
30:17,24 32:12
34:1 35:8,18 36:1
39:24 40:9,11,15
55:14 64:23 65:12
65:20,24 66:5,21
73:23 75:6 80:9
83:2,20 85:5,23
87:22 88:6,16
89:22 90:13 91:23
92:13 96:24 99:25
100:20 109:22
110:2,5 114:2,10
127:11 128:2 132:5
134:4 135:15,21
137:12 138:13
143:14,21 151:12
151:16,21 159:9
161:15 162:13,16
163:15 164:19
167:1 168:5,9,19
172:22 175:5,8
178:9,12,18 183:6
183:11
**scope** 20:12,17
24:20 25:7 27:12
**scott** 1:4 4:12
**seal** 179:9
**seats** 101:18

**sec** 120:12
**second** 42:5 49:21
79:22 112:3 113:2
113:4 170:23
**section** 49:21,22
50:8,15 51:13
52:18 57:11 106:25
**security** 32:1,3
33:9 43:21 44:9,13
44:15,18,20,25
45:5,10 47:3 51:25
57:14,25 58:2,4,4,6
58:9,13,16 120:20
120:25 121:1,3,6
121:10 147:23
154:7 155:24
**see** 15:10 21:16
42:2 43:5 48:25
49:22 50:4 56:19
56:20,25 57:1,16
57:24 60:1 61:14
62:21 72:17 75:23
79:3,20,25 80:19
80:22 82:2 84:8
86:4 87:17 101:21
104:11 106:3,10,16
106:18 107:1
108:14 109:2 112:9
113:7,9 116:19
118:12,13 120:11
121:2,22,24 122:16
123:19 129:8
140:19,21,22 141:1
141:8,10 153:17
156:9 161:9 165:12
166:9,13 169:10
170:5,18 172:17
173:7 174:1
**seeking** 19:17
**seen** 28:23 38:15
84:25 135:19 156:6

160:12
sell 43:2,5,12,16
  66:6 84:6 144:3
  174:11,12,13
send 142:21
sent 78:1 110:3
sentence 79:22
  82:1 167:25
separate 19:25
  20:5 21:21 25:25
  29:3 43:9,21 70:21
  131:19 132:3
  135:12 147:17
  148:6
separately 131:12
september 1:16 4:6
  179:10 180:14
  182:3 183:5
serve 86:20 87:3,4
  87:7,8,13
served 86:25
service 146:10
  160:3 166:8 167:6
  167:6 168:2,7
services 11:20,21
  12:12 30:1,13,23
  33:23 45:20 46:12
  93:7 94:4 176:18
  177:12
set 1:8 4:14 11:13
  24:10,16,25 25:3
  25:17,20 27:9
  35:25 38:12 39:13
  39:15,17,18 41:18
  41:20,21,21 49:17
  51:12 59:19 76:21
  76:21 79:24 81:21
  82:7 83:16 124:9
  152:15,21 160:24
  161:3 162:8 169:9
  169:16 171:5,7

177:8 180:13 182:2
  183:9
setoff 170:3
sets 150:13,16,18
setting 10:13 160:2
settled 164:13
seven 32:24 48:4
  51:17,21 56:20
  107:7 153:2,3
sex 66:12
shape 88:20 89:9
  89:17 90:7 132:23
  132:24
share 28:7 31:6
shareholder 8:6
shareholders 8:8
shares 28:21
shaw 1:3 4:11
  105:6,10,22 106:16
  108:1,5 109:12
  115:17 182:2 183:9
shaw's 107:22
shawnee 22:25
she'd 123:9
she'll 63:7 69:25,25
  70:1 71:2 72:11
  73:13 74:16 76:12
  76:13 110:16,16
  119:10,24,25
  141:22 167:21
sheet 3:12,13 45:1
  49:15,18 50:16
  53:16 56:24 60:12
  61:8 62:23 69:22
  70:10,12,15 71:23
  72:6,11,16,21 80:3
  80:7 81:8 103:10
  103:14 106:1 108:5
  110:11,19,25
  112:16,22 113:16
  115:18 116:2 125:2

125:10 129:14
  136:19 170:5 181:5
  182:1
sheets 70:22,25
  72:2 103:7,9,11
  113:19 114:1 125:3
  127:22,23,24,25
  128:21 129:9
  130:19 131:10,18
  151:7 160:6 172:20
  173:7,16
shift 32:16,18,19
  32:22 33:3 34:14
  34:18,19,20 36:11
  37:25 38:19 39:23
  40:7 44:2 45:4 48:3
  48:4,5,6,7,15,17,19
  48:19 49:22 50:9
  50:21,23 51:13,22
  54:22 55:3,4,6,7,7
  55:11,13,17,22
  56:15,18,21 57:1,8
  57:12,24,25 58:1
  59:19 61:10 72:15
  72:24 73:2,21 74:1
  79:23 90:12 96:15
  96:19 97:4,9,9,9,14
  97:19 98:11 101:1
  111:4 113:17
  116:17,23 117:1,5
  117:8 118:7 119:15
  131:24 137:20
  150:14 152:4
  155:10,14 156:7
  159:25 172:11
shifts 47:23,24,25
  56:11,17 73:4,7
  151:9
ship 93:12
shirt 174:8

shirts 43:13 144:4
  144:5,9 174:3,3
shoes 92:9
shorthand 180:9
show 6:7,8 14:18
  15:6 20:18 46:23
  50:5 51:4,7 57:4
  91:11 97:20 109:19
  112:12,23 113:6,16
  114:7 115:6 124:14
  139:19,21 150:7
  160:8
showed 97:4 152:4
  173:20
showing 54:8 90:8
  96:18,23 111:15,21
shows 50:1,16,18
  50:25 57:7 87:20
  88:3 112:22 113:5
  114:1,6 120:24
sic 49:11
sick 98:16,18
side 77:5 121:17
  124:1 147:19
sign 3:13,13 53:16
  53:23 60:14,18
  67:17,17 69:12
  70:9,10,12,15,15
  70:17 71:23 72:6
  76:3 110:11,14,18
  110:25 111:1
  112:16,22 113:16
  113:19 114:1
  115:18 116:1,10
  124:1,5,17,20
  125:2 127:22,23,24
  127:25 128:21
  130:19 131:10,18
  151:7 160:6,11
  170:5 171:23,24
  172:2,19 173:3,3,7

173:16 183:15
**signature** 45:2
102:6 179:12
180:16 182:24
**signed** 45:6 60:12
82:18 111:19,19
173:8
**signing** 183:13,17
183:19
**signs** 53:25 67:9,20
81:3 110:13,15
**similar** 67:9 87:10
**similarly** 1:5 4:14
**simpler** 24:25
**sincerely** 183:20
**single** 16:8
**sir** 7:5,13 8:19 10:2
18:1 20:4 59:23,25
68:9,12 75:21
149:18,18 162:2
166:16 169:5,21
**sister** 135:20
141:21
**sit** 78:4 95:21,22
144:16
**sites** 141:4
**sits** 21:24 22:24
**sitting** 5:25 95:6,18
**situated** 1:5 4:14
**situation** 90:6
152:3 154:14,18
155:11
**situations** 100:25
153:5 156:6 160:12
**six** 32:23 51:16,16
51:21 52:3,6,8 55:4
55:12 57:22 59:21
67:3 136:25
**skipped** 57:11
**slash** 119:6

**slip** 53:22,25 54:3,7
121:11
**slips** 54:13
**sloan** 137:17
138:17
**sloppier** 125:15
**small** 57:25
**smaller** 52:13
**social** 1:10 19:2,7
19:13,19 20:3,10
20:19 21:12 23:7
141:14 173:14
**soda** 61:21
**solely** 23:5 33:24
156:24
**solicitation** 85:18
86:10
**solutions** 1:16 4:8
**somebody** 86:23,24
88:14 155:17
162:21
**somewhat** 75:18
**song** 34:24,25 35:1
39:13 41:21 42:4,5
42:5 76:21 77:14
77:14,14,15,22
119:21 147:23
**songs** 39:10 41:16
41:22,25 77:20
**sorry** 40:11,15
41:21 66:22 81:24
92:8 170:21
**sort** 10:14 23:23
40:3 64:21 65:9
67:12 84:8 97:10
128:14 131:25
133:13 142:18
154:12
**sound** 46:4 59:12
**sounds** 7:9

**southern** 1:1 4:18
133:18
**spaces** 63:19
**spanking** 64:25
65:6
**speak** 31:14 114:2
136:8 156:14 158:7
**speaking** 32:18
**special** 140:22
142:8,15,18 174:1
**specific** 29:5 77:3
138:5,16
**specifically** 29:24
141:13
**spend** 140:4,10
**spent** 139:22
**split** 58:17 140:2
**spoke** 5:10 162:20
**sporting** 93:24
**spot** 29:5
**sprint** 6:25
**ss** 181:14
**staff** 33:16 139:1
141:10
**stage** 39:8,9,15,17
39:18,19,20,21,23
41:12,14,18 42:10
60:7 69:7 77:3,4,5
95:1 101:16,23
102:1,15,21 105:15
112:8 116:17 146:8
150:9,11,24 151:4
152:13,19 167:7,11
176:20,23 178:3,4
**stages** 39:20 41:13
77:5 150:7 153:21
**stamp** 109:23,24
**stand** 60:21 68:1
94:10 103:7 105:13
127:12

**standard** 75:20
**standing** 25:5
**start** 42:3 47:22
89:6 94:21 104:5
108:21 160:22
**started** 109:9 126:6
**starting** 15:20 62:9
161:18
**starts** 48:1,5 75:22
139:21,21
**state** 1:24 179:2,13
180:3,6,18 181:13
181:22 182:20
**statement** 166:24
**states** 1:1 4:18 79:7
161:7 166:6 169:7
175:13
**stay** 48:11 152:12
154:20
**stayed** 9:4
**steady** 158:3
**stenotype** 180:8
**steve** 39:1 122:14
122:17
**stevens** 133:22
**stick** 101:18
**stock** 141:4
**stolen** 157:22
**stop** 163:2
**stopped** 18:11
**storage** 130:2
**store** 32:14
**stored** 131:3,9,11
**stores** 128:24
**storing** 130:5
**straddling** 68:2
**stranger** 158:2
**stream** 143:18,20
**street** 2:4 91:13
**strike** 163:15

[string - thanks]                                                                                    Page 209

**string**  91:25 92:4
**structure**  15:23
**strung**  90:10
**stuff**  28:24 42:20
  42:20 58:10 61:22
  62:13 84:8 128:23
  130:6,9,10,24
  144:4 166:2
**subcontractors**
  30:12
**subject**  182:22
**subjects**  17:1
**subscribed**  181:17
**subscriptions**
  93:19,22
**subsection**  172:15
**substance**  182:22
**substantial**  158:6
**subtracted**  101:10
**sudden**  153:24
**sued**  158:25 162:4
  162:5
**sufficient**  183:17
**suite**  1:17 2:4,8,12
  183:1,7,14
**summarize**  162:2
**sunday**  55:25
  107:10 152:25
**supplied**  87:3
**supplier**  134:3
**suppliers**  133:15
**supplies**  134:10,11
**support**  166:1
**supposed**  12:17
  36:6,13 37:2 41:24
  47:21 109:22
  114:17 123:6
  145:16 146:11,12
  153:17 162:6
**sure**  6:19 10:20
  12:16 13:17 15:18

16:18 17:9 18:23
22:17,21 37:10,15
37:16,20 38:24
39:2 40:5,22 46:2
53:2 59:18 63:24
64:2,15 68:13 71:4
72:3 81:6 84:17
85:2 102:13 103:17
106:7 107:19
113:18,21 115:13
116:7 117:17
124:22 127:11
128:7 129:22
131:17 132:13
133:1 135:23
147:16,24 149:2
155:16,21,24 156:3
172:3 175:23 176:1
**surgery**  151:2
**swear**  4:25
**switchover**  55:18
**sworn**  4:2 179:7
  180:7 181:17
**sysco**  134:12,20
**system**  59:12

**t**
**t**  3:8 43:13 61:8
  144:4,5 174:3,3,8
  180:1,1
**table**  67:19,24,25
  95:5,14 167:6,13
  168:2,14 177:1,4
**tables**  67:10,14
**tabletop**  146:9
**take**  6:1,12,21,23
  7:1,3 15:12,21 36:5
  49:14 59:16 60:19
  87:1 89:16 99:19
  103:20 104:18
  120:14 127:8
  147:12 157:23

178:18
**taken**  1:22 5:23 9:6
  60:24 94:13 117:14
  117:16 127:15
  147:13 174:21
  182:3
**takes**  47:4 77:13
**talk**  11:2 94:24
  143:17 144:19
  153:20 160:19
  163:25 171:17
**talked**  28:7,8 51:24
  77:19 80:7 111:6
  133:7 134:18
  146:16 150:21
  151:9 155:2
**talking**  11:3 49:16
  49:20 50:2 68:4
  88:7,14 94:19 95:9
  131:20 161:24
  166:15 167:25
  171:18 174:6
**talks**  79:19
**tammy**  1:22 4:25
  179:13 180:5,17
  181:21 183:22
**tasha**  117:3,7
**taxes**  145:17
**taxicabs**  28:23
**telephone**  121:14
**televisions**  93:17
**tell**  11:14 12:22
  13:6 14:21 17:13
  22:20 24:2 31:13
  31:14 39:11 47:14
  52:19 69:18 73:20
  73:24 74:6,12
  76:17 79:13 81:14
  85:15 92:22 110:9
  111:17 112:2 114:6
  119:6 124:15 125:9

126:21 131:23
144:3 147:9,10
150:3,6,9 151:7
153:16,21 154:20
157:4 163:5 167:3
167:10 169:12
171:1
**telling**  17:3 21:10
  50:17 67:11 117:21
  145:9
**tells**  73:17 150:11
  161:11
**temporary**  132:1
**ten**  36:3 52:15
  78:22,23 83:21
  84:16 113:25
  119:16 153:23
  157:13
**tend**  50:5
**tends**  116:2
**tenth**  165:17
**terminate**  158:17
**terminated**  82:25
  83:11,14
**terminating**  65:9
**terms**  26:13 28:13
  50:10 65:5,8 99:8
  100:8 138:25
  163:24 173:19
**territories**  133:17
**test**  87:1,1
**testified**  4:3 177:11
  177:15 178:2
**testify**  15:19 20:10
  20:20 22:12,17
  180:7
**testimony**  5:17,20
  176:2
**texts**  142:22
**thanks**  175:4

[theme - trademark]                                    Page 210

**theme**  142:12
**thereabouts**  8:22
  18:10 56:1
**thing**  10:14 16:8
  19:12 23:23 38:3
  40:3 41:16 46:18
  50:21,23 53:24
  61:14 64:21 65:9
  67:12 69:14,19
  72:23 81:5 91:10
  97:10 101:16
  107:20 124:13
  125:14 128:14
  131:25 133:13
  142:18 153:19
  154:1,12 157:23
  162:22 163:11
  173:11 174:9
**things**  10:11 15:14
  21:2 36:18 59:14
  63:25 64:1 66:2
  71:13 86:17 90:11
  101:19 117:18
  127:10 130:8
  138:18 140:16
  143:24 155:12
**think**  7:9 9:2 12:17
  14:13 16:23 17:6
  18:8 22:3 28:14
  31:8,9 32:8 37:20
  38:13,14 44:11,19
  49:1,2 51:15 52:3,5
  52:12 54:16 56:2
  56:21 63:12 65:23
  67:17,19,19 78:3
  78:23 81:7,9,9,12
  84:17,20 85:10
  88:25 89:9 90:23
  95:23 97:7 105:5
  106:12 112:14
  114:13 117:4

120:19 124:21
126:16,21 128:6,25
133:2 135:2,5,19
137:5,22 138:7
139:17,22 143:5
144:1,16 145:4
146:6 151:13,17
155:3 159:22
160:21 167:9 172:8
172:13 173:10
174:18 175:18
**thinking**  37:21
  63:6 65:5 84:24
  103:22
**third**  8:9 9:4 14:3
  42:5 74:4,6 106:1
**thomas**  2:14
**thought**  163:10
**three**  14:20 26:25
  28:6,18 29:3,18
  30:13,23 32:20
  33:7,7,10,17 35:1
  41:22 44:20,22
  47:24,24 50:18
  51:7 55:16 63:6
  66:19,19 76:21
  77:13,15,15,19,22
  104:24 119:14,14
  130:7,17 132:14,15
  133:8,11,19,25,25
  134:13,16 135:3,4
  136:11 137:8,9,10
  137:21 138:11
  140:3 143:3 147:18
**throw**  121:11 154:6
**thumb**  71:13
**thursday**  1:16
  55:24 56:3,4,13,17
  153:1
**tied**  7:8

**time**  4:6,22 5:20
  6:13 9:4 16:5 17:13
  39:16 40:14 47:22
  47:25 49:1 52:4,21
  61:3 70:17 71:22
  74:10 78:25 82:15
  82:16,20 83:17
  85:2 94:16 102:19
  102:23 103:1
  104:12,22 105:15
  105:16 118:3,5
  119:13 123:6,8,17
  127:19 139:23
  140:2,4,10 155:5,5
  158:25 160:15
  172:20,21 173:9,11
  173:12,19,20
  174:24 175:2 178:3
  178:6,16 183:17
**timely**  96:18
**times**  40:2 45:23
  57:22 88:17 90:22
  90:24 108:24 115:3
  119:17 156:9
**timesheets**  131:23
**tip**  3:12 13:3 35:4
  35:19 36:17,19,25
  37:2 41:4 44:9,25
  45:1,13 47:5 49:15
  49:16,17 51:24
  52:1,5,13 57:13,20
  59:9 61:8 80:3,7
  108:5 146:3,5,6
  153:6,8 159:20
  160:2 167:7,7,18
  167:22
**tipped**  52:9
**tips**  10:25 11:5 13:2
  13:7,19 14:7 33:24
  34:9,10,23 35:2,6
  35:17,23 37:8 38:8

42:14,15 43:10
44:4,6,17 94:24,25
95:12,16,24 96:1,9
142:5 145:20
146:19 160:4 163:8
166:11,13,14,19
167:11,11,14
169:17,20 172:12
175:25
**titled**  49:14 70:12
  116:15
**today**  4:5 6:22
  14:22 22:12 78:18
  171:19
**todd**  2:14 4:4
**told**  30:20 31:11
  38:19 43:20 44:19
  56:21 63:18 84:4
  84:17 85:11 89:6
  94:23 97:13 117:4
  134:16 135:2,5
  138:8 139:17 143:5
  144:13 163:4,6,19
  168:24
**tongue**  7:8
**tools**  91:20,24
  92:10
**top**  58:3 69:14
  70:22 80:18 92:4
  109:2 110:24 112:4
  117:10
**total**  38:20
**totally**  107:10
**tower**  2:12 183:1,7
**town**  135:16
**track**  37:8,11,13
  103:3
**trade**  91:20,24
  92:11
**trademark**  136:5,7

Veritext Legal Solutions

800-726-7007                                          305-376-8800

[trademarked - wage]                                                    Page 211

trademarked  136:9
training  75:10
  149:23
transcribed  5:24
transcript  6:9,20
  181:7 182:4,22
  183:12,15,16,19,23
transcription  180:9
treat  159:7,18
treated  141:25
  142:1
treating  165:6
trick  84:2 111:17
  168:14
truck  89:3
true  115:16,19
  131:21 138:15,21
  146:25 147:2
  171:25 180:8 181:6
  182:22
truth  22:17 180:7
try  5:25 69:10
  89:18 127:9 139:13
  155:13 156:4 170:1
trying  6:12,19 9:25
  66:6,13 67:6 78:16
  84:2 111:17,18,25
  126:13 173:10
turn  72:17 75:17
  80:13 81:10,25
  84:2 102:5 105:4
  105:21,25 107:14
  107:25 108:11
  109:1,10 116:5
  122:12 165:9
  170:21 172:14
turning  169:2
  170:17 175:9
turnover  115:11
turnovers  113:12

turns  157:14
tv  24:7 28:22
tvs  93:17
twelve  117:12
twentieth  169:3,4
two  2:12 5:21 6:20
  18:16 29:11 32:20
  33:4,7,17 46:2 48:4
  48:22 51:4,7 56:20
  58:11,19,20 68:18
  70:22 77:14 106:21
  123:20 126:17
  134:11 136:24
  139:19 140:7 148:7
  148:15 174:7 178:2
  178:5 183:7
type  11:20 18:12
  23:16 26:9 31:25
  32:9 41:23 43:13
  44:24 46:18 72:21
  74:1 75:9 78:20
  86:14,17 87:10
  89:25 98:10 125:13
  128:12 134:24
  136:13 149:22,24
  150:12 152:18
  156:10 161:12
types  32:11 43:6,12
  66:2 91:20 93:20
  93:22 121:22

**u**

ufc  94:2 142:19
underage  66:13
  99:4
underneath  101:18
undersigned  179:5
understand  7:7
  11:7 13:13 14:8
  17:10 23:21 32:10
  54:7 60:4,14,16
  61:9,11 62:11 68:7

69:3 71:4 78:24
  111:18,25 115:24
  116:7 119:5 131:17
  134:10 135:12
  158:10 163:23
  169:25
understanding
  24:9 37:6 83:17
  145:8
understood  14:2
  19:22 38:25 139:11
  141:6 158:5
unfortunately
  157:19
uniforms  176:15
unit  60:22 61:3
  94:11,16 127:13,19
  174:19,24 178:14
united  1:1 4:17
update  141:22
upper  56:7
uptime  144:9
use  29:24 45:19
  49:5 69:22 77:3
  84:6 86:19 93:11
  94:6 102:18 133:14
  133:18,22,22
  134:11,11,12,13,15
  134:19,20,21 135:2
  135:9,13 136:13
  141:3,5 157:2
  178:2
uses  28:15 116:3
usually  34:25 36:2
  41:19 45:20 51:23
  65:14 71:24 73:18
  76:9 78:9 92:3
  102:16 103:16,20
  104:5,24 120:4
  143:11 154:7,19
  155:20 156:1

162:20
utilize  46:11,20
  134:3

**v**

v  87:5,6
valentine's  142:14
vary  134:1
vendors  134:15,19
verifying  8:4
veritext  1:16 4:5,8
  183:1
versus  4:14 13:8
  55:23 152:1,12
  159:8
video  4:6,24 6:8
  61:2 127:18
videographer  2:14
  4:4 60:21 61:1
  94:10,15 127:12,17
  174:19,23 178:14
videotape  1:20,22
  3:11
videotaped  5:24
viola  9:3
violate  84:12
  162:19
violating  64:19,20
  83:1
violation  159:3
violations  159:1
vip  39:17
vp  19:1
vs  1:7 182:2 183:9

**w**

wage  158:25 159:3
  160:3 162:6,15
  163:11,11,13 164:1
  164:25,25 165:2
  175:23,25

**wages** 159:24 162:7 164:2
**wait** 103:16 104:24 137:12
**waitress** 89:16 90:1
**waitresses** 8:3 31:24 86:16
**waitstaff** 32:21
**waived** 183:18
**walk** 91:13 150:6 153:20 156:2
**walker** 1:22 179:13 180:5,17 181:21
**walking** 84:24 154:11
**walks** 83:8 155:24
**wall** 84:25
**want** 13:17 14:22 15:17 16:6,18 17:6 17:9 20:14 22:1,18 27:1 36:5,17 39:10 40:18 41:15 46:2 46:15 48:10,11 53:8 59:15,16 61:20 66:24 68:13 73:15,21 74:14 91:8 92:3,19,22 97:8 98:2,21 100:22 105:1 106:13 113:25 116:7,7 124:13 127:8 131:17 133:1 133:4 141:11 150:22,24 151:4 153:23,24 160:19 166:13 167:17 170:1 176:5,7,12 176:17,20,23 177:1 177:4,12
**wanted** 15:20 75:15

**wants** 13:3 73:12 74:18 85:5 147:15 162:16
**watch** 77:8
**watching** 58:9
**way** 11:1 13:9,10 13:15 14:4 28:25 29:2 40:19,25 41:23 42:7 64:5,22 67:22 83:21 88:5 89:18 93:11 95:4 95:16,23 103:12 106:1 108:19 114:25 115:24 129:8 136:2 138:7 159:17 162:6 163:7 163:12 167:8 169:18 170:4,7 175:18
**ways** 11:4 106:20 146:4
**we've** 13:9 17:20 17:22 49:16 59:15 68:4,4 96:11 97:22 155:2 160:7 162:4
**wear** 91:6,7,8 92:4 92:5,6 173:23 174:8 176:12
**wearing** 91:3,5 92:9 174:2
**website** 24:5 28:15 28:17 134:17 135:20 140:19
**websites** 140:16
**wednesday** 112:1,4 152:25
**week** 27:4 34:16 45:24 54:18,18 61:18 62:2,8,9,15 62:15 63:8 107:8 118:15,21 119:1

122:11,12 132:17 177:17,19,21
**weekdays** 55:23
**weekends** 34:16 55:23
**weekly** 90:17
**weight** 88:22
**weird** 56:18 122:1
**went** 119:12,13 122:24 124:2 128:25 129:23 130:13,22 171:19
**west** 19:14 21:23 22:24 26:16 133:12
**whereof** 180:13
**whichever** 102:6
**wide** 15:22
**wife** 9:5 25:12
**wiles** 1:3 4:12 60:2 60:4,9,11 69:7 70:5 74:13 75:19 82:18 102:14,20,22 107:18,23 108:2,6 109:13 111:15
**wines** 133:18
**winter** 123:1
**wipies** 42:18
**witness** 3:4 4:20 13:1 14:25 17:5 20:14 22:1,7,13,20 23:19,25 24:23 26:18,22 27:7,13 28:11 30:16 31:1 32:13 34:3 35:9,19 36:2 39:25 40:10 40:14 55:15 64:24 65:13,21,25 66:6 66:22 73:24 75:7 83:3,21 85:7,25 87:23 88:7,17 89:23 90:14 91:24

92:14 96:25 100:1 100:21 114:11 126:25 128:3 132:6 134:5 135:16,22 143:15,22 151:13 151:17,22 159:10 161:18 162:14,22 163:19 164:20 168:10,20 172:23 175:4 179:6,9 180:6,13 181:11
**wives** 157:20
**woman** 43:23
**womens** 42:20
**word** 35:13 68:5
**words** 40:17 63:15 84:5 88:2 101:11 106:13 116:1 131:4 140:15,18 145:25 149:14 150:20 151:24 161:3 163:8 172:10
**work** 7:16 13:2 24:5 26:24 27:1,2,4 27:20 38:20 42:6 48:19,21 50:22 54:21 55:7 56:10 56:17 58:9 60:17 61:15,18 62:2,8,14 63:3,7 66:19,22 69:12 70:6 73:6,13 73:14,15,21,25 74:10,18,24 75:4 75:16 76:5,10 82:19 87:20 89:3,8 89:20 90:8,11 91:5 91:18 97:9,14 98:2 98:7 107:7,9 126:10 127:4 132:1 132:16,17 139:14 143:6 159:23,24

172:12 177:16,20
**worked** 18:15 70:1
71:1,16 77:1 106:3
106:8,17 109:8,9
111:15 113:17
115:8 116:17,23
117:5,8 118:20,25
122:9 125:12
131:24 132:3 151:8
160:8
**working** 33:2 34:14
71:20 81:16 88:8
89:1 102:20 106:11
115:9 125:11
**works** 38:20 48:17
61:23 71:14 73:4,5
88:15 104:13 111:2
125:17 141:18,21
**worth** 157:14
**write** 182:4
**written** 80:25
83:24 87:1 128:13
128:16,17 163:3
**wrong** 66:3 162:3

**x**

**x** 3:2,8

**y**

**yeah** 8:12 9:10 11:1
11:16 16:17 17:11
17:11,11 18:23
19:1 27:1,13 29:1
29:22 32:2 34:10
35:4 37:23 38:4,7
38:24 42:8 43:23
44:23 46:6,9 47:11
48:25 51:5 53:19
54:2 55:9 58:5,19
63:12 66:22 67:5
69:17 70:8,13
71:11 72:16,23

73:5,8,24 74:22
76:25 78:2 79:12
80:20 81:10,12
82:3,9,13,17 84:24
86:7 88:13,17,24
89:11,23,23 91:15
91:19 92:3 94:8
95:11 96:7 97:11
99:15,18 100:17
101:14 102:2,9,16
103:10,24 104:21
105:11 110:22
112:17 113:7,18
114:11 115:21,23
120:4 121:1,24
122:16 124:25
125:7,9,21,23
126:25 128:6,10
129:3 130:15 131:5
131:19,19 132:11
132:24 135:3,22
136:7,16 137:25
138:6 141:8,16
142:16 144:5,7
146:3 147:18 148:6
150:17 152:7 154:9
158:11 159:12
160:14 166:20
167:12 172:3,13
173:22 174:6,16
177:25
**year** 18:16 69:16
71:8 72:22 90:22
90:24 103:17,24
104:4,5,6,9,16
108:18,19 130:1
164:13
**year's** 97:25
**years** 8:25 17:20
51:16,17,21 52:3,7
52:9 57:22 59:22

61:12 65:18 67:3
78:14,22,23 82:12
83:21 84:16 85:3
93:9 114:20 116:12
116:12 126:17
130:16,17 132:3,11
132:12,14,15,18,21
132:25 133:3
137:21,22 149:15
154:3 173:2
**yell** 46:17
**yesterday** 140:24
**young** 5:25 10:1
**youtube** 141:14

**z**

**zero** 33:10 125:22
**zivitz** 1:22 4:25
179:13 180:5,17
181:21 183:22

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.