UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-62152-CIV-WPD

SARAH SHAW, REBECCA WILES, )
JENNIFER SCOTT, and ASHLEY )
HOWELL, Individually, and on Behalf of All )
Others Similarly Situation, )
)
           Plaintiffs, )
)
v. )
)
THE SET ENTERPRISES, INC., a Florida )
Corporation, et al. )
)
           Defendants. )
)

## DEFENDANTS' MOTION TO RE-OPEN
## DISCOVERY PERIOD FOR CLASS DISCOVERY ONLY

    Defendants, The Set Enterprises, Inc. and Faneuil Entertainment, Inc. ("Defendants"), through their respective undersigned counsel, hereby move to re-open the discovery period for class discovery only, and state as follows:

    1.    Pursuant to the February 19, 2016 Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge ("Discovery Deadlines") [D.E. 47], the deadline by which the parties were required to complete discovery was November 28, 2016.

    2.    Approximately one week after discovery closed, on December 6, 2016, this Court entered an Order granting Plaintiffs' Motion for Conditional Certification of FLSA

Collective Action allowing Plaintiffs to serve notice to the putative class of their ability to opt-in to this lawsuit. [D.E. 134]

3.     One of the arguments raised in Defendants' brief in opposition to Plaintiff's Motion is that they would be prejudiced by the granting of conditional certification this late in the case because, *inter alia*, discovery had closed and they would be deprived of the opportunity to take discovery from any members of the putative class.  [D.E. 130]

4.     Accordingly, Defendants seek to briefly re-open the discovery period for the limited purpose of taking discovery from the opt-in plaintiffs by way of requests for production, interrogatories, and depositions.

5.     The Order provides that there will be a forty-five day notice period from January 5, 2017 until February 19, 2017, during which the putative class members may to opt-in to the instant lawsuit.

6.     Thus, Defendants respectfully request that the discovery period be re-opened for a period of sixty (60) days following the close of the opt-in period, solely for the limited purpose of taking discovery from the individuals who opt-in to the case during the notice period.

7.     Defendants will be greatly prejudiced proceeding to a trial in this matter without having had the ability to conduct discovery into the claims of any potential opt-in plaintiffs.  Therefore, Defendants seek a brief re-opening of the discovery period only with respect to the opt-in plaintiffs.

## Memorandum of Law

Pursuant to Federal Rules of Civil Procedure, 16(b)(4), "[a] schedule may be

modified only for good cause and with the judge's consent." This standard allows for modification where the schedule cannot be satisfied despite the diligence of the party seeking the extension. *See Davken, Inc. v. City of Daytona Beach Shores*, 2006 U.S. Dist. LEXIS 28588, at *11 (M.D. Fla. May 5, 2006). The reason for this Motion, as stated above, sets forth good cause for the re-opening of the discovery period only for class discovery based on the potential addition of opt-in plaintiffs after the close of the discovery period.

The intent of this motion is not for purposes of delay, and granting it will not prejudice any party or require an extension of any other case deadlines.

### **CERTIFICATE OF RULE 7(a)(3) CONFERRAL**

On December 6, 2016, the undersigned made a telephone call to counsel for Plaintiffs, leaving a voicemail detailing the proposed relief. Later that evening, the undersigned sent an email to counsel for Plaintiffs inquiring as to whether they have any objections to the relief requested herein. As of the filing of this Motion, none of Plaintiffs' attorneys have responded to Defendants' counsel's requests.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order re-opening the discovery period, for class discovery only, in addition to granting such other and further relief as the Court deems just and appropriate.

[REMAINDER OF PAGE INTENTIONALLY LEFT SHORT]

CASE NO. 15-62152-CIV-WPD

Dated:  December 7, 2016
Miami, Florida

Respectfully submitted,

By: s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
E-mail: *jennifer.schwartz@jacksonlewis.com*
David M. Gobeo, Esq.
Florida Bar No. 16565
E-mail: *David.Gobeo@jacksonlewis.com*
JACKSON LEWIS PC
One Biscayne Tower
2 South Biscayne Boulevard - Suite 3500
Miami, Florida  33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esq.

CASE NO. 15-62152-CIV-WPD

## **SERVICE LIST**

| | |
|---|---|
| Jack Morgan, Esq.<br>Florida Bar No. 126527<br>Scott J. Hertz, Esq.<br>Florida Bar No. 98552<br>2320 First Street, Suite 1000<br>Fort Myers, Florida 33901<br>Telephone: 239-338-4218<br>Facsimile: 239-337-3850<br>E-mail:<br>jmorgan@ralaw.com<br>serve.jmorgan@ralaw.com<br>shertz@ralaw.com<br>serve.shertz@ralaw.com | Jennifer A. Schwartz, Esq.<br>Florida Bar No. 502431<br>E-mail: Jennifer.schwartz@jacksonlewis.com<br>David M. Gobeo, Esq.<br>Florida Bar No. 16565<br>E-mail: David.Gobeo@jacksonlewis.com<br>JACKSON LEWIS PC<br>One Biscayne Tower<br>2 South Biscayne Boulevard - Suite 3500<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br>Facsimile: (305) 373-4466 |
| John B. Gallagher, Esq.<br>Florida Bar No. 271225<br>E-mail: gal2701@aol.com<br>2631 East Oakland Park Boulevard, Suite 201<br>Fort Lauderdale, Florida 33306<br>Telephone: 954-524-1888<br>Facsimile: 954-524-1887 | ATTORNEYS FOR DEFENDANTS<br><br>Served via transmission of Notices of Electronic Filing generated by CM/ECF |
| ATTORNEYS FOR PLAINTIFFS<br><br>Served via transmission of Notices of Electronic Filing generated by CM/ECF | |

4836-9276-2429, v. 2