Page 1

1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2
              CASE NO.  15-62152-CIV-DIMITROULEAS
3

4
     SARAH SHAW, REBECCA WILES, JENNIFER
5    SCOTT, and ASHLEY HOWELL, individually
     and on behalf of all others similarly
6    situated,
7              Plaintiffs,
8    vs.
9    THE SET ENTERPRISES, INC., a Florida
     corporation; FANEUIL ENTERTAINMENT INC.,
10   a Florida corporation; 3342 SOCIAL CLUB
     CORP., a Florida corporation; JOSE R.
11   RODRIGUEZ, individually and JOE RODRIGUEZ
     individually,
12
               Defendants.
13   _____/
14                        VERITEXT COURT REPORTERS
                          One East Broward Boulevard
15                        Suite 1101
                          Fort Lauderdale, Florida
16                        Thursday, 9:42 a.m.
                          April 28th, 2016
17
18
19              DEPOSITION OF SARAH SHAW
20
21            Taken on behalf of the DEFENDANTS, before Dana
22   Daufeldt, FPR, RPR, Notary Public in and for the State
23   of Florida at Large, pursuant to Amended Notice of
24   Taking Videotaped Deposition in the above cause.
25

Page 2

1   APPEARANCES:
2

ATTORNEYS FOR PLAINTIFFS
3
            JOHN B. GALLAGHER, ESQ.
4           LAW OFFICES OF JOHN B. GALLAGHER, ESQ.
            2631 East Oakland Park Boulevard
5           Suite 201
            Fort Lauderdale, Florida 33306
6
7
8
9   ATTORNEYS FOR DEFENDANTS
10          JENNIFER A. SCHWARTZ, ESQ.
            LITTLER MENDELSON, P.C.
11          Wells Fargo Center
            333 SW 2nd Avenue
12          Suite 2700
            Miami, Florida 33131
13
14
15
16
17  ALSO PRESENT:
18          RICK RODRIGUEZ
19          SANDRA SOLIS, Videographer
20
21
22
23
24
25

Page 3

1

I N D E X

2

WITNESS              EXAMINATION BY                    PAGE

3

4    SARAH SHAW       MS. SCHWARTZ                          4

5

6

E X H I B I T S

7

DEFENDANT'S          DESCRIPTION                       PAGE

8

9    Exhibit 1     Excerpts from FaceBook            42
10   Exhibit 2     Application                       45
11   Exhibit 3     Agreement                         50
12   Exhibit 4     Answers to interrogatories        92

13

14       (EXHIBITS WERE RETAINED BY THE COURT REPORTER)

15

16

REQUEST FOR RULING / DIRECTION NOT TO ANSWER

17

18                        PAGE        LINE

19

20                        17            2

21

22

23

24

25

Page 4

```
 1          VIDEOGRAPHER:  We are now on the record, the
 2      time is 9:42 a.m.  Today's date is April 28th of
 3      2016.  This is a videotaped deposition of Sarah
 4      Shaw in the matter of Sarah Shaw, Rebecca Wiles,
 5      Jennifer Scott and Ashley Howell versus The Set
 6      Enterprises, Inc., et al.
 7          This deposition is being taken at One East
 8      Broward Boulevard, Suite 1101, Fort Lauderdale,
 9      Florida 33301.  The court reporter is Dana
10      Daufeldt, the videographer is Sandra Solis.
11          Would counsel please introduce themselves for
12      the record?
13          MS. SCHWARTZ:  Jennifer Schwartz on behalf of
14      the defendants.
15          MR. GALLAGHER:  And John Gallagher on behalf
16      of the plaintiffs.
17  Thereupon:
18                  SARAH SHAW
19  was called as a witness and, having been first duly
20  sworn and responding, "Yes," was examined and testified
21  as follows:
22                  DIRECT EXAMINATION
23  BY MS. SCHWARTZ:
24      Q.   Ms. Shaw, good morning.  My name is Jennifer
25  Schwartz.  I am an attorney with the law firm of Littler
```

```
                                              Page 5
```

1    Mendelson, and we represent the defendants in this

2    lawsuit that you brought.  In that capacity I am going

3    to be asking you questions today to which you must

4    respond under oath.  Have you ever had your deposition

5    taken before?

6        A.    No.

7        Q.    Well, the court reporter is taking down

8    everything that we say, so you must respond to my

9    questions verbally.  That means if I ask you a yes or no

10   question, you must respond yes or no because uh-huh and

11   uhn-uhn looks the same on the transcript.  Also nodding

12   your head one way or the other, kind of like you just

13   were, will come out on the video but it won't be

14   recorded on the transcript.

15           There may be times during the deposition when

16   you anticipate the question I'm going to ask you.  You

17   might know where I'm going with it, but please wait

18   until I've asked the complete question for the record

19   before you give your answer because the court reporter

20   can't take us down at the same time.

21       A.    Okay.

22       Q.    If you don't understand a question that I ask

23   you, let me know and I will try to rephrase it.  If you

24   didn't hear a question that I asked you, let me know and

25   I will repeat it.

1         There may be times during the deposition where

2    your attorney will object.  He may say something like

3    "objection form."  You still must answer the question

4    unless he specifically instructs you not to.  If you do

5    answer a question, it will be presumed that you heard

6    it, that you have understood it and that you've answered

7    it truthfully and to the best of your ability.  Do you

8    understand these instructions?

9         A.   Yes.

10        Q.   Do you need me or your attorney to repeat them

11   for you?

12        A.   No.

13        Q.   Do you understand that you have taken an oath

14   to tell the truth today?

15        A.   Yes.

16        Q.   What does that mean to you?

17        A.   To answer the question truthfully, honestly to

18   the best of my ability.

19        Q.   Do you understand that means telling the truth

20   about everything we talk about today, not just the big

21   things but the little things as well?

22        A.   Yes.

23        Q.   Do you understand that also means not

24   committing what I always consider the sin of omission,

25   by intentionally leaving out information that you know

```
                                            Page 7
 1   to be relevant?
 2        A.   Yes.
 3        Q.   On a scale of 1 to 10, 10 being the best, how
 4   would you rate your truthfulness?
 5        A.   A 10.
 6        Q.   And on a scale of 1 to 10, 10 being the best,
 7   how would you rate your memory?
 8        A.   An 8.
 9        Q.   Are you taking any medication or drugs that
10   would affect your ability to remember things today?
11        A.   No.
12        Q.   Are you taking any medication or drugs that
13   would affect your ability to testify truthfully today?
14        A.   No.
15        Q.   Did you speak with anyone about this
16   deposition that you are giving today?
17             MR. GALLAGHER:  Other than your attorneys.
18        A.   No.
19        Q.   Which attorneys did you speak to about the
20   deposition you are giving today?
21        A.   John.
22        Q.   John Gallagher?
23        A.   Gallagher.
24        Q.   Did you review any documents in preparation
25   for your deposition today?
```

1        A.    Documents?  No, I think.

2        Q.    Did you look at any documents to help you

3    remember things before you came in today?

4        A.    Oh, no.

5        Q.    Have you spoken with anyone about the claims

6    that you are bringing in this case other than your

7    attorneys?

8        A.    No.

9        Q.    Have you e-mailed or communicated in writing

10   with anyone about the claims that you've brought in this

11   case other than your attorneys?

12       A.    No.

13       Q.    Have you spoken with any current or former

14   dancers from Cheetah, any of the Cheetah night clubs

15   about the claims in this case?

16       A.    No.

17       Q.    Who are the defendants that you are suing in

18   this case?

19       A.    Rob.  I don't know his last name.

20       Q.    Okay.  Anybody else?

21       A.    Just the owner of the Cheetah's night club,

22   which is Rob.

23       Q.    Rob.  What's Rob's last name?

24             MR. GALLAGHER:  Object to form.

25             MS. SCHWARTZ:  He is going to object to form

```
                                                  Page 9
 1        throughout the deposition.  You can still answer
 2        unless he tells you not to.
 3        Q.    Do you know Rob's last name?
 4        A.    Not at the moment.
 5        Q.    And you think Rob is the owner of Cheetah?
 6        A.    Owner of the enterprise.
 7        Q.    What are you referring to when you say "the
 8   enterprise"?
 9        A.    The company that owns Cheetah's.
10        Q.    Do you know what company that is?
11        A.    Not at the moment, but I have them written
12   down.
13        Q.    Do you know someone by the name of Joe
14   Rodriguez?
15        A.    No.
16        Q.    I asked you earlier if you had reviewed any
17   documents in preparation for today.  I understand you
18   didn't, but are you aware of any documents that exist
19   either in your possession or in someone else's
20   possession that might support any of the claims you are
21   bringing in this case?
22        A.    No.
23        Q.    Even if they don't exist today, are you aware
24   of any documents that may have existed in the past that
25   would support the claims you have brought in this case?
```

```
                                              Page 10
 1           A.   Can you restate your question?
 2           Q.   Sure.  Even if they no longer are here, if
 3    they were thrown away or deleted or destroyed, can you
 4    think of any documents that may have once existed that
 5    would support what you're claiming in this case?
 6           A.   I don't understand the question.
 7           Q.   Are you aware of any evidence that would
 8    support what you're claiming in this case?
 9           A.   The papers that -- or the documents that I
10    filled out or read on the time of my hire.
11           Q.   Okay.  Can you recall what those documents
12    were?
13           A.   Application.  That's all I recall for right
14    now.
15           Q.   Do you have any documents regarding the work
16    that you performed at Cheetah?
17           A.   Do I have them?  No.
18           Q.   Did you ever have any documents in your
19    possession regarding the work you performed at Cheetah?
20           A.   No.
21           Q.   Which Cheetah club did you work at?
22           A.   I worked at both of the Hallandale Cheetah's
23    and the Pompano Cheetah's.
24           Q.   What dates did you work at the Hallandale
25    Cheetah?
```

```
                                             Page 11

 1        A.    The Hallandale Cheetah I believe near the end

 2   of 2012.

 3        Q.    What dates did you work at Pompano Cheetah?

 4        A.    From near the end of 2012 to 2013, somewhere

 5   around April or the -- sometime probably after April.

 6        Q.    Now, when you say you performed at Cheetah

 7   Hallandale at the end of 2012, for how many months are

 8   you talking about?

 9        A.    In Hallandale?  I worked there for a very

10   short time because I wasn't making any money there

11   because of -- well, we had to tip out a lot and I wasn't

12   making any money to begin with, so I walked out most of

13   the time with zero dollars.

14        Q.    How many different dates did you perform at

15   Cheetah Hallandale?

16        A.    I would say as many as I can count on one

17   hand.

18        Q.    So five or less times?

19        A.    Yes.

20        Q.    And how many different dates did you perform

21   at Cheetah Pompano?

22        A.    Well, I know I worked there for several months

23   four days a week.

24        Q.    Did you ever have a record of the monies that

25   you earned while performing at Cheetah?
```

```
                                            Page 12

 1        A.    Say that again, please.

 2        Q.    Did you ever keep a record, did you ever write

 3   down how much money that you earned at Cheetah?

 4        A.    No, I never wrote down how much I earned at

 5   Cheetah.

 6        Q.    Did you ever keep any other records regarding

 7   how much you earned at Cheetah?

 8        A.    No.

 9        Q.    Did you ever have any dance sheets or logs or

10   anything that identified the work that you performed at

11   either Cheetah club?

12        A.    No.

13        Q.    What is your full name?

14        A.    Sarah Marie Shaw.

15        Q.    Have you been known by any other names?

16        A.    Besides the stage names?

17        Q.    Any names.  What are the other names you have

18   been known by?

19             MR. GALLAGHER:  Object to form.

20        Q.    I am not trying to trick you.  Just tell me

21   any names that you've gone by other than Sarah Marie

22   Shaw.

23        A.    Well, I was born with another name added to my

24   name, so as a child I was Sarah Marie Shaw Aronfreed

25   (phonetic).  That was the name given to me on my birth
```

```
                                              Page 13
 1    certificate.  By the time I was 12 years old, my dad

 2    took off Aronfreed.

 3         Q.   And have you been known by any stage names?

 4         A.   Yes.

 5         Q.   What stage names have you been known by?

 6         A.   I have been known by Lisa, Star, Ella and

 7    that's all I can recall for right now.

 8         Q.   What is your date of birth?

 9         A.   5/20/90.

10         Q.   And where were you born?

11         A.   Would you say --

12         Q.   Where were you born?

13         A.   Where was I born?  Hampton, Virginia.

14              MS. SCHWARTZ:  Off the record for a minute.

15              VIDEOGRAPHER:  We are going off the record at

16         9:56 a.m.

17              (Social Security number given off the record)

18              MS. SCHWARTZ:  Okay.  Back on.

19              VIDEOGRAPHER:  Back on the record at 9:56 a.m.

20    BY MS. SCHWARTZ:

21         Q.   Have you been known by any other Social

22    Security numbers?

23         A.   No.

24         Q.   Have you given anyone permission to use your

25    Social Security number?
```

```
                                              Page 14
 1        A.    No.
 2        Q.    Are you aware of anybody else using your
 3   Social Security number?
 4        A.    No.
 5        Q.    Where do you currently live?
 6        A.    3870 N.E. 22nd Terrace, Apartment 14,
 7   Lighthouse Point, Florida 33064.
 8        Q.    And how long have you lived at that address?
 9        A.    For at least a year.
10        Q.    Do you recall what year you moved to that
11   address?
12        A.    2015.
13        Q.    And did you ever live at that address prior to
14   2015?
15        A.    I'm not sure how to answer that.
16        Q.    Well, before 2015, did you live at the 3870
17   N.E. 22nd Terrace address?
18        A.    I may have used that address for -- for
19   mailing purposes, it's my uncle's address, or for my
20   I.D. or something.
21        Q.    Who is your uncle, what's his name?
22        A.    Richard Smith.
23        Q.    Does he live there now?
24        A.    Yes.
25        Q.    Who else lives with you there?
```

```
                                           Page 15
 1         A.    That's it, just my uncle.
 2         Q.    And where did you live prior to moving to the
 3    3870 address in 2015?
 4         A.    I lived in Virginia for a short time.
 5         Q.    Where in Virginia did you live?
 6         A.    Hampton, Virginia.
 7         Q.    Do you recall the address?
 8         A.    No.
 9         Q.    What dates did you live in Hampton, Virginia?
10         A.    Let's see.  May of 2014.
11         Q.    Until when?
12         A.    Until about near approximately the fall of
13    2000, or I would say -- I can't give an accurate answer.
14         Q.    Okay.  So May of 2014 until the fall of what
15    year?
16         A.    I would say around the New Year of 2015.
17         Q.    Prior to living in Hampton, Virginia in 2014,
18    where did you live?
19         A.    I lived in Hollywood, Florida.
20         Q.    Is that the Pierce Street address?
21         A.    Yes.
22         Q.    What dates did you live there?
23         A.    Probably from 2013 to 2014.
24         Q.    Did anyone live with you at the Pierce Street
25    address in Hollywood?
```

```
                                                   Page 16

 1          A.   No.

 2          Q.   No?

 3          A.   No.

 4          Q.   Where did you live prior to that?

 5          A.   I lived at 50 Biscayne in Miami.

 6          Q.   What dates did you live there?

 7          A.   From 2011 to 2013, so for two years I lived

 8    there.

 9          Q.   Are you currently married?

10          A.   Yes.

11          Q.   What is the name of your spouse?

12          A.   Aviv Shimshi.

13          Q.   Does Aviv live with you?

14          A.   No.

15          Q.   Where does he live?

16          A.   In Israel.

17          Q.   Is he coming back from Israel anytime soon?

18          A.   He is actually back right now.

19          Q.   Is he living with you now that he's here?

20          A.   No.

21          Q.   When did you marry Aviv?

22          A.   2013.

23          Q.   Sorry, I couldn't hear you.  When?

24          A.   2013.

25          Q.   What month in 2013 did you marry Aviv?
```

```
                                                 Page 17
```

1          A.    July, July 24th.

2          Q.    Did you live with Aviv in 2013?

3                MR. GALLAGHER:  Object to form.  I want to

4          instruct her not to answer.  These are not

5          responsive to your -- to this at all.

6                MS. SCHWARTZ:  I disagree.  And you are

7          instructing her not to answer on what grounds?

8          Just for the record because I am going to have to

9          file a motion to compel this information.

10               MR. GALLAGHER:  Okay.  Certify the question.

11               MS. SCHWARTZ:  What is the basis for your

12         instructing not to --

13               MR. GALLAGHER:  I am not going to give the

14         basis now.  I will give the basis in a memorandum.

15               MS. SCHWARTZ:  Let the record reflect that

16         counsel has instructed this witness not to answer

17         questions about with whom she lived during the time

18         period she claimed to have performed at Cheetah of

19         Pompano, and he refuses to provide any grounds for

20         the instruction not to answer.

21               Certify the question.

22    BY MS. SCHWARTZ:

23         Q.    Where is Aviv living right now?

24         A.    He lives in Israel.

25         Q.    No.  You said he is here in the United States

```
                                                Page 18
 1    right now.
 2         A.    Yeah.   He is here to visit for a week because
 3    we are getting a divorce.
 4         Q.    And where is he physically?
 5         A.    He is at his sister's.
 6         Q.    What is his sister's name?
 7         A.    Ortal.
 8         Q.    Ortal Shimshi?
 9         A.    Uh-huh.   Well, she is married, so she must
10    have a different last name.
11         Q.    Where does Ortal live?
12         A.    Aventura.
13         Q.    Is that O-r-t-e-l?
14         A.    O-r-t-a-l.
15         Q.    And have you filed for divorce yet?
16         A.    We just hired an attorney.
17         Q.    Has anyone filed divorce papers?
18         A.    I don't believe it's been like literally filed
19    yet, but we are -- we are in the process of it.   It
20    should be anytime now.
21         Q.    And in what county are you filing for this
22    divorce?
23         A.    Broward.
24         Q.    Who is the attorney that you retained?
25         A.    I don't know.
```

```
                                              Page 19

 1        Q.   You don't know the name of the attorney you

 2   hired to do your divorce?

 3        A.   I didn't hire her.

 4             MS. SCHWARTZ:  Are you sure you want to

 5        instruct her -- keep that instruction?

 6             MR. GALLAGHER:  Well, if we take a break and I

 7        can talk to her, I can answer the question if you

 8        want to do it that way.

 9             MS. SCHWARTZ:  All right.  Go ahead, we'll

10        take a break so you can talk to your lawyer.

11             VIDEOGRAPHER:  Going off the record at 10:05

12        a.m.

13             (Recess taken).

14             MS. SCHWARTZ:  Back on the record.

15             VIDEOGRAPHER:  We are back on the record at

16        10:07 a.m.

17             MR. GALLAGHER:  So for the record I met with

18        my client, I discussed the issues.  I withdraw my

19        objection, and you can proceed with any questions

20        you want in the area.

21   BY MS. SCHWARTZ:

22        Q.   Okay.  Did you live with Aviv Shimshi --

23             MS. SCHWARTZ:  Strike that.

24        Q.   You testified you lived with Aviv Shimshi --

25             MS. SCHWARTZ:  No, you didn't.  Strike that,
```

```
                                                     Page 20

 1        too.

 2        Q.    You testified you were married to Aviv Shimshi

 3   in 2013, correct?

 4        A.    Yes.

 5        Q.    Did he live with you?

 6        A.    No.

 7        Q.    Where did he live in 2013?

 8        A.    Israel.

 9        Q.    Where did you get married to him?

10        A.    At Hollywood Courthouse.

11        Q.    And is that the Hollywood Courthouse here in

12   Hollywood, Florida?

13        A.    Yes.

14        Q.    Have you ever lived with Aviv Shimshi?

15        A.    No.

16        Q.    Why did you marry him?

17        A.    Because I had been single for a long time and

18   I had feelings for him and I wanted him to be able to

19   stay in the country and I wanted to have a relationship

20   with him.

21        Q.    Did you date him for a period of time before

22   you were married to him?

23        A.    Maybe a month or two, but it was a big

24   mistake.  It was a desperate attempt to have love in my

25   life.
```

```
                                               Page 21

 1         Q.   So during that one or two months, was that May

 2    and June of 2013?

 3         A.   I married him in July of 2013; so, yeah, I met

 4    him in May.

 5         Q.   Where did you meet him?

 6         A.   At one of the clubs I worked at.

 7         Q.   What club was that?

 8         A.   Dean's Gold.

 9         Q.   What dates did you perform at Dean's Gold?

10         A.   I am confusing myself.  I worked at Cheetah

11    after this, so I may have stated when I worked at

12    Cheetah wrong.  I worked at Dean's Gold from 2012 to

13    2013, then I worked at Cheetah's after May of 2013.

14         Q.   Which Cheetah did you work in after May of

15    2013?

16         A.   Well, like I said, for a very short while I

17    worked at Hallandale for maybe, you know, five or less

18    times at Hallandale, Florida.

19         Q.   When was that?

20         A.   I would say the summer of -- sometime during

21    the summer of 2013.

22         Q.   Okay.  So you think you performed at Cheetah

23    of Hallandale five or less times in the summer of 2013;

24    is that right?

25         A.   Yes.
```

```
                                           Page 22

   1        Q.    Does that now change your answer about when

   2   you performed at Cheetah Pompano?

   3        A.    Yes.

   4        Q.    Okay.  When do you think you performed there?

   5        A.    From let's say August 2013 to around

   6   January/February of 2014.

   7        Q.    Have you been married any other times --

   8        A.    No.

   9        Q.    -- to anyone other than Aviv?

  10        A.    No.

  11        Q.    Do you currently have a boyfriend?

  12        A.    Yes.

  13        Q.    Who is your boyfriend?

  14        A.    His name is Spencer Bowen Grossnickle.

  15        Q.    How do you spell his last name?

  16        A.    G-r-o-s-s-n-i-c-k-l-e.

  17        Q.    When did you start seeing Spencer?

  18        A.    In October/November of 2015.

  19        Q.    Other than your uncle, did you live with

  20   anybody else in 2013 or 2014?

  21        A.    No.

  22        Q.    Do you have any children?

  23        A.    No.

  24        Q.    Do you have any professional licenses?

  25        A.    Yes.  Cosmetology.
```

```
                                                Page 23

1         Q.    When did you get your cosmetology license?

2         A.    I got it in 2008.

3         Q.    Do you have any other licenses?

4         A.    Nope.

5         Q.    Do you have an entertainer's license?

6         A.    No.

7         Q.    Have you ever been arrested?

8         A.    Yes.

9         Q.    How many times?

10        A.    I -- I'm not sure.

11        Q.    Do you know approximately how many times?

12        A.    Approximately five times.

13        Q.    What is the date of your most recent arrest?

14        A.    That was in February or March of 2015.

15        Q.    What were you arrested for?

16        A.    D.U.I.

17        Q.    How did that end?

18        A.    I am on probation now.

19        Q.    Okay.  Was that the only charge, D.U.I.?

20        A.    For that time, yes.

21        Q.    Did you have a jury trial in that D.U.I. case?

22        A.    Almost, but I took a plea.

23        Q.    Before you took a plea, did you have a jury

24   trial scheduled for February 2nd, 2016?

25        A.    Yes.
```

```
                                                      Page 24
 1          Q.    What was the arrest prior to your 2015 D.U.I.?
 2          A.    Three counts of possession of controlled
 3    substance.
 4          Q.    Was that a third-degree felony?
 5          A.    Yes, I think.
 6          Q.    Were you convicted?
 7          A.    I took a plea, yeah.
 8          Q.    What county was that?
 9          A.    Broward.
10          Q.    Did you serve any jail time?
11          A.    Yes.
12          Q.    How much jail time did you serve?
13          A.    Around two months, but that's an approximate
14    answer.
15          Q.    In what facility did you spend that time?
16          A.    I would guess Paul Ryan a majority of the
17    time.
18          Q.    Did you spend time at another facility as
19    well?
20          A.    I'm not sure.
21          Q.    And do you recall the date of this?
22          A.    It was off and on for a while.  You would have
23    to -- that's the time, the amount of time that you would
24    add up all the times I went in there because I was in
25    Drug Court.
```

```
                                                  Page 25

 1          Q.    Did you plead guilty on April 25th, 2014 of a

 2    third-degree felony for possession of marijuana,

 3    Temazepam, Lorazepam and Alprazolam?

 4              MR. GALLAGHER:  Object to form.  You may

 5          answer if you can.

 6          A.    I just know the outcome.  I don't know how to

 7    explain that.

 8          Q.    You don't know what you pled guilty to?

 9          A.    Well, first it was Drug Court, then I got

10    transferred.

11          Q.    What was the charge that you pled guilty to?

12              MR. GALLAGHER:  Object to form.

13              You can answer if you can.

14          A.    I think I pled guilty to those charges.

15          Q.    What years did you spend time in jail?

16          A.    Some parts in 2013 and some parts in 2014.

17          Q.    And where is the Paul Ryan facility that you

18    served time in?

19          A.    It's in Broward County somewhere.  I don't

20    know the street name.

21          Q.    You said earlier you think for most of it you

22    spent time in Paul Ryan.  Why did you qualify that?

23          A.    Because I was in and out of jail six times, so

24    it was some time here, some time there, some time there.

25    All I remember is that I was at Paul Ryan there.  It's a
```

```
                                                    Page 26

 1    possibility that I was at some other place and I just

 2    don't remember.

 3         Q.   Okay.  But you do remember this was in 2013

 4    and 2014?

 5         A.   Yes.

 6         Q.   I am not sure if you confirmed this or not,

 7    but did this guilty plea take place on April 25, 2014 or

 8    around that time?

 9              MR. GALLAGHER:  Object to form.

10         A.   What did you say?

11         Q.   I am just tying to get the dates of when you

12    pled guilty for this crime.

13         A.   Oh, it was in 2014.

14         Q.   Prior to that arrest, when had you been

15    arrested?

16         A.   I have been arrested for driving on a

17    suspended license.

18         Q.   Were you arrested in October of 2013 for

19    possession of illegal drugs and failure to obey a

20    traffic signal?

21         A.   If this is different than three counts of

22    possession of a controlled substance, then no; I haven't

23    been arrested for any drugs before that.

24         Q.   All right.  What about September 13, 2011, you

25    were arrested for possession of drug paraphernalia and
```

```
                                                   Page 27
 1   possession of alcohol.
 2        A.    I really don't remember what happened with
 3   that.
 4        Q.    Were you arrested -- as part of this arrest
 5   for the possession of the several illegal drugs, were
 6   you also arrested for failure to pay child support?
 7             MR. GALLAGHER:  Object to form, and identify
 8        the arrest, please.
 9             MS. SCHWARTZ:  Well, it could have been
10        according to the public record April 25, 2014;
11        April 25, 2013; September 24, 2012 and May 15,
12        2012.
13             MR. GALLAGHER:  Can you restate the question?
14        Q.    In addition to the other reasons that we have
15   already discussed for your arrest, have you also been
16   arrested on failure to pay child support?
17        A.    I think I remember that being a charge, but I
18   don't have children so --
19        Q.    So you don't know why that was a charge?
20        A.    Something's wrong there.
21        Q.    With the exception of this lawsuit that you
22   filed against the defendants in this case, have you sued
23   anyone or any other company?
24        A.    No.
25        Q.    Who is Mary Hassle from Virginia?
```

```
                                                  Page 28

 1        A.    Oh, oh, she -- yeah, I was going to sue her

 2    but I didn't follow through.  She stole my two cats.

 3        Q.    Okay.  Did she sue you as well?

 4        A.    I don't know because I didn't get to be there

 5    for the court hearing.

 6        Q.    Did Marie Hassle accuse you of failing to pay

 7    her a debt?  Did you owe her money?

 8        A.    No, I never owed her money because she -- we

 9    made an agreement that she would baby-sit my two cats,

10    and we -- me and my dad offered her money and she

11    wouldn't take it.

12        Q.    Then she sued you for not paying her for

13    watching your cats; is that what this is about?

14        A.    Yeah.

15        Q.    What year was this?

16        A.    This was 2015.

17        Q.    Did you ever work for Darden Restaurants?

18        A.    Darvin (phonetic) Restaurants?

19        Q.    Darden Restaurants, the company that owns a

20    lot of chain restaurants.

21        A.    The only restaurants I have worked at were

22    Hooters.

23        Q.    Were you a plaintiff in any other overtime or

24    tip credit cases against Hooters or any other restaurant

25    where you worked?
```

```
                                           Page 29

 1        A.   No.

 2        Q.   Have you ever brought a claim against an

 3   employer or a company other than this instance about

 4   unpaid wages?

 5        A.   No.

 6        Q.   Have you ever filed a charge of

 7   discrimination?

 8        A.   No.

 9        Q.   Have you ever filed for bankruptcy protection?

10        A.   No.

11        Q.   Have you ever filed for unemployment benefits?

12        A.   No.

13        Q.   Have you ever filed a claim for Workers'

14   Compensation?

15        A.   No.

16        Q.   Have you ever filed a claim for disability

17   benefits?

18        A.   No.

19        Q.   Have you ever testified under oath in any

20   court proceeding?

21        A.   I'm not sure.

22        Q.   In any of the cases that we've already

23   discussed, did you appear in court and testify in front

24   of a judge?

25        A.   No.
```

```
                                                    Page 30

 1        Q.    Do you currently maintain a diary or a

 2   calendar?

 3        A.    No.

 4        Q.    Did you maintain a calendar or a journal or a

 5   diary during the time period that you performed at

 6   Cheetah?

 7        A.    No.

 8        Q.    What is the highest level of education you

 9   completed?

10        A.    12th grade.

11        Q.    Did you graduate from high school?

12        A.    Yes.

13        Q.    What high school?

14        A.    Tab High.

15        Q.    Where is that located?

16        A.    Yorktown, Virginia.

17        Q.    What year did you attend?

18        A.    From 2004 to 2008.

19        Q.    Do you have any -- other than your cosmetology

20   license, do you have any type of certificates or

21   vocational training?

22        A.    No.

23        Q.    Have you ever worked as a cosmetologist?

24        A.    Yes.

25        Q.    When?
```

```
                                           Page 31

 1        A.    2008 to possibly 2009.

 2        Q.    Where did you work as a cosmetologist?

 3        A.    Hair On Fire, Supercuts, J.C. Penney's.

 4        Q.    When did you work at Hair On Fire?

 5        A.    I really don't know.  I just know it was

 6   sometime in 2008 and 2009.

 7        Q.    Where is Hair On Fire located?

 8        A.    Newport News, Virginia.

 9        Q.    Do you know when you worked at J.C. Penney's

10   as a cosmetologist?

11        A.    Pretty sure in 2009, but I don't remember

12   which month or date.

13        Q.    Do you remember which J.C. Penney's you worked

14   at?

15        A.    Hampton.  Hampton, Virginia.

16        Q.    Where did you -- how did your job at J.C.

17   Penney's end?

18        A.    I have something wrong with my back, very,

19   very upper back almost to the neck.  My vertebrae are

20   too close together which makes my disc protrude and

21   pinch on nerves.  So I had to stop doing hair in the

22   middle of working on somebody's hair.  I couldn't finish

23   the job and that's when I couldn't do hair anymore.

24        Q.    What was the next job you held after you left

25   J.C. Penney's?
```

```
                                                    Page 32
 1        A.    I started working as a lifeguard at Great Wolf

 2   Lodge.

 3        Q.    Did you say Great Wolf Lodge?

 4        A.    Yeah, the Great Wolf Lodge.

 5        Q.    Where is that located?

 6        A.    Williamsburg, Virginia.

 7        Q.    What dates did you work as a lifeguard at the

 8   Great Wolf Lodge?

 9        A.    All I know it was in 2009.

10        Q.    How did your job there end?

11        A.    I got in trouble for drinking on the job.

12        Q.    So they terminated your employment?

13        A.    Yeah.

14        Q.    Where did you work after that?

15        A.    That's when I started to dance in clubs.

16   That's when I started my entertainment -- entertainment

17   employment at The Cat.

18        Q.    Where is The Cat located?

19        A.    It's in Newport News, Virginia.

20        Q.    What dates did you work at The Cat?

21        A.    I'm not sure, but I know it was in year 2009.

22        Q.    Did you work at The Cat any year other than

23   2009?

24        A.    Yes.  I went home -- after years of living in

25   Florida, I went back home for a few months.  So I worked
```

```
                                                    Page 33
 1    there in 2014.

 2         Q.    What months in 2014 did you work at The Cat?

 3         A.    That, I don't know.

 4         Q.    Do you know how many months you worked at The

 5    Cat in 2014?

 6         A.    Not very many.  I would say no more than three

 7    months.

 8         Q.    In 2009 when you left The Cat, where did you

 9    work next?

10         A.    I worked at Hooters of Fort Myers.

11         Q.    What years did you work at Hooters of Fort

12    Myers?

13         A.    Somewhere in 2009 or 2010.

14         Q.    How did your job there end?

15         A.    I started a new job.

16         Q.    Did you quit?

17         A.    Yeah.

18         Q.    Where did you work after you quit Hooters?

19         A.    Well, there was this strip club called

20    Escapades, but it got bought and it turned into

21    Scarlett's?

22         Q.    Which Scarlett's location did you perform at?

23         A.    Scarlett's of Fort Myers.

24         Q.    What years did you work there?

25         A.    I'm not sure exactly, but sometime maybe late
```

```
                                                    Page 34
 1    2009, maybe sometime 2010.

 2         Q.   How did you come to stop working at

 3    Scarlett's?

 4         A.   I left Scarlett's and started working at

 5    Tootsie's.

 6         Q.   Where is Tootsie's located?

 7         A.   Miami.

 8         Q.   Did you move from Fort Myers to Miami?

 9         A.   Yes.

10         Q.   So how long did you live in Fort Myers?

11         A.   Maybe -- probably no more than six months.

12         Q.   How long did you work at --

13              MS. SCHWARTZ:  Strike that.

14         Q.   What years did you perform at Tootsie's?

15         A.   Well, I worked there for two-and-a-half years;

16    that, I know.  So from 2010 to 2012.

17         Q.   How did you come to leave Tootsie's?

18         A.   I'm not sure.

19         Q.   Did they ask you to leave?

20         A.   They didn't ask me to leave.  They just said

21    that the owner doesn't want me working there.  And then

22    I believe -- there wasn't really a reason.  I didn't do

23    anything wrong.  They actually got me confused with

24    somebody else.  It's kind of confusing.  I don't

25    understand.
```

```
                                                      Page 35

 1          Q.    Okay.  Did they tell you why the owner said he

 2     didn't want you working there?

 3          A.    No, they didn't tell me why.

 4          Q.    Did you ask why?

 5          A.    Yeah.

 6          Q.    What did they say?

 7          A.    They said they don't know.  I don't know.

 8          Q.    So where did you work after you left Tootsie's

 9     in 2012?

10          A.    I worked at Dean's Gold.

11          Q.    Did you ever work at a place called Wonderland

12     Miami?

13          A.    Yes.

14          Q.    When did you work there?

15          A.    That club, I am really not sure exactly when I

16     worked there.

17          Q.    Do you recall what year you worked for them?

18          A.    No, I really don't know what year either.

19          Q.    What kind of work did you do at Wonderland?

20          A.    Same thing; dancing, entertaining.

21          Q.    Do you recall when you worked at Wonderland,

22     before or after Cheetah or during?

23          A.    I really don't know.  I don't remember.

24          Q.    What is the next place you recall -- you

25     testified earlier you went to work at Dean's Gold, then
```