UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-62152-CIV-DIMITROULEAS

SARAH SHAW, REBECCA WILES,
JENNIFER SCOTT, and ASHLEY
HOWELL, Individually, and on Behalf of All
Others Similarly Situation,

    Plaintiffs,
v.

THE SET ENTERPRISES, INC., a Florida
Corporation, *et al*.

    Defendants.
_____/

## **PLAINTIFFS'** *UNOPPOSED* **MOTION TO EXTEND DEADLINE**

Plaintiffs, SARAH SHAW, REBECCA WILES, JENNIFER SCOTT, and ASHLEY HOWELL, ("Plaintiffs") respectfully move to extend the deadline for the parties to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice by 10 days or up to and including June 15, 2017 and in support state as follows:

1. In accordance with this Court's Order dated May 5, 2017 [D.E. 223], the deadline for the parties to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice is June 5, 2017.

2. Counsel for Plaintiffs has an ongoing family medical issue which has taken him away from the office on numerous occasions in the last few weeks.

3. Additionally, he is simultaneously briefing two (2) appeals before the United States Court of Appeals for the 5th Circuit. He is also set for oral argument in a 3rd appeal in which he is an appellee in Ohio on June 20.

4. For the reasons listed above, Plaintiffs' counsel has been unable to devote the time necessary to adequately contribute to the preparation of the Joint Motion for Preliminary Approval of Class Settlement and Class Notice and Plaintiffs are requesting a 10 day extension of time to file the same.

5. This extension will not prejudice any party and is requested in good faith.

## MEMORANDUM OF LAW

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." Plaintiffs seek this enlargement of time prior to the expiration of the time period in which they are required to file the Joint Motion for Preliminary Approval of Class Settlement and Class Notice and have shown good cause for the requested enlargement. Moreover, this enlargement is sought in good faith and not for purposes of delay.

WHEREFORE, Plaintiffs move for the entry of an Order extending the time for the parties to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice by 10 days or up to and including June 15, 2017.

## CERTIFICATE OF CONFERRAL

Plaintiffs' counsel conferred with Defendants' counsel regarding the relief sought in this motion and Plaintiffs are authorized to represent that Defendants have no objection to the relief sought in this motion.

Respectfully submitted on June 5, 2017.

/s/ ANDREW R. FRISCH
Andrew R. Frisch
Florida Bar No. 27777
MORGAN & MORGAN, P.A
600 North Pine Island Road, Suite 400
Plantation, FL 33324
T (954) 318-0268; F (954) 327-30313
afrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 5th day of June, 2017 which I understand will send a notice of same to counsel of record.

/s/ ANDREW R. FRISCH
Andrew R. Frisch