UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-62152-CIV-DIMITROULEAS

SARAH SHAW, REBECCA WILES,
JENNIFER SCOTT, and ASHLEY HOWELL,
individually, and on behalf of all others similarly
situated,

       Plaintiffs,

v.

THE SET ENTERPRISES, INC., a Florida corporation; FANEUIL ENTERTAINMENT INC, a Florida corporation; 3342 SOCIAL CLUB CORP., a Florida corporation; JOSE R. RODRIGUEZ, individually, and JOE RODRIGUEZ, individually

       Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion to Extend Deadline [DE 231], filed June 5, 2017.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Unopposed Motion to Extend Deadline [DE 231] is **GRANTED**;

2. On or before **June 15, 2017**, the parties shall file a Joint Motion for Preliminary Approval of Class Settlement and Class Notice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

CASE NO.: 15-62152-CIV-DIMITROULEAS

Copies to:

Counsel of record