UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-62152-CIV-DIMITROULEAS

SARAH SHAW, REBECCA WILES,
JENNIFER SCOTT, and ASHLEY
HOWELL, Individually, and on Behalf of All
Others Similarly Situation,

  Plaintiffs,
v.

THE SET ENTERPRISES, INC., a Florida
Corporation, *et al.,*

  Defendants.
_____

## DEFENDANTS' UNOPPPOSED MOTION TO EXTEND DEADLINE

Defendants, THE SET ENTERPRISES, et al., by and through the undersigned counsel, respectfully move to extend the deadline for the parties to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice by 7 days, up to and including June 29, 2017, and in support thereof state as follows:

1. In accordance with this Court's Order dated May 5, 2017 [D.E. 223], numerous deadlines for the parties to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice have been extended.

2. Prior requests for continuances have been granted, and although the necessary paperwork to finalize the settlement is being drafted, the Parties are still exchanging final revisions.

3. Due to the travel schedules of both counsel for Plaintiffs and counsel for Defendants, the parties are unable to meet the current deadline of June 22, 2017.

1

4. For the reasons listed above, the parties are requesting a 7 day extension of time, or up to and including June 29, 2017, to file the Joint Motion for Preliminary Approval of Class Settlement and Class Notice.

5. This extension will not prejudice any party and is requested in good faith.

6. The parties have conferred on this issue and agree to the relief requested.

## MEMORANDUM OF LAW

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . ." the Parties seek this enlargement of time prior to the expiration of the time period in which they are required to file the Joint Motion for Preliminary Approval of Class Settlement and Class Notice and have shown good cause for the requested enlargement. Moreover, this enlargement is sought in good faith and not for purposes of delay.

WHEREFORE, the Defendants' move for the entry of an Order extending the time for the parties to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice by 7 days or up to and including June 29, 2017.

Respectfully submitted on June 21, 2017.

Respectfully Submitted,

/s/Luke Lirot_____
Luke Lirot, Esq.
Florida Bar Number 714836
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
Telephone: (727) 536-2100
Facsimile: (727) 536-2110
*Co-Counsel for the Defendants*
luke2@lirotlaw.com  (primary e-mail)
jimmy@lirotlaw.com  (secondary e-mail)

justin@lirotlaw.com (secondary e-mail)

and

/s/ Jennifer A. Schwartz
Jennifer A. Schwartz, Esquire
David Matthew Gobeo, II, Esquire
Jackson Lewis, P.C.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 3500
Miami, Florida 33131
Phone: 305-577-7600
Fax: 305-373-4466
*Co-Counsel for the Defendants*
Email: Jennifer.schwartz@jacksonlewis.com
   David.gobeo@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2017, I electronically served the foregoing on the following counsel listed as follows:

Jack Clyde Morgan, III, Esq. at jmorgan@floridalegalrights.com and lclement@floridalegalrights.com; to Andrew R. Frisch, Esq. at afrisch@forthepeople.com; and to John B. Gallagher, Esq. at gal2701@aol.com.

/s/Luke Lirot_____
Luke Lirot, Esquire
Florida Bar Number 714836