UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 15-62152-CIV-DIMITROULEAS

SARAH SHAW, REBECCA WILES,
JENNIFER SCOTT, and ASHLEY
HOWELL, Individually, and on Behalf of All
Others Similarly Situation,

     Plaintiffs,
v.

THE SET ENTERPRISES, INC., a Florida
Corporation, *et al*.

     Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE

**THIS CAUSE** came before this Court upon the Unopposed Motion to Extend Deadline to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice. [DE 235].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Unopposed Motion to Extend Deadline to file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice [DE 235] is hereby **GRANTED**.  The Parties shall file their Joint Motion for Preliminary Approval of Class Settlement and Class Notice on or before June 29, 2017.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All parties of Record