UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-62152-CIV-DIMITROULEAS/SNOW

SARAH SHAW, REBECCA WILES,
and ASHLEY HOWELL, individually
and on behalf of all others similarly
situated,

    Plaintiffs,

v.

THE SET ENTERPRISES, INC., a
Florida Corporation, *et al.*

    Defendants.

_____/

## ORDER

This matter comes before this Court upon Plaintiffs' Unopposed Motion for Extension of

Time to file Plaintiffs' Motion for Final Approval of Settlement. [DE 240].  The Court having

considered the Motion and being fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** that Plaintiffs' Unopposed Motion for Extension of Time

to file Plaintiffs' Motion for Final Approval of Settlement [DE 240] is **GRANTED**.  Plaintiffs shall

file their Motion for Final Approval of Settlement on or before October 20, 2017.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida

this 13th day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record